# In the Matter Of:

# CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO

16cv00231-LJA

# THOMAS IRMITER

*May 07, 2018*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   Q.   Okay.  So the report says it's December of
 2        2015, I think the 7th.
 3   A.   Yes.
 4   Q.   And the -- the visit, according to the
 5        report, if I recall properly, was sometime in
 6        late November of 2015.  Does that comport
 7        with your memory, generally speaking?
 8   A.   Yes.
 9   Q.   Okay.  And you -- as I understand it, you did
10        not participate in that site visit; is that
11        correct?
12   A.   That is a misrepresentation.  I was not
13        physically on-site.  I did participate via
14        phone calls and via looking at photos from --
15        from an iPhone or Android phone of certain
16        elements on the project, which is typical
17        with all of our inspections.
18   Q.   Okay.  Do you ever go on an inspection that
19        results -- do you ever go on an inspection
20        that results in a report, an original report.
21   A.   All the time.  Probably 80 percent of the
22        time.
23   Q.   Okay.  But on this one, ==for this inspection,==
24        ==at least the initial one in November of 2015,==
25        ==you were not physically present on the==
```



```
 1         property, correct?
 2    A.   Correct.  I believe there was a conflict
 3         scheduling with me being able to be there.
 4    Q.   And as I understand it, there were two folks
 5         that went there.  One was your son Jim
 6         Irmiter, and I'm -- if I pronounce names
 7         wrong, it's not intentional, so please do not
 8         take it that way.  It's my understanding your
 9         son was there and a gentleman by the name of
10         Jared Cavier or Cassier; is that correct?
11    A.   Yes.
12    Q.   Okay.  Now, as far as prior to the site
13         visit, what went on within your organization
14         regarding this particular project?
15    A.   Well, we would have received an inquiry about
16         the project, either, as I said before, via a
17         phone call or an e-mail.  I believe there is
18         an e-mail from Chuck Howarth indicating that,
19         "We have a project for you guys to look at, a
20         church."
21                 We then would have requested a file
22         transfer from him, typically via Dropbox, and
23         that would have been a file that was called,
24         "From client," that we would have sent to you
25         via the subpoena.
```



```
 1   A.   Absolutely.
 2   Q.   Okay.  As far -- I'm going to show you what's
 3        been marked as Exhibit 196.  Are you familiar
 4        with those documents or that set of -- that
 5        exhibit with pages there?
 6   A.   Yes.
 7   Q.   Okay.  And do you know who prepared this?
 8   A.   This looks to be either Jim or Jared's
 9        handwriting.
10   Q.   Okay.
11   A.   One of those two.
12   Q.   Can you discern at all the distinction
13        between the two at all?
14   A.   It looks like my son Jim's handwriting.
15   Q.   And as far as this particular matter -- I'll
16        show you what was marked as Exhibit 56, if
17        you'll take a look at that.  Just let me know
18        when you're done.
19   A.   (Reviews document.)  Okay.
20   Q.   All right.  And as I understand it, that's a
21        copy of the contract relative to the work
22        that was done at Central Baptist; is that
23        correct?
24   A.   It is.  There is only one invoice on here
25        that is paid for 6,000.  I will tell you as I
```



```
 1        you wanted to use at trial versus the ones
 2        you didn't?
 3   A.   Not yet, no.  I haven't put X's by them.
 4   Q.   And as far as Exhibit Number 63, the
 5        report --
 6   A.   Yes.
 7   Q.   -- how did that come to be prepared just at
 8        your company?  Just sort of give me the
 9        evolution.
10   A.   Sure.  So starting with the inspection,
11        starting before this report was ever put
12        together, we have a team meeting with the
13        people that are going to be inspecting out
14        there to go through under my direction
15        exactly what I would like them to be looking
16        for based on the file information that we
17        have.  By the time we are in the process of
18        scheduling that meeting, I've also done a
19        weather search, I've already gone through and
20        looked at the NOAA information, starting with
21        the 2012 event working all the way to this
22        event to see what NOAA is telling me about
23        hail and wind and various things that have
24        occurred in that time span.
25               Then our guys will go out and do
```



```
 1   their inspection, gather their information.
 2   And then -- and in this particular case, you
 3   have to understand the role of the two people
 4   that were there.  Jared had been with us a
 5   few months.  He was there strictly for
 6   training purposes.  Jim was there running
 7   this investigation, had the experience to do
 8   it, and so Jim then would be utilized to put
 9   together the draft report.
10            Understand that this is not the
11   first or only roof like this we've ever
12   looked at or church or complex like this, and
13   so we would typically utilize a template
14   with -- from a similar type of a report.  And
15   Jim would go ahead then and, for example, he
16   would put the picture in on page 1.  He would
17   put the addresses in to make sure that those
18   are correct.  He would go ahead and put in
19   some of the background information, off of
20   the file he would insert it, this NOAA
21   information.
22            He would look through the files and
23   things that have been submitted.  He would
24   put in Section 1.3.  He would do the tax
25   survey look.  He would do the basic
```



```
 1       description, Section 1.5.  He would do 1.6.1.
 2              Then he would -- these are all from
 3       the field notes, he would basically insert
 4       right off of the field nodes.
 5   Q.  And explain what you're referencing now as
 6       far as --
 7   A.  I'm sorry.  Yeah, this is Section 1.6.1, and
 8       this is basically structure information, so
 9       it talks about the size of the shingles, the
10       width of the shingles, which direction, you
11       know, the base of the building's face, how
12       they're framed and those kind of things.
13              Off of field notes he would --
14       Section 1.7 would be put in.  Section 1.8,
15       because this would be designated as an
16       asbestos tile roof, automatically that
17       template is going to insert some of the
18       information from our library, it pulls it and
19       says anything to do with asbestos tile.
20       There's asphalt shingles, so it's going to
21       insert that.  There's some built-up roofs,
22       it's going to insert that.  It's also going
23       to insert some of the technical training
24       manuals with regard to hail, hail testing
25       that's been done with regard to what gypsum,
```

