ORIGINAL

## In the Matter Of:

## CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO

16cv00231-LJA

## THOMAS IRMITER

*May 07, 2018*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
 2                   ALBANY DIVISION
 3    ------------------------------------------------

 4    Central Baptist Church
      of Albany, Georgia, Inc.,
 5
                   Plaintiff,
 6                                       Court File No.
                                         16cv00231-LJA
 7    -vs-

 8    Church Mutual Insurance Company,

 9                   Defendant.

10    ------------------------------------------------

11

12                       DEPOSITION

13                          OF

                      THOMAS IRMITER
14

15    ------------------------------------------------

16

17

18

19

20

21

22

23

24

25    DATE TAKEN:  5/7/18      BY:  Amy L. Larson, RPR
```



```
 1    APPEARANCES:

 2        TAYLOR, ODACHOWSKI, SCHMIDT & CROSSLAND, LLC
          300 Oak Street
 3        Suite 200
          St. Simons Island, Georgia  31522
 4        e-mail:  pschmidt@tosclaw.com
          By:  Peter H. Schmidt, Esq.
 5        For:  Defendant

 6        GILBERT, RUSSELL, McWHERTER, SCOTT &
          BOBBITT, PLC
 7        341 Cool Springs Blvd.
          Suite 230
 8        Franklin, Tennessee  37067
          e-mail:  cscott@gilbertfirm.com
 9        By:  Clinton H. Scott, Esq.
          For:  Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
1    INDEX:

2    EXAMINATION BY:                        PAGE

3    Mr. Schmidt...........................4, 221

4    Mr. Scott................................218

5    EXHIBITS MARKED FOR IDENTIFICATION:

6    *** Original Exhibits in possession of
         Peter H. Schmidt, Esq. - No copy provided ***
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1            THE DEPOSITION OF THOMAS IRMITER, taken on

2     this 7th day of May, 2018, at 445 Minnesota

3     Street, Suite 1500, St. Paul, Minnesota,

4     commencing at approximately 12:13 p.m.

5

6                        THOMAS IRMITER,

7             after having been first duly sworn to

8             tell the truth, the whole truth, and

9             nothing but the truth, was examined and

10            testified as follows:

11

12                       EXAMINATION

13    BY MR. SCHMIDT:

14    Q.  Mr. Irmiter, as you know, my name is

15        Peter Schmidt, and I represent Church Mutual

16        Insurance Company.  I'm here to take your

17        deposition today.

18            I know you've given a bucket load of

19        depositions, that's a legal term, but I'll

20        still go over a little bit of the ground

21        rules just so we've got it on the record.

22            If I ask you a question, answer

23        verbally.  No head nods or uh-huhs or

24        huh-uhs, okay?

25    A.  Sounds good.



```
 1   Q.   If I ask a question, you don't understand it,
 2        just say, "Peter, I don't understand your
 3        question," and I'll rephrase it so that you
 4        do understand the question, okay?
 5   A.   You can count on it.
 6   Q.   And we may be here a good amount of time, I
 7        just don't know yet.  But as we progress, if
 8        you need to take a break, make a phone call,
 9        just let us know and we'll accommodate you,
10        okay?
11   A.   Sounds good.
12   Q.   And then, finally, I have a tendency
13        sometimes to talk before people are finishing
14        their answers.  And at the same time, some
15        witnesses obviously know the answers before I
16        finish the question, so let's just try not to
17        talk over each other as best we can.
18   A.   Sounds good.
19   Q.   Great.  Let's just start off with full name,
20        please.
21   A.   Thomas Irmiter, I-R-M-I-T-E-R.
22   Q.   And your home address?
23   A.   657 Lincoln Avenue, St. Paul, 55105.
24   Q.   And as far as this matter involving
25        Central Baptist Church in Albany Georgia, how
```



1        did you first become involved in this matter?

2    A.  Probably like we do on all matters, a client

3        would reach out to us with a project either

4        via phone or e-mail.

5    Q.  Okay.  And do you remember specifically in

6        this case how it came to be?

7    A.  No, I don't.

8    Q.  Do you know Chuck Howarth?

9    A.  I do.

10   Q.  Okay.  And how do you know Mr. Howarth?

11   A.  I have done probably 20 projects for

12       Chuck Howarth over the years in terms of

13       investigations, and these typically are

14       projects that are involved in appraisal.

15       Chuck does a lot of fire work.  I think

16       actually -- it's probably more than 20.  I

17       should take that back.  We've probably done

18       60 projects with him, because we just

19       completed I think our 23rd or fourth fire

20       investigation for him in Gatlinburg for the

21       wildfires.

22   Q.  And do you have any specific recollection of

23       any conversations with Chuck or any folks

24       that work with the Howarth Group regarding

25       this matter?



1  A.  I recall that I did have a conversation, I

2      think his name is Clint, with his estimator

3      when they were putting numbers together.

4  Q.  Okay.

5  A.  One of the issues on this was the -- how we

6      were going to put this roof back on when it's

7      replaced.

8  Q.  And do you recall anyone else, talking to?

9  A.  No.

10 Q.  And we may be looking at documents that

11     refresh your memory, obviously.

12 A.  Sure.

13 Q.  But I'm just asking you right now.

14 A.  There would have been an e-mail most likely.

15     The documents that we sent you I recall

16     submitting you some e-mails from

17     Chuck Howarth.

18 Q.  Absolutely.

19 A.  I don't commit those to memory, but we're

20     also not playing hide the ball.  You have

21     them.

22 Q.  And that's what I'm telling you.  All right.

23          As far as -- let's just take a look

24     at your report and sort of use your report as

25     a guide at least.  We've got that marked as



```
 1        Exhibit 63.  And the way I've set this up,

 2        just so you understand, is I've got your

 3        report separated from your photographs, which

 4        are Exhibit 64, okay?

 5   A.   All right.

 6   Q.   And as far as this particular project, this

 7        report is dated December 7th of 2014 -- '15,

 8        pardon me.

 9   A.   Correct.

10   Q.   Are you aware of any revisions to this report

11        at all?

12   A.   Well, I am aware of a typographical error on

13        the report --

14   Q.   Okay.

15   A.   -- that I found when I was reviewing

16        indicating that we were on the site on

17        December 24th -- I'm sorry, December of 2014,

18        and we were not.  The photographs are -- the

19        metadata on here will show you when we were

20        there.  So we were there in 2015.  So this is

21        the final report from that inspection.

22   Q.   Okay.

23   A.   The only supplement to that is photos that I

24        took at the site visit that I made earlier

25        this year.
```



1    Q.   Okay.  So the report says it's December of

2         2015, I think the 7th.

3    A.   Yes.

4    Q.   And the -- the visit, according to the

5         report, if I recall properly, was sometime in

6         late November of 2015.  Does that comport

7         with your memory, generally speaking?

8    A.   Yes.

9    Q.   Okay.  And you -- as I understand it, you did

10        not participate in that site visit; is that

11        correct?

12   A.   That is a misrepresentation.  I was not

13        physically on-site.  I did participate via

14        phone calls and via looking at photos from --

15        from an iPhone or Android phone of certain

16        elements on the project, which is typical

17        with all of our inspections.

18   Q.   Okay.  Do you ever go on an inspection that

19        results -- do you ever go on an inspection

20        that results in a report, an original report.

21   A.   All the time.  Probably 80 percent of the

22        time.

23   Q.   Okay.  But on this one, for this inspection,

24        at least the initial one in November of 2015,

25        you were not physically present on the



1          property, correct?

2    A.    Correct.  I believe there was a conflict

3          scheduling with me being able to be there.

4    Q.    And as I understand it, there were two folks

5          that went there.  One was your son Jim

6          Irmiter, and I'm -- if I pronounce names

7          wrong, it's not intentional, so please do not

8          take it that way.  It's my understanding your

9          son was there and a gentleman by the name of

10         Jared Cavier or Cassier; is that correct?

11   A.    Yes.

12   Q.    Okay.  Now, as far as prior to the site

13         visit, what went on within your organization

14         regarding this particular project?

15   A.    Well, we would have received an inquiry about

16         the project, either, as I said before, via a

17         phone call or an e-mail.  I believe there is

18         an e-mail from Chuck Howarth indicating that,

19         "We have a project for you guys to look at, a

20         church."

21                We then would have requested a file

22         transfer from him, typically via Dropbox, and

23         that would have been a file that was called,

24         "From client," that we would have sent to you

25         via the subpoena.

```
 1              The information in that file then
 2        would have been utilized to formulate initial
 3        pricing and initial scope of inspection.
 4   Q.   Now, once -- and we'll look at the contract
 5        in a few minutes.  But once the contract was
 6        entered into, is that only when you would
 7        start substantive work on the project?
 8   A.   Yes.
 9   Q.   Okay.  And do you all keep time records as
10        far as what your individual tasks are on a
11        particular project at all?
12   A.   We used to for the first eight years of the
13        business.  We stopped doing that about eight
14        years ago.
15   Q.   Okay.  And was there a reason for that?
16   A.   It's ridiculously time consuming.
17   Q.   Okay.
18   A.   Everything is done on a set price now.  We
19        can tell you in general terms how long people
20        were on the site.  Once a quarter we will
21        take two or three projects and we will do
22        time studies on those and track those to make
23        sure that our pricing is matching the work
24        required output.
25   Q.   So as far as a chronological reference point
```



1        to say this work was done on this day and for
2        how long, we don't have any way to
3        specifically do that through documents?
4    A.  No.  Back in -- if you were deposing me, you
5        know, ten years ago, you would have had a
6        book in front of you as big as that black
7        binder with every five-minute increment.
8    Q.  Understood.
9    A.  Yup.
10   Q.  Now, what have been produced -- strike that.
11           Do you believe everything other than
12       attorney/client, perhaps, documents and
13       records, you have produced from FBS's files
14       regarding Central Baptist?
15   A.  Well, I'll answer it this way:  We submitted
16       to the McWherter firm, pursuant to the
17       subpoena, the documents that were requested.
18       We did a supplemental substitution of some
19       field notes that didn't get sent the first
20       time, and then my photos from my site visit.
21       I have no way of knowing or seeing what they
22       then submitted to you, so...
23   Q.  Well, let me ask it this way, have you
24       submitted your entire file to the McWherter
25       firm?



1   A.   Absolutely.

2   Q.   Okay.  As far -- I'm going to show you what's

3        been marked as Exhibit 196.  Are you familiar

4        with those documents or that set of -- that

5        exhibit with pages there?

6   A.   Yes.

7   Q.   Okay.  And do you know who prepared this?

8   A.   This looks to be either Jim or Jared's

9        handwriting.

10  Q.   Okay.

11  A.   One of those two.

12  Q.   Can you discern at all the distinction

13       between the two at all?

14  A.   It looks like my son Jim's handwriting.

15  Q.   And as far as this particular matter -- I'll

16       show you what was marked as Exhibit 56, if

17       you'll take a look at that.  Just let me know

18       when you're done.

19  A.   (Reviews document.)  Okay.

20  Q.   All right.  And as I understand it, that's a

21       copy of the contract relative to the work

22       that was done at Central Baptist; is that

23       correct?

24  A.   It is.  There is only one invoice on here

25       that is paid for 6,000.  I will tell you as I



```
 1        sit here today I believe we've been paid in
 2        full.  That would be typical of Mr. Howarth.
 3        I don't know why you don't have a copy of the
 4        second $3,000 payment.
 5   Q.   Okay.
 6   A.   And then in addition to that -- just a
 7        second.  (Reviews document.)  That $3,000
 8        payment in phase 2 would also then be the
 9        balance of any hotel, rental of the lift and
10        travel expenses for flights, meals, those
11        kind of things.  So it would not be a
12        straight $3,000, that would be added onto
13        that, whatever --
14   Q.   Okay.
15   A.   So the agreement was for $9,000 plus
16        expenses.
17   Q.   Okay.  And do you know, sitting here today,
18        how much you've been paid in total expenses
19        or otherwise on this particular project?
20   A.   No.
21   Q.   Okay.
22   A.   No.  I could certainly figure that out, but,
23        no.
24   Q.   Now, you went to the property, I believe it
25        was March 19th of this year, 2018; is that
```



1    correct?

2  A.   Correct.

3  Q.   Okay.  And you went there alone; is that

4       correct?

5  A.   That is correct.

6  Q.   Okay.  And did -- how did you come to go to

7       the property?  And I don't mean on an

8       airplane.

9  A.   I work with enough people from the south to

10      know that how did you come to go means why.

11           Well, my deposition was -- they were

12      talking about a possible deposition on this

13      case, and so I wanted to refresh my

14      recollection of the case and the work that my

15      team did for me.  I wanted to conduct my own

16      investigation also for -- really for two

17      other very, very important reasons.  I wanted

18      to get a closer look at the spatter damage

19      that had occurred that my guys documented.

20      Nobody else did, actually, on this case, but

21      we did.

22           I wanted to look more closely to see

23      if this was a -- I'm not talking about the

24      asphalt shingles, but the other shingle

25      material, I wanted to see if there was a

1     coated or uncoated material, because that

2     would have a difference in terms of how long

3     these would last after the fibers have been

4     exposed based on some of the studies that I'm

5     familiar with that are cited in our report.

6              And I also wanted to get my own eyes

7     on the cement deck that these were mounted

8     to, because that's a -- that's a big delta in

9     this situation in terms of scope of repair.

10  Q.  And have you been compensated for your trip

11    down there?

12  A.  I don't know.  I think we've billed it.  I

13    know we've billed it, but I don't know if

14    we've been paid on it yet.

15  Q.  And how much did you bill on that, if you

16    know?

17  A.  I don't know.  I would speculate probably

18    $2,500, which is typically a daily -- $2,500

19    to $3,000, which is a daily rate for me, and

20    then whatever costs for the lift and then the

21    flight.

22  Q.  Did you fly directly into Albany or did you

23    go --

24  A.  There is no easy way to get there.  Excuse

25    me.



1   Q.   No, not --

2   A.   I can't remember if I -- I don't remember.

3   Q.   That's fair.  If you would get those billing

4        statements together regarding that trip and

5        just provide them to Clint or to Brandon, if

6        you don't mind.

7   A.   Well, there's -- they should have been

8        provided, but, yes, certainly.

9   Q.   It's not a biggie.

10  A.   Yup.

11  Q.   And who actually paid you as far as for that

12       trip?

13  A.   Well, I'm not sure I've been paid yet, but we

14       billed the McWherter law firm.  The switch

15       from Howarth to McWherter.

16  Q.   And do you -- did you have the McWherter firm

17       sign a separate contract?

18  A.   No.

19  Q.   Have you worked with the McWherter law firm

20       before?

21  A.   Yes.

22  Q.   How many times have you worked with McWherter

23       law firm?

24  A.   I would say eight to ten times in the last

25       four years.



1  Q.   Have you handled any projects in Georgia?

2  A.   A number of projects, yes.

3  Q.   Okay.

4  A.   Not just for them, for others as well.

5  Q.   Have you testified in any courts -- courts,

6       not in depositions, in courts in Georgia?

7  A.   No, I haven't had the chance yet.  All the

8       cases I seem to work on settle, so...

9                 MR. SCHMIDT:  We'll mark that as

10       172.

11                 (Whereupon, Exhibit 172 was

12                 marked for identification.)

13  BY MR. SCHMIDT:

14  Q.   I'm showing you what's been marked as

15       Exhibit 172.  Just a pretty straightforward

16       question.  As I understand it, that's your

17       current rate schedule?  I know the date may

18       be different from what you sent or what was

19       sent to me on Friday, but I think it is the

20       same.

21  A.   Yes, I don't think we have changed that

22       from -- in January 1st, 2018, but I do know

23       that there is a document that says

24       January 1st, 2018, because I saw it two weeks

25       ago in another deposition.



1  Q.   Okay.

2  A.   So my staff sent you the older version, but I

3       will stipulate I don't believe anything has

4       changed.

5            MR. SCOTT:  I think we probably

6       sent this when the expert disclosures were

7       made.  There was an updated one sent Friday.

8            THE WITNESS:  Okay, thank you.

9            MR. SCHMIDT:  That's what I was

10      trying to say.

11           THE WITNESS:  Okay.

12           MR. SCHMIDT:  I don't think

13      there's different, but I didn't have time to

14      copy everything, so I just wanted to make

15      sure that was consistent with that.

16           THE WITNESS:  It also is

17      consistent that the note on the bottom, which

18      is in red, has not been fulfilled, and I want

19      to go on the record of that.  I typically do

20      not sit for a deposition until I have been

21      paid.

22           MR. SCHMIDT:  Okay.  I have not

23      received an invoice so --

24           THE WITNESS:  Well, I'm not sure

25      who I'm billing.  So am I billing you on this



1    or am I billing Clint or are we splitting it

2    or how is it going to work?

3              MR. SCOTT:  You're not billing me.

4              THE WITNESS:  Okay.

5              MR. SCHMIDT:  You're billing me

6    for your time sitting here --

7              THE WITNESS:  But not prep.

8              MR. SCHMIDT:  -- but not prep.

9              THE WITNESS:  Okay.  Thank you.

10             MR. SCOTT:  And travel to and

11    from.

12             THE WITNESS:  I live a whole mile

13    away, so...

14   BY MR. SCHMIDT:

15   Q.  And that's a great question.  How much time

16       did you spend in preparing for today?

17   A.  About four-and-a-half hours.

18   Q.  Okay.  And what did you do during those

19       four-and-a-half hours?

20   A.  I reviewed the -- there were a bunch of

21       document submissions that I had not seen

22       prior to issuing this report, but I believe

23       had come either before my site visit or right

24       after my site visit, most likely through the

25       discovery processes that you attorneys have



1    been involved in.

2          So I reviewed exhibits that I

3    believe have been submitted by both sides.

4    I've reviewed reports from both sides.  I've

5    reviewed -- even though it was noted in our

6    field notes about a 2012 incident, I was

7    actually able to, I think for the first time

8    to, maybe it was in our file, I just didn't

9    see it before, but to see an actual report

10   from the insurance carrier about that 2012

11   event where they indicate that there was no

12   hail damage that was discovered as a result

13   of that particular event.

14          We knew this ahead of time, because

15   part of the weather research that I did

16   started with that date.  And I reviewed all

17   of my photographs, and in particular spent

18   time looking at the raw photographs from --

19   when I say, "Our photographs," FBS's

20   photographs in total, in particular blowing

21   some of those up looking at the actual

22   fractures in the tile.

23 Q.  Okay.  And just so I'm clear on this, when

24   you say, "The photographs," are you talking

25   about the ones that were taken in November of



1       2015 or yours or a combination of them?

2   A.  All of them.

3   Q.  Okay.

4   A.  The photographs that you have here in front

5       of me in one of these exhibits, which is a

6       photo report, these are JPEGs that are put

7       into a Word document.  And in the process of

8       doing that you squash them down to get them

9       to fit, so you lose clarity, you lose

10      definition.

11           In a trial setting we would

12      typically take a representative number of

13      these, not all of them, and we would blow

14      those up on a high resolution screen to be

15      able to show the physical damage that has

16      actually occurred.  Some of that you won't be

17      able to see on these photos.

18  Q.  And --

19  A.  So if I can, I was verifying that again last

20      night.  I was going through that yesterday

21      and looking at those photos again and really

22      getting in my mind, yeah, this is one I want

23      to use at trial, this is one I would use at

24      trial.

25  Q.  Okay.  And did you identify those, the ones



```
 1        you wanted to use at trial versus the ones
 2        you didn't?
 3   A.   Not yet, no.  I haven't put X's by them.
 4   Q.   And as far as Exhibit Number 63, the
 5        report --
 6   A.   Yes.
 7   Q.   -- how did that come to be prepared just at
 8        your company?  Just sort of give me the
 9        evolution.
10   A.   Sure.  So starting with the inspection,
11        starting before this report was ever put
12        together, we have a team meeting with the
13        people that are going to be inspecting out
14        there to go through under my direction
15        exactly what I would like them to be looking
16        for based on the file information that we
17        have.  By the time we are in the process of
18        scheduling that meeting, I've also done a
19        weather search, I've already gone through and
20        looked at the NOAA information, starting with
21        the 2012 event working all the way to this
22        event to see what NOAA is telling me about
23        hail and wind and various things that have
24        occurred in that time span.
25             Then our guys will go out and do
```



1    their inspection, gather their information.

2    And then -- and in this particular case, you

3    have to understand the role of the two people

4    that were there.  Jared had been with us a

5    few months.  He was there strictly for

6    training purposes.  Jim was there running

7    this investigation, had the experience to do

8    it, and so Jim then would be utilized to put

9    together the draft report.

10         Understand that this is not the

11   first or only roof like this we've ever

12   looked at or church or complex like this, and

13   so we would typically utilize a template

14   with -- from a similar type of a report.  And

15   Jim would go ahead then and, for example, he

16   would put the picture in on page 1.  He would

17   put the addresses in to make sure that those

18   are correct.  He would go ahead and put in

19   some of the background information, off of

20   the file he would insert it, this NOAA

21   information.

22         He would look through the files and

23   things that have been submitted.  He would

24   put in Section 1.3.  He would do the tax

25   survey look.  He would do the basic



1      description, Section 1.5.  He would do 1.6.1.

2              Then he would -- these are all from

3      the field notes, he would basically insert

4      right off of the field nodes.

5  Q.  And explain what you're referencing now as

6      far as --

7  A.  I'm sorry.  Yeah, this is Section 1.6.1, and

8      this is basically structure information, so

9      it talks about the size of the shingles, the

10     width of the shingles, which direction, you

11     know, the base of the building's face, how

12     they're framed and those kind of things.

13             Off of field notes he would --

14     Section 1.7 would be put in.  Section 1.8,

15     because this would be designated as an

16     asbestos tile roof, automatically that

17     template is going to insert some of the

18     information from our library, it pulls it and

19     says anything to do with asbestos tile.

20     There's asphalt shingles, so it's going to

21     insert that.  There's some built-up roofs,

22     it's going to insert that.  It's also going

23     to insert some of the technical training

24     manuals with regard to hail, hail testing

25     that's been done with regard to what gypsum,

1    sheetrock, those kinds of things.  So,

2    really, they're inserting all of that.

3         Section 2.0, inspection notes again

4    coming right off of the field notes.  These

5    are transposed and typed in.  All right?  So

6    we go all the way then to Section 4.0 and

7    then they stop.  So 4.0 is the causation

8    statement.

9         So this document comes then to me

10   and everything up to 4.0 is highlighted in

11   yellow, which means that this is stuff you

12   need to look at, it's been vetted, it's been

13   looked at, but give it a look, it's right of

14   the field notes.  All right?

15        So in that situation, I'm in the

16   going to take a look, for example, on page 10

17   where it says, "Roof Slope R, See Figures 494

18   to 522," I'm not going to go through to make

19   sure that those photos align with what this

20   says here.  All right?  I'm going to assume

21   that administratively they've done their job

22   on that issue.  All right?

23        Everything else is red, which means

24   I take it over then and I finish the report.

25   So that's how it's done.  And then once



1    that's done, it goes to Ryan Nierengarten,

2    because a lot of times what I do is I screw

3    up and I can't always get these numbers to

4    line up.

5                And so I'll be like 5.0, and then

6    I'll want to have a 5.1 and then all of the

7    sudden it'll be 6.2 and out.  So he'll go in

8    and he'll renumber to make sure everything

9    matches and reformat, and then he'll check

10   spelling errors and those kinds of things.

11   So that's basically how it's put together.

12                MR. SCOTT:  Can we take a quick

13   break?

14                MR. SCHMIDT:  Yeah.

15                (Whereupon, a brief recess

16                was taken.)

17   BY MR. SCHMIDT:

18   Q.  So from 4.0 is your work basically?

19   A.  Well, it's all my work.  But, yes, 4.0 is

20       exclusively my work.  The other is review of

21       staff administrative work.

22   Q.  But you -- you read what's before 4.0,

23       correct?

24   A.  Oh, yes, absolutely, because I like to catch

25       them once in a while on a mistake.



1    Q.   And as far as --

2    A.   Well, and please understand, the very first

3         thing I do is review the photos.

4    Q.   Sure.

5    A.   The first thing I do is those photos are up

6         and I've got this photo log on one screen and

7         I've got the raw photos on the other.  So as

8         I'm coming to, let's say, number -- if I'm

9         coming to Figure 321, all right --

10   Q.   And we're on Exhibit 64, just for the record.

11   A.   Thank you.  I'm going to have that on another

12        screen and I'm going to blow that up to 2 to

13        300 percent, and I'm going to cursor through

14        the white area looking at what -- what I'm

15        seeing there at that point in time.  That

16        helps formulate the opinion.

17   Q.   Okay.  So you're looking at that first, and

18        then -- then you go and look at the draft

19        report, for lack of a better term?

20   A.   Right, in conjunction, correct.

21   Q.   Okay.  And then you formulate the actual

22        opinion Section 4.0 forward, basically?

23   A.   Yeah, the -- the causation analysis and the

24        damage model, yes.

25   Q.   Okay.  Now, as far as Ryan's involvement,



1       what is -- up to this point, what is his
2       involvement?
3   A.  At that point, very little if anything.
4   Q.  Okay.
5   A.  Scheduling.  If there's any kind of equipment
6       issue in the field, dealing with that.  I
7       mean, Ryan could have conducted this
8       inspection.  He's more than qualified.
9              He's leaving today down to Texas to
10      do a bunch of stuff.  He could have been the
11      boots on the ground on this one, but it
12      didn't fall in the rotation.
13             So in this situation he basically is
14      more of a scrivener I guess than anything
15      looking at the final spelling and formatting
16      of this report.  If he sees a glaring error
17      he's going to -- he's going to look at it.
18  Q.  Okay.  Now, I hate to bounce around a little
19      bit, but did you -- in preparation for your
20      deposition today, other than reviewing
21      exhibits from other -- that have been
22      produced or exchanged in this case so far, in
23      reviewing your photographs or your company's
24      photographs and those documents, have you
25      talked to anyone at all?



```
1    A.   Yeah, I had a brief conversation with

2         counsel.

3    Q.   Okay.

4    A.   I've been doing this long enough that my

5         deposition prep is -- with anyone other than

6         myself is usually three to five minutes long.

7         It's pretty minor.

8                    MR. SCOTT:  And let me just state

9         for the record I would -- I would object to

10        disclosure of any substance of any

11        conversations other than to the -- except to

12        the extent that I've provided facts or data

13        upon which your opinions rely.  I think

14        that's pursuant to Federal Rule 26.  And we

15        haven't had any problems with that Peter.

16   BY MR. SCHMIDT:

17   Q.   As far as you mentioned seeing what you

18        understand to be exhibits that have been

19        utilized in this case, when did you receive

20        those documents?

21   A.   I can't tell you when we -- when I received

22        them or my firm received all of them.  I can

23        tell you I first started looking at them on

24        Friday of last -- of this last week, Friday,

25        Saturday, Sunday.  Over the weekend is when I
```



1          really dug into this.

2    Q.   And have you reviewed any depositions in this

3         case?

4    A.   Yes, one.

5    Q.   Whose?

6    A.   Robert's, Hinojosa.

7    Q.   And was there a reason that you wanted to

8         review his deposition?

9    A.   Well, we do some work together and I was

10        actually curious to see how he deposes, how

11        he answers questions.  I wasn't really

12        looking at it so much to gain any insight

13        into you, Counselor, I'm sorry.  I was just

14        seeing how he handles himself on the hot

15        seat, so...

16                   MR. SCOTT:  H-I-N-O-J-O-S-A.

17                   (Whereupon, a brief discussion

18                   was held.)

19   BY MR. SCHMIDT:

20   Q.   In reviewing his transcript, did anything

21        stand out to you that you disagreed with in

22        what he said?

23   A.   A couple of things, yeah.

24   Q.   Okay.  Tell me what those are.

25   A.   I think you -- I think whether he didn't



1    understand the question or how he answered

2    it, but if -- if I'm left believing -- and I

3    don't think this is his stance, quite

4    frankly, when push comes to shove, because

5    we've talked about it.

6           But the deposition leaves the reader

7    believing that he thinks that HAAG is a

8    definitive source.  I don't think that is his

9    true belief.  I think it leaves, at least

10   intimates, and the questions that were asked

11   in the heat of the moment, I think it

12   intimates -- he intimates that they are an

13   industry standard, and they're not.  And I

14   think that portion was a bit misleading from

15   what I think are his true beliefs.

16   Q.   Okay.

17   A.   And that's because we work together.  I know

18        him.  We've had these discussions before, so

19        I don't know that he completely answered

20        those correctly.

21   Q.   Okay.

22   A.   That was the only glaring one, really.

23   Q.   Okay.  And as far as your history working

24        with him, give us an overview of that, if you

25        would.



1  A.   Yeah.   Up until three-and-a-half years ago we

2       had -- I had staff engineers.   I had five

3       engineers at one time.   And it was easy to

4       find engineers after 2008 when the market

5       crashed and engineers didn't have any work in

6       construction.

7                 So we -- we beefed up our staff.   I

8       had, I think, one or two on before that, and

9       then we beefed up to five, a total of five.

10      And then as the markets began to improve in

11      2013, 2014, 2015, we began to peter back out

12      into civil engineering, structural

13      engineering, designing buildings, those kinds

14      of things.

15                So my last -- my chief engineer left

16      in December two-and-a-half years ago, I

17      believe, maybe three years ago, and --

18      two-and-a-half years ago.

19                And at that point we made a decision

20      to set up some strategic alliances with three

21      or four other engineering firms.   Robert's

22      firm is one of them.

23                And so if this assignment had come

24      to me initially, I would -- and after we had

25      inspected it, I would have recommended



```
 1        probably bringing Robert -- I've got another

 2        engineer we work with in Atlanta, I would

 3        recommend bringing one of them in to look

 4        specifically at the issues with the concrete

 5        deck, because that was concerning to me.

 6   Q.   And you said at the end of December, about

 7        two years ago, so that's like '15, 2015 --

 8   A.   Well, no, it would have been 2014.  It would

 9        have been four years ago.  Time flies

10        quickly.

11   Q.   And who was the last engineer that you had

12        at --

13   A.   Brian Johnson.

14   Q.   And where did he go to work, if you know?

15   A.   He went back into the design business

16        designing hotels --

17   Q.   Okay.

18   A.   -- shopping malls.  He's an SE, which is a

19        structural engineer.  It's kind of a level

20        above a civil engineer.

21   Q.   Okay.  And so if I'm understanding you

22        properly, at the time the opinions were given

23        that are reflected in Exhibit 63, an engineer

24        associated with you had not reviewed the

25        materials; is that correct?
```



1   A.   Why would they need to?

2   Q.   I'm just asking the question.  I'm not asking

3        you to opine on whether you think they should

4        or should not.  So let's go back to my

5        question.

6             At the time the report was issued, I

7        take it an engineer had not reviewed the

8        report; is that correct?

9   A.   There was no need to have an engineer review

10       this report, that is correct.

11  Q.   Okay.  Thank you.

12            And as far as -- you're not an

13       engineer, correct?

14  A.   Gosh, no.

15  Q.   Okay.  And you're not a meteorologist, I take

16       it?

17  A.   I have training from NOAA as a trained

18       weather spotter.  But, no, I'm not a

19       meteorologist.

20  Q.   Okay.  Did you interview any spotters that

21       provided any data from the sources that are

22       referenced in Exhibit 63?

23  A.   No.  That's one of the problems with the NOAA

24       site, they designate a weather spotter, but

25       they don't give you the name of the weather



1           spotter, so...

2   Q.   Okay.  You had mentioned when you went down

3        in March there were a couple of things you

4        were looking at, to refresh your memory was

5        one of them, and then you wanted to look at

6        the splatter, if I understood correctly.

7            Explain to me what you were looking for

8        relative to looking at the splatter in March

9        of 2018.

10  A.   Sure.  Well, the -- these roofs have

11       industrial pollution on them, pretty thick

12       industrial pollution.  Some of it is a

13       yellow-orangish color and a lot of it is

14       black, and there's a distinct white pattern

15       that is on this roof consistent with hail

16       strikes.

17            And so what I wanted to both look

18       at, but more importantly tactilely feel with

19       a finger, I wanted to feel that indentation.

20       I wanted to look at the -- what we call

21       section loss of the material, and I wanted to

22       be able to take some of my own photos of that

23       situation to be able to blow them up and

24       compare those photos to the ones that my guys

25       took and blow those up.



1          Because if you just sit here with a

2      camera, which is what it appears SEA, and I

3      think his name is Dawkins did, and I think

4      the original adjuster's photos, if you just

5      hold your camera up here, (indicating), and

6      you don't get down and get dirty, basically,

7      and feel that damage and hold that camera

8      right here, (indicating), on a microscopic

9      setting so that you can blow it up and see

10     the actual fracture inside that area where

11     the coating has been removed.  You're missing

12     the key to this entire causation argument.

13     So that's really what I wanted to do.

14          And I have to add one other reason.

15  Q.  Sure.  You said some other things I was

16     getting to.

17  A.  Yeah.  We knew from the field notes that

18     others in the neighborhood had their roofs

19     done.  Since -- I didn't know there were

20     affidavits.  I saw those last night.  But I

21     actually walked the neighborhood, drove

22     around and walked within, you know, the

23     first -- the row of houses across the street

24     and other areas just to take a look, and I

25     don't think I saw a single house that didn't



1    have a new roof on it.  So that told me that

2    this was not just the only building that got

3    hit.

4  Q.  Do you know what, if any, storm events have

5    affected this church -- or the church's

6    building since December of 2014?

7  A.  Yes, I looked at that and I did not see a

8    storm that had hail that was significant

9    enough to cause damage consistent with what I

10   saw and with what our -- my people saw.

11   There were a couple of other smaller storms

12   with .5 inch hail, but nothing to cause the

13   damage we saw.

14 Q.  Now, as far as this particular project goes,

15   when it came in -- I'm just going to use

16   November as a date that you would have been

17   first brought into it.  And if I'm proven

18   differently, so be it, but just to give us a

19   frame of reference.

20         When is the first time from that

21   date forward that you personally spoke to

22   anyone associated with Central Baptist

23   Church?

24 A.  It would have been on the site visit.

25 Q.  Okay.  And we're talking, when you say, "Site



1       visit," March 19th of 2018, correct?

2   A.  Me personally or my team?

3   Q.  You personally.

4   A.  Me personally would have been March --

5   Q.  Was it 18th or 19th?

6   A.  It's on my photos.

7   Q.  I think the photos say the 19th is the

8       reason --

9   A.  Whichever date, yeah.

10  Q.  And who did you speak with when you were out

11      there on March 18th are 19th?

12  A.  The same guy everyone has spoken with,

13      Mr. Reed.  And he came in at the end.  I got

14      there, there was -- the church wasn't open.

15      There was a woman who drove up.  I think she

16      was a secretary or administrator or

17      something.  And I just said, "I'm supposed to

18      meet somebody here."  She said, "Yeah, he's

19      busy, he won't be here for a couple of

20      hours."

21          So I just started my outdoor

22      inspection.  I had a lift.  So I saw him at

23      the end of the inspection for all of ten

24      minutes, basically.

25          So I did not officially re-interview



1    him.  He had been interviewed enough, I

2    think, at that point.

3  Q. Other than Robert's deposition, have you

4    reviewed any other depositions in this case?

5  A. I have not, no.

6  Q. And as far as your visit in March of 2018,

7    and I'm going to break it down a little bit

8    here, as far as physically on the roofs, how

9    long did you spend on the roofs?

10 A. Four-and-a-half hours.

11 Q. Okay.  And as far as the interior, how much

12    time did you spend on the interior of the

13    buildings?

14 A. I was probably in the attic for an hour, and

15    then a 45 minute walkthrough on the rest of

16    the buildings real quick.

17 Q. Now, I did not print all of your most recent

18    photographs.  I just simply couldn't get it

19    done before I came up here.  And I've got one

20    copy that we can look at for reference, but

21    you're not going to see anything on them,

22    because they're so small.

23          But the photographs that comprise 64

24    have a little bit of a legend to each of the

25    photographs as far as this is what is being

Case 1:16-cv-00231-LAG   Document 72-1   Filed 06/07/19   Page 42 of 280

```
 1        depicted in the photographs.  If I can put my
 2        fingers on them real quick -- here they
 3        are -- the ones that you took do not have
 4        that.
 5   A.   Correct.
 6   Q.   Is there a reason that these don't have it?
 7        I mean, obviously some of it is
 8        self-explanatory what it is.  But, you know,
 9        to someone that may not be specifically
10        familiar with it, is there any way to track
11        what's what in that?
12   A.   Well, you can certainly ask me questions
13        about them.
14   Q.   Okay.  Okay.  Are you going to prepare a
15        legend for it at all?
16   A.   No, I'll save that for trial, for direct
17        questioning --
18   Q.   Okay.
19   A.   -- once we decide which ones we're going to
20        use.
21                  MR. SCHMIDT:  Let's mark this as
22        Exhibit 195.
23                  (Whereupon, Exhibit 195 was
24                  marked for identification.)
25                  MR. SCHMIDT:  I'm not going to use
```



1        it right now, but just so we have it there.

2    BY MR. SCHMIDT:

3    Q.   Let's go back to your -- to the December 2015

4         report here.

5    A.   (Complies.)

6    Q.   And I want to talk about particularly the

7         portions that you would have prepared, 4.0

8         forward, as a general statement, and that is

9         how -- how does that process work?  Do you

10        sit down one afternoon and knock it out or

11        how do you do that?

12   A.   Yes, I typically try not to multitask when

13        I'm working on a report.

14   Q.   Okay.

15   A.   So I would be dedicated to this report,

16        including photos in total.  I would have

17        also, at that point in time, because I talk

18        about it, the SE -- SEA report, I would have

19        that open and looked at it.  So my total time

20        on this was probably closer to eight hours in

21        terms of actual work.

22   Q.   And does Exhibit 63 incorporate all your

23        opinions in this case?

24   A.   I believe so.

25   Q.   Now, as far as when you become involved with



1          the opinion portion of the report, do you do

2          any independent research during that process?

3     A.   Give me some examples.

4     Q.   Do you go and pool -- and I know you don't

5          agree with it, but I'm just going to use

6          HAAG, because we've already talked about it.

7          Would you go pull HAAG and look at pictures

8          in there and make a comparison or anything of

9          that nature?

10    A.   I've already done that for ten years.  I

11         don't need to look at the photos.  I know

12         what's in the HAAG information.  We reference

13         the HAAG documents in here as one of the

14         sources.  It doesn't necessarily mean we rely

15         on it.  We may be listing that as one of the

16         sources because at this point in time of

17         issuing this, we have no idea if the

18         insurance carrier is going to hire HAAG, if

19         Tim Marsdell (phonetic) is going to show up

20         on this.  Okay?

21              So I may have this in here as much

22         for purposes of rebuttal as for purposes of

23         using it as a definitive document.

24    Q.   If you could, as far as this report goes, and

25         we can go off the record, because I want to



```
 1        use the rest room and get a cup of coffee,
 2        but I'm going to hand you a Sharpie, and go
 3        through that list of documents or materials
 4        that are identified of which ones you do
 5        think are authoritative, if you would just
 6        mark those.
 7   A.   I would need a definition of "authoritative"
 8        from you.
 9   Q.   Okay.  Which ones do you consider to be
10        supportive of your opinions?
11   A.   In total or in partial?
12   Q.   I don't know.  You have to tell me.
13   A.   Okay.  That sounds good.  I'll start marking.
14   Q.   Beautiful.
15                  (Whereupon, a brief recess
16                  was taken.)
17   BY MR. SCHMIDT:
18   Q.   The question that was on the floor when we
19        took the break was:  Looking at Exhibit 63,
20        particularly paragraph 1.8, what you
21        considered, I guess, relying on and giving
22        your opinions in this case.  And I may have
23        phrased it not exactly the same, and please
24        correct me if you think I did, because that's
25        not my intent to trick you.  And you've
```



1     checked all of them.

2  A.  That's why they're in the report.

3  Q.  That's right.

4         So are you saying that you agree, to

5     some degree, with all of them or some of

6     them, or tell us what you mean?

7  A.  I agree to some degree with all of them.

8  Q.  Okay.

9  A.  There are some things in here that are

10    probative, there are some things that we

11    utilize within the report to eliminate

12    causation.  Please understand, in getting to

13    a final causation analysis, it's as important

14    to eliminate cause as it is to try and plant

15    your flag too quickly on a causal link to

16    damage.

17        So, for example, in What's the Value

18    of Ventilation, I was able to eliminate very

19    quickly based on reviewing the information

20    that my people gathered, information that was

21    in the file ahead of time and my own site

22    inspection, that there were ventilation

23    issues that caused the shingles to become

24    loosened as a result of wind.

25        I eliminated -- this is not a

```
 1        ventilation issue on any of these, so that is
 2        a very definitive article about that, so I
 3        utilize some of these to eliminate causation.
 4   Q.   Okay.  We'll go through all of them a little
 5        bit later just so I understand it.
 6               But what I was getting at in my
 7        question to you was did you consider any of
 8        these as reference materials, which you've
 9        indicated you have, and as far as giving your
10        opinions.
11               Now, let's talk briefly about the
12        HAAG materials in two different areas.
13        First, the protocol as far as doing a roof
14        inspection as far as hail damage is
15        concerned.  And then the second one will
16        obviously be the assessment of what is or is
17        not hail.
18   A.   Sure.
19   Q.   Okay.  As I understand it, you do not accept
20        or believe as authoritative the HAAG protocol
21        for mapping a roof as far as assessing hail
22        damage; is that correct?  And if not,
23        explain.
24   A.   No, I wouldn't say that I -- I -- I wouldn't
25        agree to that at all.  I think it is
```



1    certainly a process that one can use.  The

2    problem I have with it is what they teach in

3    the classroom and what is done in the field

4    are two different things.  And I'll give you

5    an example.  And this is well-documented in

6    one of the cases I worked on in Arizona.

7          The HAAG -- a former employee of

8    HAAG's who owns his own engineering company

9    in Phoenix, after the 2010 hail storms, we

10   went out and we inspected 250 different

11   roofs, low-sloped roofs on shopping centers,

12   malls, office buildings, in different

13   locations.

14         In some cases we had a strip mall on

15   one side of the street and a strip mall on

16   the other side of the street, and there's no

17   damage on the one on the left and there's

18   damage on the one on the right.

19         We documented, circled, we spent I

20   think on each roof an average of five hours

21   or so infrareding, core cutting, the whole

22   bit on the ones where we were seeing physical

23   damage.  We issued our reports.

24         This gentleman was hired, a

25   well-certified PE, been through the HAAG



1  training, I was asked to come out and follow

2  behind him as he conducted his inspection.

3  He spent an average of 13 minutes on each

4  roof.

5          He went to the single cleanest area

6  on the roof, did not ever attempt to get down

7  on his knees, never tactilely felt anything

8  and never removed any of the dust from a

9  recent dust storm that was on the roofs, and

10 drew out the parameters of a test square and

11 promptly wrote zero.

12         We then stayed on the roof for an

13 average of a half hour later, took one corner

14 of each one of the test squares, so took a

15 two-foot-by-two-foot area, and drew another

16 ten-by-ten, incorporated four square feet of

17 that test square, and in every case, once we

18 cleaned that area, were able to circle

19 between 15 and 20 hail hits.  His report was

20 issued indicating no damage.

21      That's the problem I have.  I think it's

22 a great way to go to a large roof or a large

23 site and extrapolate potential damage.  But

24 if you sit in the class and you listen to

25 what they tell you, they say go to the area



```
 1        that is the most physically damaged.

 2                  That's not what happens in the

 3        field.  That's the problem I have with it.

 4                  So, again, it's not a verifiable and

 5        duplicatable test.  It's a sample square.

 6        That's why we don't believe it should be

 7        called a test, because quite frankly, it's a

 8        test that people manipulate.  So

 9        scientifically, it's flawed data oftentimes

10        that's being utilized by people who use it.

11   Q.   And just so I understand, and what you just

12        told us as far as the person, I was not sure

13        of all the players that you were mentioning.

14        You mentioned some former HAAG person.

15                  Was this the person that was doing

16        the test squares or was he with you?

17   A.   No, he was doing the test squares.

18   Q.   Okay.

19   A.   Working for the insurance carrier on these

20        250 roof sites indicating that there was zero

21        damage on any of these roofs from hail.

22   Q.   Okay.  And what's his name?

23   A.   And the problem was is he was spiking the

24        test.

25   Q.   Okay.  And what's his name?
```



```
 1   A.   I can't remember.  Kurt.  I want to say Kurt
 2        Magnuson or something like that.  It was
 3        just -- it was just very problematic.
 4             I have been on other roofs with HAAG
 5        employees and had them do the same thing
 6        right in front of me.  I mean, it's just --
 7        it's crazy.
 8             So, again, it's one thing to teach a
 9        methodology that I think is generally sound,
10        but then not to apply that in the field, I
11        have concerns with that.
12   Q.   Did you -- as far as your inspection, did you
13        apply the protocol as you understand it's
14        supposed to be followed with respect to
15        Central Baptist Church?
16   A.   Our -- our guys went up and marked the roof.
17        You can see the photographs, you can see the
18        counts that are in here are.  So, yes, we
19        marked --
20   Q.   They did 10-by-10 squares?
21   A.   No.
22   Q.   That's what I'm asking, is the protocol under
23        HAAG is to mark squares.  And assuming -- let
24        me finish my question.  And assuming that is
25        done properly, my understanding of your
```



1          testimony is that that is an acceptable way

2          to do it.

3                   And all I'm asking is:  Did you,

4          your company or your representatives, do HAAG

5          and follow it appropriately, as you have

6          referenced?

7     A.   Well, okay, that is a very leading question,

8          Counselor, okay, some of the words that you

9          used.

10    Q.   Answer it any way you want to.

11    A.   Appropriate?  Who says it's appropriate?  You

12         just said appropriate -- it's a process that

13         HAAG uses.  That's all it is.  It's not a

14         recognized standard by any engineering

15         community, any manufacturer, any code

16         council, ASTM, ANSI, anybody.  Nobody

17         recognizes it as a standard.  It is a

18         practice that they do.

19    Q.   Okay.  My question again was --

20    A.   So why would I follow somebody else's

21         practice if I think my practice is better?

22    Q.   Okay.

23    A.   And it is.

24    Q.   Okay.  My question was:  Did you apply the

25         HAAG protocol or your staff in the way you



1      understand it is being taught and being done

2      as taught by HAAG?

3  A.  No, we marked all the damage.

4  Q.  Okay.  So the answer is no, you did not

5      follow the HAAG protocol, correct?

6  A.  We did not follow the HAAG practice.  That's

7      all it is.

8  Q.  Fair enough.  Thank you.

9           And what practice did you follow?

10 A.  We followed a more rigorous practice.  We

11     walked the entire roof and we marked all of

12     the physical damage rather than finding an

13     area that had the least amount of damage and

14     drawing a box around it and saying there's no

15     damage here, or like SEA seems to have done.

16          I couldn't believe some of the

17     photos that I saw the other consultant take.

18     There are -- there are -- there are hash

19     lines that create a square, and he stands

20     back 20 feet and takes a picture of it and

21     says no damage.

22          Tell me that's fricking admissible.

23     There's no methodology there.  There's --

24     there's no close-ups, there's nothing, it's

25     just no damage.



1           And then we get on the same roof and
2       we find hundreds of hail hits.  Hundreds.
3       That to me is egregious.
4   Q.  I'll move to strike, because it wasn't
5       responsive to my question, but that's okay
6       regardless.
7           So let's sort of deal with the
8       questions that I'm actually asking.
9   A.  I'll try.
10  Q.  And as far as the protocol, or the approach,
11      I will call it, that you utilized, is there
12      any study, text or publication that endorses
13      it, recommends it, suggests it or addresses
14      it in any way, shape or form?
15              MR. SCOTT:  Object to the form.
16              THE WITNESS:  It's a methodology
17      that's never been challenged.
18              MR. SCHMIDT:  Okay.
19  BY MR. SCHMIDT:
20  Q.  But I'm asking are there any academic or
21      other studies regarding --
22  A.  Yes.
23  Q.  -- using --
24  A.  God, yes.
25  Q.  Let me finish my question -- applying what



1     you are saying that you followed?

2  A.  Yes, ASTM E 2128 is one, for example.

3  Q.  And is that referenced in your report?

4  A.  I don't know if we referenced it here or not.

5     Let's see.  (Reviews document.)  I don't

6     think we referenced that particular standard

7     in here.  I will tell you that visually

8     walking the entire roof and marking the

9     physical damage that is seen between hail

10    damage, a missing tile or shingle, something

11    that looks like old damage, which we did,

12    something that looks like mechanical damage,

13    which we did, on the entire roof to me is a

14    flawless examination of the roof.  Nothing is

15    being hidden, we've marked it at all.

16 Q.  And let me ask you again to repeat the

17    standard that you mentioned, because I

18    couldn't write quite that fast.

19 A.  It's not a standard.

20 Q.  Okay.

21 A.  It is a practice that we do just like the

22    HAAG practice is a practice that they do.

23 Q.  Okay.  And what is the name on that again?

24 A.  There's no name on it.

25 Q.  You said there was a practice and you



```
 1        referenced a particular document a few
 2        moments ago.
 3   A.   Well, it's not referenced in ours.
 4   Q.   But I'm asking you what it was.
 5   A.   ASTM E 2128 is diagnosing --
 6   Q.   E 21?
 7   A.   E 2128 is protocol for diagnosing water
 8        damage and water intrusion into wall and roof
 9        assemblies, and it's about a 75-page practice
10        for inspection of buildings, including roofs.
11        And it essentially walks you through the
12        step-by-step process to get to a causation
13        analysis and eliminate that.
14             And in there it indicates that the
15        more thorough the inspection, the more time
16        spent on the inspection, the more items that
17        you look at on the inspection, will typically
18        yield better results.  That's the practice
19        that we follow.
20             We don't do a half of an inspection
21        or a tenth of an inspection or a quarter of
22        an inspection.  We inspect the entire roof.
23        We also seem to be the only ones that have
24        done that.
25   Q.   In the entire U.S.?
```



1    A.   On this project.  I'm not talking about the

2         U.S.

3    Q.   Who -- are there --

4    A.   Based on reviewing the other reports, we

5         appear to be the only ones that conducted an

6         exhaustive -- an exhaustive inspection of the

7         roofs.  I think part of it is fear of people

8         walking on these roofs.  They're very

9         slippery.  Luckily, I have two guys that were

10        willing to do that, and I was able to see as

11        much as I needed to from the lift.

12   Q.   So you didn't --

13   A.   I also appeared to be the only one that was

14        willing, maybe because I asked and they said

15        fine, the only one that drove the lift onto

16        the lawn.  So other people were trying to

17        inspect this roof from driveways or sidewalks

18        or cement.  I was able to drive the lift

19        right up next to the building on all of the

20        elevations and inspect the roof from the lift

21        where others couldn't do that.

22              And some inspected, as I understand,

23        just from a ladder on the edge.  Without

24        being able to physically see that roof close

25        up, you really don't see the whole picture.



1   Q.   Now, the way you were testifying, it made me

2        get the impression that you never walked on

3        the asbestos roofs.

4   A.   Not true.

5   Q.   And I may have misunderstood that.

6   A.   No, I walked on some of them.  My people

7        walked on them.  There's pictures of my

8        people on them.

9   Q.   Understood.  But I was talking about you.

10  A.   No, I physically got on some of them.  I also

11       inspected them from the lift.

12  Q.   Okay.  With respect to your visit to the

13       property in March, did you make any field

14       notes at all, handwritten field notes?

15  A.   No.  I had the field notes from our guys with

16       me and I reviewed those as I walked through.

17       They had done a thorough job of documenting

18       everything, and my pictures are my field

19       notes at that point.

20  Q.   Is there any difference in what's depicted in

21       your photographs versus the initial crew you

22       had go out in 2015?

23            MR. SCOTT:  Object to the form.

24            THE WITNESS:  Some of the

25       close-ups that I take are -- are probably a



THOMAS IRMITER                                          May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO          58

1      little closer in some areas.  The -- but in
2      general, it's -- it's a snapshot in time, as
3      all of these photographs are.  So I have not
4      done a side-by-side comparison, for example.
5              I know there are clearly photos that
6      we took of exactly some of the same damage
7      when you look at them, so it would be easy to
8      look at those and say is the damage
9      progressing, is it -- is it improving, any of
10     those kinds of things, so -- but, no,
11     there's -- there are some similarities.
12  BY MR. SCHMIDT:
13  Q.  We were talking earlier, when I was asking
14     about your visit about the splatter, and we
15     sort of got a little bit afield there, and
16     I'm not sure if I understood your testimony
17     as whether it was applying to asbestos or
18     asphalt or what.
19             I got the impression, however, that
20     you were talking about asbestos, but I just
21     wanted to make sure I understood properly.
22  A.  I'll go on record as saying I did not see any
23     splatter on the asphalt shingles.
24  Q.  Fair enough.
25  A.  I will go on record saying I did see splatter



```
 1        on some of the metal, clearly splatter,

 2        spatter, depending on the geographic location

 3        you're in, on the asbestos tiles, yes.

 4   Q.   And you made mention that another reason that

 5        you went there was to assess coated or

 6        uncoated of the asbestos tiles?

 7   A.   Yes.

 8   Q.   And did you reach a conclusion on that?

 9   A.   I think originally they were coated.  I think

10        at the point of this hail storm that they are

11        now coated with a pollutant.  But a lot of

12        the coating that they had has aged off, as

13        evidenced by how slippery they are.  A coated

14        asbestos tile is fairly easy to walk on.

15        These, if you put your feet on them, they

16        will slide out from underneath you.

17   Q.   Even in dry conditions?

18   A.   Even in dry conditions.  Just like sand

19        coming off of a piece of sandpaper.  It's

20        very dangerous.  The -- I attribute some of

21        that coating loss and that -- that sandiness

22        to the hail event.

23   Q.   Okay.  Just so I'm clear here, do you think

24        that the coating was -- what condition do you

25        think the coating was, assuming there was
```



1    one, on the asbestos roof -- roofs, prior to

2    the storm?

3    A.   Aged, no question.  An aged condition and

4    covered with, in certain areas, a very heavy

5    buildup of pollutant.

6    Q.   And when you say, "Pollutant," tell me what

7    to a layperson that is that you can

8    visualize, if you can visualize it.

9    A.   Well, it's -- some of it is yellowish in

10    color, some of it is black in color.  It

11    didn't have the characteristic of algae that

12    I typically would see.  It looks to me like a

13    pollutant like somewhere near that area there

14    is some type of factory that is dispersing

15    industrial pollutant onto this roof in a

16    heavy layer, and that was removed, clearly

17    removed by the hail storm, exposing the

18    fibers.

19    Q.   And as far as the fibers are concerned, does

20    that affect, in your opinion, the ability of

21    the asbestos roof to shed water?

22    A.   Yes.

23    Q.   Okay.  How?

24    A.   The -- the fibers are what hold the asbestos

25    together.  It is the binding agent.  And as



1      these are exposed, and certainly the ones

2      that I saw and took close-ups of, there is a

3      fracture within those fibers.

4            So we actually have a crack that has

5      occurred at the point of impact when you blow

6      it up.  In some cases you can actually see a

7      hole that has gone right through.  When you

8      blow it up you'll see a small hole.

9            That's where -- an area where water

10     now is going to get inside that material and

11     it's going to cause it to begin to break

12     apart, and that's really the issue at this

13     point.

14  Q.  And when you say, "Hole," are you meaning a

15     penetration --

16  A.  Yes.

17  Q.  -- in your vernacular, I guess is what I'm

18     saying?

19  A.  Yes, yes.

20  Q.  Okay.  You had mentioned doing infrared

21     studies and things of that nature.  Would

22     that be of application with an asbestos roof?

23  A.  No.

24  Q.  How about core samples?

25  A.  No.



1    Q.   Would there be any demonstrative test that

2         you could use other than looking at shingles

3         with your bare eye as far as assessing the

4         integrity of an asbestos shingle?

5    A.   Well, and that's an interesting point.  One

6         of the flaws that -- in the ice ball studies

7         that had been done by various entities with

8         regard to asbestos tiles in particular mis

9         that they published that they fracture at

10        1.75 inches.

11              The problem with that is that at

12        thresholds below that, while they did not

13        fracture the tile, they do not show you any

14        pictures close-up of what has happened to the

15        actual tile at that point of impact.  So the

16        only thing that they are saying is unless

17        it's fractured, it's not physically damaged,

18        and that is just not the case.

19              We know that, from the German study

20        that we've cited in our report, that a coated

21        tile, asbestos tile, will lose .005

22        millimeters of section each year.  That is

23        less than half of a human hair in width, so

24        very, very little.

25              Imagine what happens at that point



```
 1        of impact where I've now exposed the fibers

 2        and I also have indentations going downward.

 3        I've just now taken that exposed fiber and

 4        I've taken 20 years of life off that tile

 5        right at that location because of that.

 6                So that's what I think is the

 7        failure in the ice ball study, they don't

 8        talk about that physical damage to the tile,

 9        all they talk about is the hole that went

10        through it or the break.

11   Q.   Okay.  And as far as the German study, can

12        you identify that in your materials?

13   A.   Sure.  Well, and it's cryptically mentioned

14        at the end of the HAAG manual where they talk

15        about 3 percent loss a year or something like

16        that.  It's actually substantially less than

17        the 3 percent, based on this study, and this

18        is recognized as the definitive study.  So I

19        don't know if that's a misprint in the HAAG

20        or what, but just a second.

21                (Reviews document.)

22                Yeah, it's the Spurny report, 1989.

23   Q.   Guide me general area and --

24   A.   Very bottom of the report.

25   Q.   Oh, perfect.
```



1   A.   "On the release of asbestos fibers from

2        weathered and corroded asbestos cement

3        products."

4             The other thing that's interesting

5        is what they found is because of this, when

6        the fibers were exposed in the manner that

7        they are in this particular situation and

8        they did air sampling studies of the

9        neighborhood, the surrounding neighborhood,

10       they found that there was an increase in

11       asbestos in the air samples as a result.

12       That creates a human health issue for the

13       parishioners and for the neighborhood.

14  Q.   Are you an asbestos expert?

15  A.   No.  Ryan Nierengarten is.  He was a licensed

16       asbestos abatement contractor and a licensed

17       abatement inspector.  I've had training in

18       asbestos -- where is my CV.  Anyway, I have

19       some training in asbestos on my CV.

20  Q.   Have you ever been qualified in a court of

21       law as an asbestos expert?

22  A.   No.

23  Q.   Have you ever represented yourself as being

24       an asbestos expert in any case?

25  A.   No.  I'm just reporting to you what the



1      literature has said.

2   Q.  Okay.

3   A.  If I can add?

4   Q.  Yeah, sure.

5   A.  As a licensed building code official, I do

6       have -- under my code of ethics, I do have to

7       report health and safety issues as they

8       become knowledgeable.

9              So in that sense, based on what I

10      have seen on this site and based on that

11      study, I would indicate that there is likely

12      health and safety issue with regard to this

13      property.  However, I have not done any

14      specific air testing or any of those things

15      to verify that.

16  Q.  And you'd want to do that before you reported

17      anything, wouldn't you?

18  A.  I would report that the conditions exist.

19  Q.  Okay.  And have you?

20  A.  No, I have not, other than in this report.

21  Q.  Now, as far as in your industry, and to the

22      extent you know, do any of your competitors

23      follow procedures similar to yours in

24      assessing hail damage to roofs?

25  A.  Oh, sure.  Yeah, I've seen -- I've seen Pie



```
 1        walk the entire roof in the market.  I've
 2        seen Wiss, Janney, Elstner do that.  I've
 3        seen -- I want to say I've forced HAAG
 4        inspectors to walk the entire roof with us in
 5        appraisals that I'm involved in.  I'm heavily
 6        involved in appraisals, as you know.
 7                 I have seen, oh, gosh, Project,
 8        Time & Cost, another engineering firm, do
 9        full studies like this.  Part of the reason
10        that a lot of people don't do the full
11        studies is it takes time, it's more
12        expensive.
13   Q.   You said Pie.  P-Y-E?
14   A.   P-I-E.
15   Q.   Oh, it's P-I-E?
16   A.   Yeah.
17   Q.   Okay.  I got my companies mixed up?
18   A.   They're out of Colorado.
19   Q.   And how do you -- what is the other company,
20        and how do you spell that for our court
21        reporter?
22   A.   WJE is just how I would do it.  Project,
23        Time & Cost is another one I mentioned.  I
24        have seen Greg Becker Engineering do full
25        studies like this.  I've seen Martin Shields,
```



1      he's a licensed PE in Atlanta, I think it's

2      called Shields Consulting, I've seen him do

3      full studies like this.

4              Let's see, who else?  I've seen a

5      number of public adjusters and storm chasers

6      do them as well.  There's so many, I can't

7      give you the names of all of them.

8  Q.  That's fine.

9  A.  Yeah.

10 Q.  Now, it appears from Exhibit 64 that Jared

11     Cassier, if I'm pronouncing that right,

12     probably not, took the photographs that

13     comprise 64; is that not correct?

14 A.  That is not correct.

15 Q.  Okay.

16 A.  These photographs were taken by a combination

17     of Jim and Jared.  They used one camera.  My

18     guess is what happened is when they got back,

19     because this was a training mission for

20     Jared, that Jared then was being trained in

21     how to take the photos and drop them into the

22     report generator and create this document.

23     So he basically put his initials after that

24     indicating that he had done that.

25 Q.  Okay.  But your understanding is that each



1      split duties in doing the -- taking the

2      photographs?

3   A.   Yes.  My understanding also, in talking to

4      Jim about this, is that Jim, on the main

5      church itself, conducted the investigation

6      and marked all of the hail locations.  You'll

7      see this in the photos.

8          And then you'll see on the garage,

9      the little garage in back is when Jim turned

10     Jared loose to mark that to say, you know, is

11     he understanding what hail is, what we think

12     hail damage is.  So that's why you see Jared

13     in the photos, because Jim is taking those at

14     that point in time, and that was a training

15     thing that we did.

16  Q.   And as far as Jared is concerned, I

17     understand he's no longer employed by FBS; is

18     that correct?

19  A.   Correct.

20  Q.   And why is he no longer employed by FBS?

21  A.   He had a degree in landscape architecture and

22     I believe liked working closer to the ground.

23  Q.   Did you terminate him?

24  A.   No, no.  Friendly -- friendly leaving.  He

25     went to school with my son Jim.



1   Q.   Do you know what the condition of the roof at
2        Central Baptist Church, or the roofs, pardon
3        me, were immediately before the loss?
4   A.   I know what they were in 2012, based on the
5        photos that were taken by the adjuster and
6        based on that report.  I do not know what
7        they were after June -- after those photos
8        were taking -- taken from the January 2012
9        loss and the 2014, although I did research
10       hail events between those two dates and did
11       not find anything at least on NOAA indicating
12       that there was hail large enough to cause the
13       damage that we saw.
14                So in 2012 they show no photos of
15       the hail damage, indicate there's no hail
16       damage.  I find no weather data to support
17       that there's anything in between, which leads
18       me to believe that we have the correct storm
19       date.
20   Q.  As an overall, based upon the 2012 photos
21       that you've observed or reviewed, from those
22       photos do you have an opinion of the
23       condition of the roof?  And I'm not talking
24       hail related or anything.  I'm talking
25       generally of the roofs at Central Baptist



1           Church following that 2012 event or claim.

2   A.    I think there was probably some additional

3         wind damage in the field that was not

4         properly diagnosed.

5   Q.    Explain to me what you mean, because I'm not

6         quite connecting with you there.

7   A.    Sure, that's fine.  That's fine.  One of the

8         problems with asphalt shingles, for example,

9         is that the insurance industry has put forth

10        in the training of their adjusters and a lot

11        of the inspectors and consultants who work on

12        that side of the fence that wind damage to

13        asphalt shingles is only presented in three

14        ways; the shingle has to physically be down

15        on the ground, the shingle has to be flopped

16        over and creased, or the shingle has to be

17        torn.

18              They don't look at debonding of the

19        seal strip as wind damage, and yet it is.  We

20        certainly believe it is.  That's an important

21        mechanism.

22              So is it possible that in 2012 some

23        of the shingles that are now blown off in

24        2014 began to loosen that bond strip in that

25        2012 storm, it's possible.  Is it possible



1        that -- in my photos you will see me
2        taking -- standing -- Exhibit 64, so if you
3        take a look at the pitch of the roof, if you
4        do this correctly, if you stand the correct
5        distance away from the edge of the wall, and
6        depending on your height, and you take photos
7        up that roof line and across that roof line,
8        you will be able to see shingles that are
9        lifted.  All right?
10              I did that when I was out there.
11       I'm the only one that did that.  That's one
12       of the techniques that I use for diagnosing
13       potential wind.  There's hundreds and
14       hundreds and hundreds of shingles like that
15       on this particular roof, all right, that to
16       me are physically displaced from their
17       original position.
18              I can't tell you when that occurred.
19       In a way, I really don't care, because I have
20       enough hail damage to replace this roof.  But
21       I think that there is also wind damage here.
22  Q.   Do you know what wind affected this property
23       on December, I believe it's 24th, of 2014?
24  A.   Yes.
25  Q.   What was the winds that this sustained?



1   A.   I don't know the specific.  I know I pulled

2        up that particular date and I looked at the

3        mesocyclone readings.  There's three

4        different ones.  There's ones for tornados,

5        there's ones for sightings, and there's an

6        algorithm.

7             And on the algorithm it showed that

8        there was wind, a mesocyclone wind within the

9        area around the church, like ten readings on

10       that date.  Coincidentally, there's three

11       readings that show up on the 2014 date as

12       well indicating high wind, which also jives

13       with the eyewitness reports in the

14       affidavits.  I think two of the neighbors had

15       indicated really high winds, so...

16  Q.   But do you know what the winds were at the

17       church?

18  A.   No, nobody does.

19  Q.   Okay.

20  A.   Nobody in fact knows, because nobody was on

21       the peak of that roof with anemometer.  The

22       wind speed would have been -- on that day it

23       would have been higher -- on Exhibit 63, I'm

24       pointing to the top of the steeple.  The wind

25       speed would have been higher here,



1    (indicating), and lower here, (indicating),

2    and it would have gradually gotten higher the

3    higher we get off the ground.

4         We measure wind speeds at 30 feet

5    off the ground, three-second gusts, in the

6    building code and design.  And so the wind --

7    the wind speed would have been higher on this

8    roof than it would have been on the lower

9    roofs.

10        The wind speed back in this area

11   where it kind of tucks into a U,

12   (indicating), there would have been some

13   dynamic effects that would have occurred back

14   in there as well called the Burnoulli effect

15   where wind, you know, creates all kinds of

16   vortexes and things.  So nobody specifically

17   knows.  All they know is what happened after

18   the fact.

19   Q.  As far as the wind is concerned,

20       understanding -- strike that.

21            As far as wind is concerned, and

22       assuming that a roof is -- was properly

23       installed, okay, and when I'm saying roofs,

24       I'm meaning both asbestos and asphalt for

25       purposes of this question, what degree of



1   wind should they be able to sustain without

2   damage?

3           MR. SCOTT:  Object to the form.

4           THE WITNESS:  Wind speed versus

5   wind blown are two different things.

6           MR. SCHMIDT:  Okay.

7           THE WITNESS:  You learn this both

8   as an engineer and as a code official.  I

9   have training on this.  For example, as a

10  code official where it comes into play, if

11  you come into my office with a blueprint and

12  you want to build a structure, all right, I

13  want to take a look at the exposure rating,

14  is it exposure A, B or C.

15      So a C rating would be I have all

16  this open land in front of me or I have a

17  mile of open water giving that wind a chance

18  to really get up and go.

19      I might have an escarpment or a hill

20  right there which also then is going to take

21  that wind and push it even more, so the wind

22  load versus the wind speed are completely

23  different as well.

24      My research of this building and

25  similar buildings of this age is that at the



1    time this was installed, it was most likely

2    installed for a 60-mile-an-hour wind.  But

3    that would be the fastest mile wind.

4         We now, starting in 2000, deal with

5    something called three-second burst or the

6    three-second gust.  So it's kind of a

7    different comparison.

8         Today, it would be my analysis of

9    this that this is going to have to be

10   designed for 110-mile-an-hour wind, as is --

11   as are the asphalt shingle roofs.  And I

12   think we put that in here, because that's

13   what the code will require.  But at the time,

14   it was installed properly, looking at the

15   blueprints that we looked at.

16  Q.  And these buildings, particularly the

17      asbestos ones when they were originally laid,

18      did -- did they have ridge caps?

19  A.  I believe they did, yes.  Yeah.

20  Q.  Okay.  Are you aware that the ridge caps did

21      not exist for some period of time even prior

22      to 2012?

23  A.  They had blown off, yes.

24  Q.  And do you know if water had entered the

25      building because of the absence of those



 1        ridge caps on the asbestos roofs?

 2    A.  The fixtures -- the pictures that I saw of

 3        some of the missing ridge cap, the problem

 4        with those, and I think they were taken by a

 5        drone, if I remember right, in photos, but

 6        the problem with that is that the -- the way

 7        the roof is installed, there is a heavy

 8        50-pound granulated -- semi-granulated

 9        underlayment over the concrete.  That

10        underlayment runs up and over the top of the

11        ridge, and then it typically runs -- so it

12        typically -- and I installed the roofing.  If

13        I were building this roof at the time, I

14        would have a double layer over that ridge.

15             So the ridge cap is really a beauty

16        cap.  It is not a weather-protecting

17        mechanism.  So unless that material was

18        absent, which I doubt it would be, and there

19        was actually a hole right there, no water

20        would come in at that point in time.

21    Q.  Okay.  But do you know when whatever the

22        event was or circumstances was that those

23        ridge caps came off those asbestos roofs, do

24        you know when?

25    A.  No.



1    Q.   Okay.  Do you know how long they were off?

2    A.   No.

3    Q.   Did you find any signs of wood degradation as

4         far as the roof is concerned, rotting wood in

5         the decking?

6    A.   I don't recall seeing that.  I think there's

7         one small picture of a piece of semi, kind

8         of, colored wood, but I don't think that

9         is -- because on the main church it's

10        concrete deck, so there's no wood there,

11        unless that's a wood filler strip or

12        something that got put in in original

13        construction.

14   Q.   What about around the eves or the rakes of

15        the roof, did you find any rotted, decayed

16        wood?

17   A.   Not that I recall seeing, no.

18   Q.   As far as the asbestos tiles are concerned,

19        do you know who manufactured those?

20   A.   No.

21   Q.   Okay.  Do you know the -- any of the

22        specifications -- I take it the answer is

23        going to be no -- specifications of the

24        asbestos tiles?

25   A.   Only what we found in the blueprint, which we



1    took a picture of, which indicated that it

2    was an asbestos tile, Chemolite or something

3    like that was used.  I can't remember the

4    term.  But, yes, that's all we know.

5         I know from experience having grown

6    up in construction, having put my first roof

7    on when I was 13, having taken these roofs

8    off before, I know from experience that this

9    product is no longer manufactured.

10  Q.  You're aware, though, that there are

11   boneyards that have this available, don't

12   you?

13  A.  I am aware of boneyards.  I am not aware of a

14   boneyard that has this tile.  But more

15   importantly, if there is, then under the

16   building code there is a provision for used

17   building materials.  You can use them with

18   permission from the building code official.

19   I do not know a building code official in the

20   United States who, in good conscious, would

21   allow anybody to use an asbestos-based

22   product.

23  Q.  Have you spoken to any code officials in

24   Albany, Georgia?

25  A.  I have not.



1    Q.    As anyone with your organization spoken to

2          anyone in Albany, Georgia?

3    A.    No.  But I will also tell you that the

4          building code has a provision that prohibits

5          you from using hazardous materials.  So,

6          again, by statute, they would not be able to

7          do it.

8    Q.    As far as the asphalt shingles are concerned,

9          do you know what grade shingles these were?

10   A.    Yes, they're a Class A, D-rated shingle.  And

11         that may sound counterintuitive but --

12   Q.    It does.

13   A.    It does.  Class A, B and C is for the fire

14         rating, D through H is for the wind rating.

15   Q.    Okay.

16   A.    So it's a Class A fire-rated shingle, it's a

17         30-year, and it is a 90-mile-an-hour

18         wind-rated shingle.  We now have to have an

19         110-mile-rated shingle on that building.

20               The other problem with surgical

21         repairs on this building, it's about an

22         18-year-old shingle, the problem is that it's

23         an odd-sized metric.  And the shingle

24         manufacturers go back and forth about every

25         five years between American size and metric



1    size.

2            The metric that are available today

3    are very limited, and they've actually

4    changed the metric sized by about

5    three-eights of an inch, so they're actually

6    shorter.  So we have a size problem.

7  Q.  When you went in March and took your

8    photographs, did you -- were you taking

9    photographs because you didn't think what

10   existed on the property was adequately

11   depicted in the photographs of Exhibit 64?

12  A.  No.  No, no, no.  There were some that were a

13   little blurry.  I like a little more clarity

14   maybe that I would want, but I also wanted to

15   create my own photographic record.  I can

16   certainly get by with what was taken

17   previously.

18  Q.  Do you know, over the course of the life of

19   this roof, if it had ever sustained any

20   shifting of any of the asbestos tiles?

21  A.  Well, that's interesting.  That I think is a

22   total misconception from whoever has put that

23   into their report.  This is a dutch -- what

24   we call it up here, a dutch lap pattern.

25            So when you install these tiles, you



1    can have -- at the base of the tiles you can

2    have them all in the same row or you stagger.

3    So it goes like this, (indicating), and

4    that's what it looks like.

5           So it looks like they've dropped.

6    They haven't.  That's the original install on

7    these tiles.  They were designed to look that

8    way.

9           I saw three instances on the roof

10   where there were metal clips in place,

11   indicating that at least three tiles have

12   been replaced after original construction.  I

13   only saw that in three areas.

14   Q.  Did you see any other signs of repair on the

15   roof?

16   A.  Well, yeah, I mean, there's some asphalt

17   shingles that have been used as part of a

18   ridge.  There's a metal ridge that's up there

19   that wasn't in other people's photographs,

20   so -- and I understand that there has been

21   some -- some blow-off even since, for

22   example, the insurance company conducted

23   their inspection.

24          There were also more missing

25   shingles.  When I got up on the roof there



1    were more shingles that were detached

2    shingles, tiles that were detached and

3    laying, than there were in the previous

4    inspections.

5  Q.  But could you tell if over the -- strike

6    that.

7         The roof, as best we can tell as of

8    the date of the storm, was about 50 years old

9    as far as the asbestos goes?

10 A.  Makes sense.

11 Q.  Okay.  Could you tell if anyone had been

12    periodically making repairs to the roof other

13    than the three tiles that you said you saw

14    clips on?

15 A.  The three tiles I saw were in the field --

16 Q.  Okay.

17 A.  -- which is unique.  That's the only place I

18    saw those three tiles.  They looked old too.

19    I mean, they were aged consistent with

20    everything else.

21         Yes, there are -- there is evidence

22    of repair around the steeple in some of the

23    valley locations on the ridge and on some of

24    the rake edges.  That would all be consistent

25    areas of wind damage.  Those are high wind



1          zones on the roof.  I can't give you the

2          dates on those repairs or other than what's

3          in the files already.

4    Q.   Any other type repairs that you observed as

5          far as over the -- on the roof at all?

6    A.   No, other than the asphalt shingles that have

7          been put in.  There's indication of -- in the

8          file, but I didn't note this, but apparently

9          it looked like one of the built-up roofs

10         might have been replaced in a small section

11         of built-up roof --

12   Q.   Okay.  Yeah.

13   A.   -- sometime prior to this.

14   Q.   As far as when any of the asbestos tiles were

15         being repaired or put back into place,

16         whatever terminology you want to use, were

17         there any other means by which repairs were

18         made other than clips?

19   A.   I think I took a couple of pictures, or we

20         took a couple pictures of a couple that had

21         been glued or caulked.

22              Understand this is not an easy roof

23         to get up on to, so I -- I would imagine it's

24         not a roof that gets inspected on a regular

25         basis because of that, because of the pitch



1     and because of the slippery nature of it,

2     other than the easy places to walk, which are

3     the valleys, along the ridge.  Those are --

4     those are the main areas that you can walk.

5              But putting a ladder up and walking

6     up the side -- right in the very middle of

7     the building and walking up, I don't think

8     there's a person I know that's going to be

9     able to do that without a rope and harness up

10    above.

11  Q.  And would a skilled -- an unskilled person

12    with asbestos roofs trying to repair it,

13    would they cause damage to the asbestos

14    tiles?

15  A.  It's pretty rigid.  It's kind of hard to

16    break it, but it's not impossible.  If you --

17    if you're walking along the field of the roof

18    and you've got a piece that's lifted or you

19    have a piece that's unsupported and you step,

20    you could break it.  The -- in the valleys

21    you -- there's a lot of multiple layers that

22    make up the valleys, so you'll have soft

23    spots.  So when you're walking in the

24    valleys, if you're not careful, you could

25    break it.

```
 1   Q.   Now, as far as roof maintenance itself at the
 2        church before the 2014 loss, do you have any
 3        idea of what maintenance that they had done
 4        over the life of the roof prior?
 5   A.   Only what's reported in our field notes and
 6        our interview.
 7   Q.   What is your understanding of the reason --
 8        strike that.  Let me start over again.  Bad
 9        question the way I was forming it.
10              You noted a few moments ago that in
11        some photos there were some, what appeared to
12        be, newly installed ridge caps on some of the
13        ridges of the roof.  Do you know what
14        prompted the installation of those ridge
15        caps?
16   A.   My understanding is that there was some wind
17        damage.
18   Q.   Okay.  And when you say there was some wind
19        damage, attributable to what?
20   A.   To a wind event of some kind.
21   Q.   I guess I'm saying are you saying it was
22        attributed in the 2014 event or was it
23        attributed to another event?
24   A.   No, I don't believe that anybody has
25        attributed, to the 2014 event, wind damage.
```



1   Q.   Okay.

2   A.   I think they're attributing correctly, or we

3        are attributing correctly, hail.

4   Q.   Have you ever spoken to Pastor Greg Davis?

5   A.   No.

6   Q.   Now, as far as asphalt shingles are

7        concerned, their top layer has granules,

8        obviously.  And as I understand it, over the

9        life of a roof it'll shed granules to some

10       degree or another.

11            In your experience, what is the rate

12       at which granules shed from a shingle?  And

13       I'm not talking about in a hail event, I'm

14       talking assuming just natural duration of

15       life.

16  A.   Well, that's a -- that's a dependent question

17       on the exposure, north, south, east, west,

18       climate.  We actually have less granule that

19       sheds up here in Minnesota than you might

20       down in Georgia.

21            I can tell you that based on

22       inspecting 10,000 roofs, probably, and

23       putting roofs on, there is a -- the single

24       most amount of granule loss occurs during

25       installation, no question.  The gutters will



1        have a layer, you know, an inch thick of

2        granule if you have gutters in place during

3        the installation process.

4                As far as how much sheds from rain

5        primarily, wind, small hail, those kinds of

6        things that occur, I -- I don't know how you

7        would measure that, quite frankly.

8   Q.   Now, you saw, at least on one of the roofs,

9        where someone had come along and put asphalt

10       shingles over the ridges of the asbestos

11       roofs?

12  A.   Yes.  They glued them down.

13  Q.   Yeah.  And do you know when that occurred?

14  A.   No.

15  Q.   Do you know why it occurred?

16  A.   Probably because somebody wanted to cover

17       that open space.

18  Q.   Okay.  But why would they -- why would they

19       want to cover that open space?

20                MR. SCOTT:  Object to the form.

21                THE WITNESS:  Well, I can think of

22       only two reasons.  One would be aesthetic,

23       they think that that is a function of the

24       roof, that that -- it's called a Boston

25       ridge.  That Boston ridge is a functioning



THOMAS IRMITER                                                    May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO            88

1        part of the roof, and there was nothing

2        underneath it.

3              As I indicated before, it's my

4        belief the underlayment covers that apex,

5        that peak.  So in that sense, the Boston

6        ridge isn't necessary at all.  But a

7        layperson or an uneducated person might not

8        know that and might think, Oh my God, this is

9        missing, we better replace it, okay.

10  BY MR. SCHMIDT:

11  Q.   The underlayment on this particular -- on the

12       asbestos roofs, what is that made of?

13  A.   It's asphalt material.  It's a 50-pound

14       impregnated asphalt.

15  Q.   Okay.

16  A.   It's like a rolled roofing, basically.

17  Q.   Okay.  And does -- is that harmed over the

18       years by the elements exposure?

19  A.   If it's physically exposed.  It's protected

20       by the outer layer of shingle, so the -- the

21       asbestos shingle is really the hostage at

22       that point in time.  It's protecting that

23       underlayment material.

24              And the difference here is because

25       we have a solid concrete roof.  If that were



1      a wood roof, for example, wood slats that

2      were open, then we would get contribution

3      from the interior air from stack effect, it's

4      called, air circulation in the attic, and we

5      would get deterioration from that paper on

6      the underside.  That's what you see on tile

7      roofs, cedar shake roofs those kind of

8      things, concrete tile roofs.

9              Here we have solid concrete.  That

10     mat material is actually glued -- unless it

11     was done with hot tar, it was glued down to

12     the concrete.  So, in essence, the

13     water-shedding mechanism is that asphalt

14     material.  That's the primary water-shedding

15     mechanism.  The secondary one is the tile on

16     top.

17  Q.  Have you ever dealt with a company by the

18     name of Mid-South Roofing at all?

19  A.  No.

20  Q.  As far as hail that fell on this roof, what

21     is your opinion as far as the hail storms

22     that harmed this roof?

23  A.  I think they were very dense.  One of the

24     examples that we tell a jury is that I can

25     take a malted milk ball, which we all get at



1       Easter time, and I can take a marble that's
2       the same size, and I can take a sling shot
3       and I can shoot it against the sheetrock wall
4       here behind you and the effect will be
5       completely different.  The marble will go
6       right through a shot of the same velocity and
7       the malted milk ball will just explode and
8       leave no damage at all.
9              And that's really a great example of
10      how hail can operate, even within the same
11      storm.  I can have the same size hail that
12      has different densities, I can have larger
13      hail and smaller hail.  I think in this
14      particular case we had a variety of sizes of
15      hail, which is typical of a storm.
16             Based on the reports from the
17      neighborhood and based on my own look at the
18      NOAA, there was some wind that would add some
19      drive to that hail.  And I think that there
20      was enough certainly to cause the physical
21      damage that we were seeing.
22  Q.  But as far as the hail stones, and
23      understanding everything is relative here, do
24      you have an opinion on the size of hail
25      stones that struck this roof?



```
 1  A.  Oh, so you didn't ask me about size before,

 2      that's why I didn't answer the size question.

 3  Q.  I'm sorry.  If I didn't, I apologize.

 4  A.  Size was -- I think there was some individual

 5      outlier hail that was probably 2 inch.  I

 6      think the bulk of the hail was about 1.5 and

 7      a little bit under, and I think there was

 8      some 1.75 inch hail.

 9           So if you look only at the HAAG

10      experiment, the -- the ice ball testing, and

11      you look at the 1.75 threshold as being

12      necessary to cause the tile to fracture, and

13      then you extrapolate from that that the only

14      damage caused to the roof would be a

15      fractured tile, then I must have 1.75-inch

16      hail or there's no damage.

17           That doesn't take into account

18      damage that is not reported by HAAG in the

19      study at 1.5 and lower, because they show no

20      pictures of actually happened.  Did the

21      coating come off?  Did the shards become

22      exposed and friable as a result of that?

23      Were there microscopic cracks that were

24      created at 1.5 or lower?  They don't tell you

25      any of that.  That's, I think, what occurred
```

1       here, is that those lower thresholds.

2               And, again, understand that this is

3       50-year-old tile that's getting ice shot at

4       it.  The stuff in the HAAG experiment is not

5       typically older, it's typically new tile or

6       newer tile.

7   Q.  Have you any opinion on the velocity of the

8       hail?

9   A.  Well, certainly it reached terminal velocity,

10      because it fell.  No, I don't have an opinion

11      on the velocity of the hail at this point.

12      It was certainly large enough to cause -- or

13      fast enough, if you will, to cause some of

14      the tiles to actually fracture and put holes

15      through the tile, which we documented.

16  Q.  Have you spoken, personally spoken to anyone

17      in the vicinity of the church regarding the

18      storm?

19  A.  No, just the field notes that we have

20      indicating that the neighbors had damage and

21      then the affidavits that I've seen.

22  Q.  Can you identify, other than the affidavits,

23      the persons that were referenced in the field

24      notes?

25  A.  The field note is the -- what's the



1      gentleman's name, the main guy that I talked

2      to?

3  Q.  Reed?

4  A.  Yeah, Reed.  Reed.  Mr. Reed reported that.

5  Q.  And we talked about this a little earlier, or

6      at least I interpreted it, which is sometimes

7      a dangerous thing to do about what damage

8      exists -- strike that.

9           We talked about this earlier as far

10     as what damage to the asbestos, we'll talk

11     about first, the damage to asbestos tiles

12     that was not hail related, okay?  And my

13     understanding the way you testified was that

14     that is documented in your photographs.  I

15     may have misunderstood that.

16          Are you only documenting in your

17     photographs what is considered to be hail

18     damage that you attribute to the December

19     2014 loss?

20 A.  No.  In fact, we -- there are some

21     instances -- and this is -- this is somewhat

22     confusing, I will tell you, because when you

23     look at the 2012 photos that were taken by, I

24     think it's Custard, their adjuster, and I

25     took those and I -- I don't have the JPEG,



1    all I have is what's distributed.

2            But I took those and attempted to

3    blow those up on my screen.  And I've got to

4    tell you, I could not see corner damage in

5    2012.  It doesn't mean that it's not there,

6    but I just couldn't see it in those photos.

7    We get up there, everybody is documenting

8    corner damage, corner damage.  So we -- we

9    took pictures of the corner damage.

10           And we really took pictures for, you

11   know, three reasons.  One, there are

12   instances where we can blow up and show you

13   what we think is the point of impact that

14   caused that corner damage.  There are

15   instances where the corner damage is fresh.

16   I mean, it looks like it could be consistent

17   with something newer.

18           And then we have some corner damage

19   where I've got lichen or some type of --

20   something growing on it.  And so my question

21   is how quickly is this roof polluting itself.

22   How quickly is that regrowth of whatever is

23   on that roof occurring.  Because if it's

24   occurring -- and we didn't do that scientific

25   study or that biological study.  Nobody has.

1              But that was -- so we circled -- for

2       purposes of trial, we circled freshly damaged

3       and older ones.  We did not include in our

4       counts those older ones as being damaged from

5       this storm, because of that growth on there.

6   Q.  How from your data can I determine what falls

7       into the tabulation of unrelated damage, to

8       hail damage that you attribute to the 2014

9       storm?

10  A.  We have to go through each individual photo.

11  Q.  Okay.

12  A.  And that's what we would do at trial.

13  Q.  Okay.

14  A.  Because, again, we've done this enough to

15      know that -- please understand, Counsel, when

16      we look at something like this, you know, as

17      old as this roof is, to say that there's

18      never been a leak before, to say that there's

19      never been physical damage would be

20      ridiculous, okay?

21              So the question is with any

22      reasonable degree of certainty can we at

23      least start to date some of this damage.  And

24      when we see two very clear distinct patterns,

25      one, our corner breaks that have lichen



1    growth on it or some type of growth on it,

2    and then we have others that look fresh, is

3    there enough of the fresh breakage, is there

4    enough of the damage caused at the splatter

5    locations to replace this roof?  Yes.

6         Does the introduction of corners

7    that have lichen damage on them or are

8    discolored and darkened, does that just

9    create a red herring in the discussion?

10   Sure, it does.  So why would we even bring

11   those into the mix.  I have enough damage

12   already.

13        But in a trial setting, I need to be

14   prepared to argue that issue, because

15   somebody else is going to say, "Isn't this

16   all from a previous storm?  Isn't this all

17   old damage?"  So I want to be able to show

18   those differences to a jury.  That's why we

19   took all those photos.  And that's also the

20   benefit of not doing just a test square.

21   That's the benefit of doing a thorough, full

22   investigation, to be able later to show those

23   differences.

24   Q.  But sitting here today, you have not recorded

25       in written format what is non-hail-related



1       damage as distinguished from hail-related
2       damage?  That's what I'm getting at.
3   A.  Maybe a better way of saying that would be
4       old hail damage or new hail damage.
5   Q.  Fine.
6   A.  Okay.  We can do that on the photos and we
7       will do that.
8   Q.  Okay.  But --
9   A.  There is enough physical damage on this roof
10      to replace them.
11  Q.  But I guess what I'm saying is, as we sit
12      here today without going through every single
13      photograph, and I don't think you necessarily
14      want to do that, without going through that
15      process, have you any documents or records
16      that show, specifically make that
17      delineation?
18              MR. SCOTT:  Object to the form.
19              THE WITNESS:  Yes.
20              MR. SCHMIDT:  Okay.
21  BY MR. SCHMIDT:
22  Q.  And what is that?
23  A.  That is the field -- that is the report.  So
24      in the report, when we say 56 hail damaged
25      tiles on the east slope of Building B, okay,



```
 1         there may be 120 broken tiles up there.
 2         We're telling you that we think there's 56
 3         here that are related to that storm.
 4    Q.   Okay.  Let's go look at that.
 5              MR. SCOTT:  Before we do that, is
 6         this a good breaking point?
 7              MR. SCHMIDT:  Perfect.
 8              (Whereupon, a brief recess
 9              was taken.)
10    BY MR. SCHMIDT:
11    Q.   If you'll go over to 3.1, "Roof
12         Observations," Exhibit 63, of this report, I
13         just want to get some understanding about
14         some of the terms and phrases here.
15              And let's -- we'll just use 31 --
16         3.1, the first one, "Roof Slope A, See
17         Figures 162-180," okay?  In that one it says
18         14 impacts and 7 broken tiles are observed,
19         okay?
20              And my question on that line, at
21         least, is when you say impacts, is impacts
22         equating to splatter or actually something
23         that is a damage causer?
24    A.   We are talking about what we consider to be
25         larger splatter that caused physical damage,
```



 1        as opposed to smaller but simply removed the

 2        damage.  So, for example, if you were to look

 3        on Exhibit 64 --

 4   Q.   Okay.

 5   A.   -- figure 171.

 6   Q.   Gotcha.

 7   A.   All right.  You will note that we are

 8        circling here three, but if you take a look

 9        there's a whole bunch more white marks on

10        here.  So all of these white marks are

11        indications of different size hail that has

12        removed the pollutants.  We are focusing on

13        only the larger ones that have caused hail --

14        that have caused damage, excuse me.  So, for

15        example, this would be a photo that I would

16        reserve the option to blow up at trial and

17        take a look at it.  I can't tell you today if

18        I'm going to see what I want to see on this

19        one, but this would be --

20   Q.   Let me stop you right there before you move

21        on.

22   A.   Yup.

23   Q.   What -- and I'm not holding you to this, so

24        don't -- and I know lawyers would say that

25        all the time, but 170, what -- what do you



1      reasonably anticipate when you blow that up

2      that's showing?

3   A.  At that angle, probably not what I want to

4      see.

5   Q.  Okay.

6   A.  What I would like to see is the camera right

7      above it.

8   Q.  Okay.

9   A.  So that's why I went back in some of these

10      instances, and instead of taking it at an

11      angle like this, I took it right above it, I

12      set the camera on the roof, which our guys

13      did on some of these to get a side angle to

14      actually show to the jury the physical

15      indentations.  So all that this looks like is

16      spatter that's removed some pollution, no big

17      deal, all right?  So there are photos in here

18      that replicate what we believe is happening

19      here.  This one, for example, it's a little

20      better, this is 168, right in here,

21      (indicating), if you take a look where I'm

22      pointing --

23   Q.  Yeah.

24   A.  -- you begin to see a small crack right

25      through there, (indicating).



1   Q.   Okay.

2   A.   So if that blows up and that crack in fact is

3        going through the tile, that's a potential

4        point of water entry.  That's potential

5        physical damage to the tile.  You can't

6        ignore that.

7                 The only way you get those is by

8        getting close.  And as I indicated earlier in

9        my testimony, nobody did that.  Everybody sat

10       back at 50- foot view and did photos like

11       this, (indicating).

12  Q.   But, again, just going back, it doesn't

13       matter which one of those, but are you

14       looking for a physical fracture when you're

15       blowing it up?  Is that what you're looking

16       at, or looking for, rather?

17  A.   Yes.  I'm looking for a physical fracture,

18       I'm looking for substantial section loss.

19  Q.   Explain what that means.

20  A.   Okay.  So section loss essentially means that

21       this tile, if you measure the thickness of

22       it, has a manufactured thickness.  We know

23       based on the studies that just the general

24       rain coming every single day is going to

25       remove .005 millimeters, it's pretty damn



1      small, okay, of section on this tile.

2              If at this location right here,

3      (indicating), when I blow this up, I'm

4      showing that it's actually indenting, I've

5      actually compressed that tile, I've taken a

6      bunch of section off that tile, I have now

7      accelerated, at this location, damage to this

8      that does not exist anywhere else in this

9      picture except at that location, which is the

10     point of impact.  That is the definition of

11     physical damage.

12  Q. Let me ask this with respect to what you've

13     just testified to:  If there is I'll just use

14     the word "indentations," okay, do you

15     automatically correlate a fracture with an

16     indentation on an asbestos roof?

17  A. Well, certainly as best we can by blowing up

18     the photo and taking a look at it.  The only

19     way to go deeper than that would be to

20     physically remove the tiles, which we know

21     can't happen, because they break, and take

22     them to a lab and put them under either SEM

23     or PLM microscope, which is a level of

24     microscopic -- microscopy, excuse me, that

25     will magnify and actually show the fibers and

1    the striations and the fractures.

2              We're trying to locate it as best we

3    can at this particular level, and I think we

4    will.  I think we have examples of that to do

5    it.  Parallel to that would be metal roofs

6    that are hit and indented, all right?  We can

7    take photos of those pretty close-up and when

8    you blow them up you can kind of start to see

9    some little cracks and things.

10             But, boy, when you blow it up on the

11   microscope, you can actually see the real

12   striations where it's been physically damaged

13   because it was stretched.  That's essentially

14   what's happened here, we've stretched that

15   material and taken part of it away.

16   Q.  When a roofing manufacturer manufactures an

17       asphalt roof, as far as standards go, are

18       they taking into account -- if you know the

19       answer to this, do they take into account

20       some acceptable amount of hail striking that

21       roof over its life?

22   A.  Yes.  In fact, it depends on the rating of

23       the shingle, is it a -- is it a level -- you

24       know, is it a 1, 2, 3 or 4 in terms of its

25       hail rating.  Those kinds of things did not



1   exist with any of the product that's on this

2   roof, the asphalt shingles or the fiberglass

3   shingles.

4           Quite frankly, with the work that

5   the insurance industry has done in pushing

6   the manufacturers, because there's -- they

7   want more robust shingles, they want to --

8   they don't want to keep paying for damaged

9   shingles every time a hail storm comes over.

10  They're basically saying you've got to make

11  these things stronger.

12          So there are now shingles that come

13  with 50-year hail warranties.  And when you

14  look at them physically and you stack them up

15  to what's here, they're a little thicker, but

16  more importantly where they're thicker is on

17  the granule coating adding more of that

18  granulation to protect against that.

19  Q.  So I understand with respect to the asbestos

20  ones where we don't have any bases to assess

21  that just given the age.  But as far as the

22  asphalt, you're saying that at the time that

23  the asphalt shingles on this roof were

24  manufactured, there was not a categorization

25  as with respect to hail of those -- those



1    shingles on the property?

2  A.  Well, number one, to answer that correctly,

3      we don't know the manufacturer.  Number one.

4      But based on my education, training and

5      experience, I am not aware of a manufacturer

6      circa 2004 when these were put on that was

7      putting a hail rating on shingles.

8              They were putting a wind rating, a

9      limited wind rating, depending on the

10     manufacturer, you know, one to five years,

11     but they were not putting any hail ratings on

12     them.

13 Q.  Okay.  And when you talk about wind ratings,

14     what were the categories for that?

15 A.  Sixty mile an hour, 90 mile an hour, 110.

16 Q.  What we talked about earlier?

17 A.  Yeah, what we talked about earlier.

18 Q.  Okay.  Yeah, I don't want to go down that

19     path.

20 A.  Yeah.  I just want to look at one thing real

21     quick here.  (Reviews document.)  So -- okay.

22     Next question.  Sorry.

23 Q.  No, no, no.  Okay.

24              So as far as when we're talking here

25     14 impacts and 14 -- or 7 broken tiles, the



1   impacts, you're saying that that relates or

2   correlates to indentations?  I'm just trying

3   to get my head around what you're meaning by

4   the word "impact" versus broken or something

5   else.

6   A.  Perhaps we can go to Figure 360 on -- on this

7       exhibit.

8   Q.  Sixty-four?

9   A.  Sixty-four, is that what this is?

10  Q.  Uh-huh.

11  A.  And show you what I'm talking about, because

12      this incorporates all of them.

13  Q.  Gotcha.

14  A.  All right.  This particular photo, even

15      without being blown up, shows the impact

16      location, shows the fracture.  But when you

17      blow it up, what you will actually see is

18      that this -- this part here, (indicating), is

19      indenting downward, which is consistent with

20      a hail strike causing that damage.  That is

21      an example of what you get when you look

22      closely as opposed to taking overviews.

23  Q.  Okay.  So looking at 360 --

24  A.  Yes.

25  Q.  -- what part of this is impact?  The



1    indentations?  That's what I'm trying to

2    figure out.

3  A.  This whole area is the zone of impact.

4  Q.  Okay.

5  A.  This is the zone of impact.  That zone of

6    impact, with all hail you get different

7    degrees of damage as you radiate away from

8    the center of impact.

9         Just like with a fire, you have your

10    cause and origin, as you move further away

11    from the fire you have less and less

12    potential smoke damage, things like that.

13         Similar here, this is the overall

14    impact mark, this is the area of the -- of

15    the hardest impact.  If you take a look, and

16    I don't know if it's -- we were given a

17    photo, it's in our report, everybody has seen

18    it, of somebody who took a piece of hail who

19    said it was from this event.  If you looked

20    at that hail, it's spiky.  It has spikes on

21    it.

22         Everybody thinks that hail is nice

23    and around, because that's what the ice ball

24    studies show.  It's not.  It comes in all

25    kinds of different sizes and shapes.



```
 1              And so as that's rotating through
 2       being driven by the wind, is this one of
 3       those very, very sharp spikes that hits it,
 4       is this part of -- who knows, but this is
 5       clearly consistent with physical damage from
 6       hail.
 7   Q.  So, really, impact is the general
 8       phraseology?
 9   A.  Point of impact is probably what it should
10       say.
11   Q.  Okay.
12   A.  But, yes, yes.
13   Q.  But then a point of impact could entail
14       damage, it may not entail damage.  But if it
15       entails damage, then it entails a fracture
16       possibly --
17   A.  Possibly.
18   Q.  -- or a compression, for lack of a better
19       term.  Any other things?
20   A.  Yes.  Section loss.
21   Q.  Section loss, okay.
22   A.  Okay.  Section loss.  So those are really the
23       three main things.
24   Q.  Okay.
25   A.  Section loss, fracture, crack or a hole --
```



```
 1   Q.   So --
 2   A.   -- through the material.
 3   Q.   Just using this -- and I hate to run back
 4        here again, but this 3.1, it says 14 impacts
 5        and 7 broken tiles observed.
 6   A.   Yes.
 7   Q.   I'm -- having said what you're going --
 8        having thought about what you've testified
 9        to, I interpret that to mean there are 14
10        impacts of which 7 involve broken or cracked
11        tiles.
12   A.   No.
13   Q.   Am I interpreting that wrong?
14   A.   You are.
15   Q.   Okay.  Tell me how to interpret that.
16   A.   There are 14 impacts that when we blow them
17        up we feel that there is physical damage of
18        one or all three of the loss of section,
19        indentation, crack -- four things, or a hole,
20        okay.  So a fracture of some kind.  There's
21        14 of those.  All right?
22                There -- on that particular
23        southeast slope there are probably a
24        thousand.  Based on this roof and what we saw
25        and all the white marks, there's probably
```



1        over a thousand or March splatter marks.
2                We're saying that we found 14 that
3        represented damage.  We found an additional 7
4        tiles that were broken either at the corner
5        or in sections, and those were new breaks.
6        Those are not old, covered with pollutants.
7        So in that situation, we have a total of 14,
8        and 7 damaged tiles.
9    Q.  That's what I wanted to understand.
10   A.  Okay.
11   Q.  So in this -- your verbiage in your report,
12       when you say 14 impacts, that is not
13       including impacts, that may just result in
14       splatter?
15   A.  Exactly.
16   Q.  Okay.  Just want to be clear.
17   A.  Impacts that are effectively cleaning the
18       pollution off the roof.
19   Q.  Fair enough.
20   A.  Yup.
21   Q.  Okay.  Splatter marks means splatter marks?
22   A.  Yup.
23   Q.  Here you've got, "Multiple missing tiles
24       observed at the ridge."  And I guess my
25       question is what is the significance, using



1        as an example, of that?  Are you saying in

2        your report by these observations that hail

3        caused the missing tiles?  That's what I'm

4        trying to make sure.

5   A.   No.  There's no way of ascertaining that,

6        because, quite frankly, they're missing.

7        Okay?  So why are they missing?  Well,

8        they're missing because they become detached.

9        Were they detached because of wind?  Likely.

10            Were they detached -- did they

11       become detached from the wind because in fact

12       they were hit by hail, they cracked, and then

13       the next subsequent storm or two or three or

14       four or five later with enough wind raised

15       that now cracked and broke it, I don't know.

16       I can't tell you that.  We're just saying

17       they're missing.

18  Q.   Okay.  So, really, as far as attributing the

19       missing tiles to the December 24th storm

20       event, you're not making that correlation?

21  A.   Correct.  I cannot do that.

22  Q.   Okay.  And then what is -- you've got,

23       "Damaged sheathing observed under missing

24       tiles at ridge."  What is the significance of

25       that?



```
 1   A.   Yes, Roof A is a really small -- parts of the
 2        roof -- if we could go to the report, which
 3        is Exhibit 63.
 4   Q.   Sixty-three.
 5   A.   Thank you.  Page 8.
 6   Q.   Yeah, I got it.  Or I will get it.
 7   A.   These two buildings that I'm pointing to,
 8        which are the main structures --
 9   Q.   Read out the letters on them that you've got
10        marked.
11   A.   So -- if I can.  M, N, H, J, I think it is.
12               MR. SCOTT:  G.
13               THE WITNESS:  G and H.  Okay.
14        Those two buildings, those two main buildings
15        are -- the upper roofs on those are the ones
16        that are constructed out of steel that have
17        the concrete decks.
18               MR. SCHMIDT:  Gotcha.
19               THE WITNESS:  These other
20        buildings all have wood decks.
21               MR. SCHMIDT:  Gotcha.
22               THE WITNESS:  So when we say --
23        and this is that little tiny slope right
24        here.  This is A, the one we're talking about
25        right now.  When we say on this little roof
```



1    right here, (indicating), that at the ridge

2    there was tile missing and we saw wood,

3    that's because this is wood deck underneath

4    there.

5           So all we're saying is that the tile

6    has come off, the underlayment material has

7    also come off and there's some wood there

8    that's showing deterioration or water damage.

9  Q.  But you --

10 A.  We can't tell you when that occurred.

11 Q.  Thank you.  To go to the asbestos with this

12     concrete decking --

13 A.  Yes.

14 Q.  -- if -- if a similar dynamic was in play as

15     in the Roof A that you just spoke of, what

16     would we see there?  Would we presumably see

17     the sheathing?

18 A.  No, we would see the black underlayment

19     material.

20 Q.  Okay.

21 A.  The black underlayment, 50-pound felt

22     material.

23 Q.  The asbestos felt.

24 A.  That would be -- depending on how long it's

25     exposed, that would be discolored.



THOMAS IRMITER                                    May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO        114

1   Q.   Okay.

2   A.   That would start to begin to turn gray and

3        then eventually white.

4   Q.   Okay.  And did you see any evidence of that?

5   A.   There's one photo that we took where there's

6        some missing tiles.  It's -- I think it's

7        actually in the 2012 photos as well.  And we

8        took it and you can see that that is

9        deteriorated underneath.  That's old damage.

10       That was not in our count.

11  Q.   Understood.  Let me just glance through this.

12       (Reviews document.)

13                  (Whereupon, a brief discussion

14                  was held.)

15  BY MR. SCHMIDT:

16  Q.   On 63, go to page 9, at the very, very bottom

17       there it talks about, "Temporary patching

18       with metal modified bitumen observed at

19       ridge."  And I take it you're not attributing

20       that to the storm, obviously, that's just an

21       observation?

22  A.   Correct.  We don't know when that was done.

23  Q.   And it also says, "Broken tiles observed,"

24       but then it says, "Cracked tiles observed."

25  A.   Yes.



1   Q.   Is there a distinction there?

2   A.   Yes.  There's a few areas where -- and we

3        would show this.  If this, (indicating), is

4        my tile, okay, facing downward towards you,

5        you know, sometimes there's a corner stamped.

6        All right?  Sometimes there's a chip right in

7        here, (indicating).  Sometimes there's a chip

8        on the edges.

9             There's a hail hit of some kind that

10       presents itself in a bunch of different ways.

11       Occasionally there's a crack like this,

12       (indicating).  It doesn't go all the way

13       through.  It doesn't go this way,

14       (indicating), it's just right through the

15       tile and then there's a hail hit there.

16       That's what we're talking about, cracked

17       tile.

18            It's weird not to see a tile, when

19       it cracks like that, crack all the way

20       through.  So I think eventually it will, it

21       will continue to progress and it will

22       eventually crack all the way through.

23            We've just caught it at the point

24       where it's -- it's kind of like a broken

25       windshield where you -- it starts to break



1      and then it just continues to get worse and

2      worse.  The crack just hasn't continued all

3      the way.  And there are a few tiles like

4      that.

5  Q.  Okay.  We're going to switch to asphalt here.

6      If you go to page 10, Slope P.

7  A.  Yes.

8  Q.  And same sort of question with respect to the

9      words "impact," that is what you're relating

10     to as hail-related damage, I take it?

11 A.  Yes, absolutely.

12 Q.  Okay.  And then you've said, "51 unsealed

13     shingles observed."  And my question is:

14     When you say, "51 unsealed shingles

15     observed," are you saying the storm caused

16     those shingles to become unsealed?

17 A.  No.  In our report we are not doing a wind

18     analysis.

19 Q.  Now, you -- I think I've got one more over

20     here.  (Reviews document.)

21          As FBS, how do you -- how do you

22     market yourself?

23 A.  We have a website.  I do about four -- three

24     or four seminars a year to different

25     organizations.  That's really about it.



1   Q.   Your CV that we've got, you've got a variety
2        of cases that you've been involved in
3        identified in here, and it looks like
4        99.9 percent of them are for the insured; is
5        that a fair statement?
6   A.   On the storm side of things, yes.  On the
7        construction defect, it's about 50/50.
8   Q.   Okay.
9   A.   Yup.
10  Q.   Are we talking construction defect in this
11       case?
12  A.   No, we are not.
13  Q.   Okay.  Have you ever worked for an insurance
14       company before, as far as providing expert
15       opinions?
16  A.   Yes.
17  Q.   Okay.  And when was that?
18            THE WITNESS:  Can we go off the
19       record for a minute?
20            MR. SCHMIDT:  Yes, we can.
21            (Whereupon, a brief discussion
22            was held.)
23  BY MR. SCHMIDT:
24  Q.   And when was that?
25  A.   That would have been in 2006.



1    Q.   Okay.  Was it a single carrier or multiple

2         or --

3    A.   It was hurricane claims in Florida.

4    Q.   Okay.

5    A.   My CV does not go back that far, because it's

6         only set up for federal court.  Because it

7         gets cold every four years -- or four-year

8         cycles, so...

9    Q.   Now -- I don't know if I marked that.  Did I

10        mark your copy that I gave you?

11   A.   Of what?

12   Q.   Your CV.  I'm not sure if I did.

13   A.   No, I've not seen it in front of me.  I have

14        the one on the floor which is the one with

15        the new date, that's it.

16             MR. SCHMIDT:  Actually, we'll

17        mark -- here it is.  174.

18             (Whereupon, Exhibit 174 was

19             marked for identification.)

20   BY MR. SCHMIDT:

21   Q.   And just for reference, this is a true and

22        accurate copy of your current CV; is that

23        correct?

24   A.   Yes.

25   Q.   I'm going to show you what we've marked as



 1        Exhibit 6.

 2   A.   (Reviews document.)

 3   Q.   Just let me know when --

 4   A.   Oh, yeah, I'm waiting for you.  I see it.

 5   Q.   As far as that document is concerned,

 6        obviously those are -- looks like photographs

 7        of portions of blueprints for the church; is

 8        that correct?

 9   A.   Yes.

10   Q.   Okay.  And is there anything of note in those

11        particular pages there relative to this case?

12   A.   Yes.

13   Q.   Okay.  Draw me to which item or what

14        information is relevant to us here.

15   A.   On the back side of page 1 there, that

16        section, (indicating), which is then blown-up

17        later.  On page, I think it's 5.

18   Q.   Okay.  And it's the ceiling framing?

19   A.   No.

20   Q.   Oh, the above?

21   A.   The above.

22   Q.   Okay.  So it begins, "Grouted joint down to

23        above ceiling framing"; is that correct?

24   A.   Correct.  That is extremely probative to the

25        project for a number of reasons.



| | | |
|---|---|---|
| 1 | Q. | Any other parts that are -- and I'm not |
| 2 | | trying to cut you off.  We're going to go |
| 3 | | back to that, but I didn't know if there was |
| 4 | | any other part of this, these materials. |
| 5 | A. | No, that was the section that I was |
| 6 | | interested in. |
| 7 | Q. | Okay.  So I've calculated it as page 6 of |
| 8 | | Exhibit 6.  But tell us what is probative |
| 9 | | about that, if you would. |
| 10 | A. | Just one second before I say, because I -- I |
| 11 | | missed this page. |
| 12 | Q. | Yup. |
| 13 | A. | (Reviews document.) |
| 14 | | MR. SCOTT:  There is a Bates |
| 15 | | number on what you're talking about.  It's |
| 16 | | Irmiter 14. |
| 17 | | MR. SCHMIDT:  Your eyes are |
| 18 | | better.  I appreciate that. |
| 19 | | MR. SCOTT:  I'm not faulting you, |
| 20 | | I'm just trying to be more specific. |
| 21 | | MR. SCHMIDT:  Oh, I appreciate it. |
| 22 | | THE WITNESS:  Okay.  Yeah, that's |
| 23 | | the one we'll focus on. |
| 24 | BY MR. SCHMIDT: |
| 25 | Q. | So we're talking Irmiter 14, or the sixth |



THOMAS IRMITER                                          May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO          121

1        page of this exhibit?

2    A.   Yes.

3    Q.   And what is probative about that?  What's

4        that telling us?

5    A.   Well, number one, we know that we had a

6        precast concrete roof that we could see in

7        the sanctuary areas.  And so I remember

8        specifically my guys calling me, because this

9        was a real big deal.  It's not something you

10       see all the time.  I think I've seen it three

11       times in 45 years of doing this stuff.

12            So a unique construction now

13       presents itself.  And from my standpoint, it

14       presents itself in, okay, if in fact there is

15       physical damage to the roof, and if in fact

16       it's coming off, how are we going to deal

17       with this issue in terms of connecting the

18       new roof and, oh, by the way, they're telling

19       me as they're inspecting it there's all kinds

20       of cracks in it.  This is a structural

21       element.

22   Q.   Okay.  Time out.  Repeat that again to me.

23       Are you saying that there are cracks in this

24       decking?

25   A.   Yes.  This decking is cracked, all right?



1    That's a problem, because it spans between

2    the purlins.  And so if there are cracks, I

3    no longer have a dimensionally stable deck.

4    So the cracking is an issue.

5            What this then -- so I said, "Have

6    you asked them yet if they have blueprints?"

7    And my son Jim said, "No, but we will ask,"

8    which is one of the questions we always --

9    they would have asked it.  We always ask.

10   Apparently, we were the only ones that asked

11   it, nobody else did.

12           They had the blueprints, so he

13   showed me these over the phone, and I said,

14   "These are the ones I want you to take.  Take

15   this photo, this photo, this photo, this

16   photo."

17           So what's important about this is

18   that it gives us the strength requirements,

19   plus the safety factor.  It gives us the

20   weight of the roof slab.  All right?  It

21   tells us that it has to be nailable for the

22   asbestos roof tiles, which tells us it's a

23   lightweight concrete at that point in time,

24   and it also tells us that there are

25   acceptable tiles for use in this, and they



1    name four different companies.

2              A quick search once we got this

3    online indicated that none of these companies

4    were in business anymore.  So while we can't

5    specifically identify that the tile was

6    chosen by one of these companies, because

7    it's under the direction of an architect,

8    based on my knowledge, education and training

9    of an inspection, it would be more than

10   reasonable that one of these four companies

11   was chosen to provide the actual roof tiles.

12             And the fact that none of them, on

13   our quick search, are in business, means I

14   can't find the tile.  Again, we knew that

15   already, but it's just these are pieces of

16   the puzzle that go together.

17   Q.  Okay.  To the -- to the cracks and the

18       decking, did you all take pictures of those?

19   A.  Yes.  Oh, yes.

20   Q.  Okay.  And are they encompassed in these

21       materials?

22   A.  Absolutely.

23   Q.  Can you just find where they are, if you

24       would?

25   A.  (Complies.)  In Bates stamp 195, just go to



```
 1        mine to make it easy, Figure 43, Figure 47,
 2        Figure 46.  Let's see what else I've got
 3        here.  (Reviews document.)  Figure 53,
 4        Figure 64, 65, 67, 68, 76.  Do you want me to
 5        go through the other photos or --
 6   Q.   Let's just -- let me take a gander at those
 7        real quick.
 8   A.   Sure.  (Hands document.)
 9   Q.   I just wanted to see if I would be able to
10        visualize the cracks.  (Reviews document.)
11        Okay.
12              And do you know what the cause of
13        the cracking is?
14   A.   Well, movement is typically what causes
15        concrete to crack.  So it's movement of that
16        particular material.
17   Q.   But are you relating the movement of those
18        materials to this storm?
19   A.   What I looked at in trying to correlate this
20        damage to the storm was the reported leak
21        patterns that had occurred from the church
22        and actual staining.
23              So, for example, when I'm taking a
24        picture of 60 -- the whole sequence of 61,
25        62, 63 and 64 is showing the discoloration
```



1    from leaking on the underside of the slab,

2    the crack, and then the water stains directly

3    below.

4          And the water stains in particular

5    are taken on the top side of the AC heating

6    lines, because a lot of times what people

7    will say is, well, the reason you have a leak

8    right here is because it's coming from the

9    AC.

10          So what I wanted to -- and our guys

11   already did this as well, but I wanted to

12   personally see the pattern of leaking is on

13   top, this is not leaking that's coming from

14   the AC, this is coming from above from the

15   roof.  So there is a correlation of water

16   coming in through here.

17          So could the hail event, which

18   created openings for water to get in, and the

19   reported leaking after the hail event and all

20   of the leaking that we're showing in the

21   attic that correlates directly below, is

22   above the areas that are down below leaking,

23   could that be the cause of the cracking, yes,

24   water getting into that system causing it to

25   expand and crack.



```
 1              The real problem is that I can't put
 2       a roof on this.  I can't physically put a
 3       roof on that.  I have to do something with
 4       that material.  I have to figure out how to
 5       rebrace it or replace it.  And that was the
 6       big -- that's been the big discussion point
 7       on our side of the table.
 8   Q.  Do you -- are you aware if the staining that
 9       you observed on 61 through 64 of Exhibit 195
10       existed prior to this loss?
11   A.  It didn't look like it to me.  And I'll give
12       you a prime example.  Sixty-one.  I have been
13       in 5,000 attics or more.  I see this kind of
14       leaking pattern historically, and I see new
15       leaking.  In historic leaking, this is going
16       to be brown.  If this has been going on for
17       10, 15 years, 20 years, 5 years, it's going
18       to be brown.  It's not.  It's all fairly new
19       leaking.  So what I'm seeing there when I'm
20       documenting is what looks to be fairly new
21       leaking, yeah.
22   Q.  Okay.  I want to do this, if we could, just
23       so I can orient myself a little bit.  I'm
24       going to give you your own copy of our famous
25       Exhibit 1 in this trial.  And to orient me as
```



1    best you can, and I know this is not perfect,

2    but where are we seeing that decking?

3  A.  This is the only attic I inspected,

4    (indicating).

5  Q.  Okay.  So if -- I'm going to do a thing down

6    the ridge here; is that okay?

7  A.  Yes.

8  Q.  That is where, I've marked it in green as

9    best you can there, and I'm going to get you

10    to do your John Hancock at the bottom there.

11  A.  (Complies.)  Yes.  Okay.

12  Q.  That's where the decking issue is concerned?

13  A.  Yes.

14  Q.  Okay.  And do you know what preexisting, if

15    any, conditions or water intrusion issues the

16    church had had in the area that you've -- or

17    we've marked on Exhibit 1, Building A?

18  A.  Just a second.

19  Q.  Uh-huh.

20  A.  (Reviews document.)  Yes.

21  Q.  Okay.

22  A.  Based on Mr. Reed, is that his name again,

23    are we correct?

24  Q.  Yup.

25  A.  Based on Mr. Reed and the question I asked



1    him when we were standing in the sanctuary, I

2    looked at this vent right here, (indicating).

3  Q.  Exhibit 195, photo -- I can't read it.

4  A.  Seventy.  Or 7.  Number 7.  And you will see

5    that there's a difference in paint around

6    this.

7  Q.  Yup.

8  A.  And I looked at that and I said, "Is that a

9    leak from the storm?"  And he said, "No, that

10    is a leak that we've had problems with

11    before."  And I said, "How about some of the

12    other areas that my guys documented in here?"

13    He said, "All the other areas are from the

14    storm, that's my understanding."

15  Q.  And --

16  A.  And I asked the same question back in the

17    lunchroom, because there's a historical leak

18    back there as well that looked to me -- and

19    I'm glad he answered it the way it was,

20    because had he told me, based on looking at

21    that, that, no, that's all from the storm, I

22    would have noted that, but I wouldn't have

23    believed him.  So he was honest, okay?

24         He said one leak, that's what he

25    told me, in the sanctuary that he was aware



1    of that had been an ongoing issue for them.

2    It also coincidentally happens to be at an

3    air conditioner unit, so it really could be

4    the air conditioner.

5  Q.  I just want to make sure I understood what

6    you said.  He didn't -- other than the

7    photo 7 in Exhibit 195, he didn't identify

8    any other areas of preexisting leaks before

9    the storm?

10         MR. SCOTT:  Object to the form.

11  BY MR. SCHMIDT:

12  Q.  I may have misunderstood.

13  A.  Not to me, not in the sanctuary.

14  Q.  Okay.  Any other buildings that he identified

15    as preexisting damage?

16  A.  In the lunchroom area there's a small flat

17    roof area, so it's Figure 18, around this

18    light, (indicating).

19  Q.  He said that's preexisting?

20  A.  Yes.

21  Q.  All right.

22  A.  He indicated it's gotten worse since the

23    storm, but it was -- it did have a

24    preexisting leak.

25  Q.  Understood.  I may not pull all of these



1    exhibits.  I may just go through them in my
2    notebook just to make it a little easier
3    here.
4              Exhibit 31 is a blow-up of a
5    photograph, as I understand it, of a hail
6    piece that is identified as somehow being
7    connected to this storm; is that correct?
8  A. That is correct.  What I find interesting
9    about it is the shape.  But more importantly
10   what I find interesting, and this is based on
11   my training as a NOAA weather spotter, I
12   would indicate that this is extremely hard
13   hail.  It's not -- where it's clear, the
14   clearer, the harder it is.  And so we've got
15   some very, very spiked, hard hail, which
16   would be consistent with some of the
17   indentations and damage I saw.  But, again, I
18   can't authenticate the picture.
19 Q. Understood.  And do you know where this piece
20   of hail fell?
21 A. From the sky.
22 Q. Understood.  I asked for it.
23             Do you know the location
24   geographically where it fell?
25 A. No.



1   Q.   Okay.  Do you know how your firm came into

2        possession of this?

3   A.   It was in the file submitted by Mr. Howarth,

4        I believe.

5   Q.   Okay.  And I think we've already covered some

6        of this already, so I won't belabor it too

7        long.  Exhibit 62 is an e-mail that Jim had

8        sent to Chuck Howarth --

9   A.   Yes.

10  Q.   -- or Howarth, earlier, and we've got some of

11       the decking pictures here again?

12  A.   Yes.

13  Q.   Are these covering the same areas we just

14       talked about a moment ago?  If you know.

15  A.   (Reviews document.)  Yes.

16  Q.   Okay.

17  A.   Yes, yes, yes.

18            MR. SCOTT:  There's fronts and

19       backs to them, just so you know.

20            THE WITNESS:  Okay, good.

21       (Reviews document.)  Yes.

22            MR. SCHMIDT:  Great.  Thank you.

23  BY MR. SCHMIDT:

24  Q.   Exhibit 132, I'll represent to you, is a

25       draft of your report, okay?  And I think



1   you've highlighted, towards the back, just to

2   help you out here, an area where there was

3   some debate going on about the content of the

4   report.

5          MR. SCOTT:  Hold on just a second.

6   I'm going to object to inadvertent disclosure

7   if there's a draft of the report produced,

8   because draft reports are not discoverable.

9          MR. SCHMIDT:  That was produced

10  eons ago.

11         MR. SCOTT:  I don't think there's

12  a time limit on inadvertent disclosure under

13  the rules.

14         MR. SCHMIDT:  Well, we'll have to

15  look at that.  So do you not want me to ask

16  him the question and we'll reserve and just

17  move on for now?

18         MR. SCOTT:  Yeah.  I'm going to

19  ask that all draft copies be returned back to

20  me --

21         MR. SCHMIDT:  Okay.

22         MR. SCOTT:  -- because that would

23  be inadvertent disclosure.

24         MR. SCHMIDT:  Well, it is -- I

25  will tell you, it's between Tom and Chuck



1    before your firm was involved in 2015, so I

2    don't think it would fall within the

3    parameters of that, but --

4                MR. SCOTT:  I haven't got to see

5    the document yet.  So if you all want to go

6    on and let me have a chance to review it --

7                MR. SCHMIDT:  Absolutely.

8                MR. SCOTT:  -- I think that would

9    be...

10   BY MR. SCHMIDT:

11   Q.  I'm going to go through a series of exhibits

12       of photographs, okay?

13   A.  All right.

14   Q.  That are taken from the December report,

15       December 2015 report.

16   A.  When you say, "Taken from," are they the

17       JPEGS that you --

18   Q.  Exactly.

19   A.  Thank you.

20   Q.  And I just sort of want to -- I've organized

21       these in a certain way, but I want to make

22       sure that I've organized them appropriately.

23            First of all, and I'll hand you the

24       first one that has been marked as

25       Exhibit 154.



```
 1                    (Whereupon, Exhibit 154 was

 2                    marked for identification.)

 3    BY MR. SCHMIDT:

 4    Q.   And my first question is:  In all of these in

 5         the bottom right-hand corner it says,

 6         "Optimized by imageoptimizer.net."  And what

 7         is that?

 8    A.   It's because of the size.  We use a pretty

 9         large pixel.  I think these might be 15 or

10         something like that.  So because of that, in

11         order to transport these actual photos into

12         Dropbox even, which has huge data capacity,

13         the only way that you could get those to work

14         is if you put them into what's called a

15         zip -- a type of a zip drive.  That's all

16         this is.

17                    We can certainly, if you would like,

18         give you a thumb drive of the ones that are

19         not optimized.  They're identical, there's no

20         difference.  In fact, I was questioned on

21         this in a court case about three months ago

22         in Texas, and we lay all of that out in the

23         case.

24                    So there's nothing been manipulated

25         or those kinds of things, but when you look
```



1    at that I'm sure you think, "Gees what did

2    they do, did they try to enhance them."  No,

3    it has to do with how we transport them via

4    the Internet.

5  Q.  Yeah, if you can at some point just give us a

6    flash drive of all the photos, that would be

7    great.

8  A.  Great.  Without digital optimization?

9  Q.  That's all I was asking.  Now, on these,

10    these -- and this is more to a general

11    question.  In looking at these you'll see

12    these are all basically broad stroke photos

13    of the church exterior.

14  A.  We call these our overviews.

15  Q.  Okay.  Yeah, I just wanted -- that's exactly

16    what I was sort of getting at, you know, what

17    are these.

18  A.  Yes.

19            MR. SCOTT:  Here's that back.

20    (Hands document.)  You can question him about

21    it.

22            MR. SCHMIDT:  Okay.

23  BY MR. SCHMIDT:

24  Q.  I saw a fellow in one of these photographs,

25    it's -- 76 has got the Bates number on it of



1          Exhibit 154.

2    A.   Yes.

3    Q.   Who is that?

4    A.   That's my son Jim.

5    Q.   Okay.

6    A.   He as also in 79.

7    Q.   Okay.  It would take a dad to identify that.

8    A.   And this would be correct that the notes that

9         are being taken in his handwriting, because

10        that's what he's doing right there.

11   Q.   Beautiful.

12             Now, the next set of documents --

13        I'll get you to put 154 in here so we keep

14        them organized.

15   A.   (Complies.)

16                 (Whereupon, Exhibit 155 was

17                 marked for identification.)

18                 MR. SCOTT:  Are these yours?

19                 MR. SCHMIDT:  That is the original

20        so, it'll go in the original -- I'll put it

21        in the original --

22                 MR. SCOTT:  All right.

23                 MR. SCHMIDT:  That's 155.  For

24        some reason the staple didn't go all the way

25        through.



1          MR. SCOTT:  Here's some clips.

2          MR. SCHMIDT:  Great.  Thank you.

3          THE WITNESS:  (Reviews document.)

4    BY MR. SCHMIDT:

5    Q.  And, again, I don't want to get into the

6        specifics of these photos per se, but these

7        appear to be close-ups generally of areas

8        other than -- other than the built-up roof I

9        guess is in there, but other than that, of

10       portions of the church.  Does that sound like

11       a fair --

12   A.  Yes, these are other building elements,

13       windows, air conditioners, fascias,

14       additional soft metals.

15   Q.  Okay.

16   A.  And then there is a sprinkling of pictures of

17       the built-up roof and the small section of

18       mod bit roof.

19   Q.  Okay.  And let's just look at a couple of

20       them to get sort of a handle on them a little

21       bit.  I'm not going to go through them all.

22          If you'll go to the second page of

23       that one, it's got Irmiter 69 on it.

24   A.  Yes.

25   Q.  Is that just showing a splatter mark or



1           physical damage or do you know?

2    A.    That's showing a splatter mark indicating the

3          size of the larger hail.

4    Q.    Okay.

5    A.    That would be consistent with about a

6          1.75 inch splatter mark.

7    Q.    Do you measure hail splatter?

8    A.    Sometimes we do.

9    Q.    Okay.

10   A.    Sometimes we'll hold our hand there,

11         sometimes we'll measure it.

12   Q.    Okay.

13   A.    Based on the size of the pen, it would be

14         easy to put that at 1.75.

15   Q.    And as far as actual structural damage on

16         this, there is none, I take it?

17   A.    No, that metal is way too thick.

18   Q.    Okay.  And then let's sort of look at these

19         two.

20   A.    Yes.

21   Q.    And I guess what is being -- what's the

22         import of what's in these?

23   A.    Well --

24   Q.    And I'm referencing -- I guess I should say

25         what it is.  It's 72 and 77.



1    A.    Seventy-two is just an overview.

2    Q.    Okay.

3    A.    Seventy-seven is a close-up.  We're showing

4          cracking in the stucco not related to the

5          storm event, we are showing some impact

6          damage to this side of the fascia --

7    Q.    Okay.

8    A.    -- which we believe is hail related.

9    Q.    Okay.  And then the next one, part of this

10         exhibit is 80, and it's got a spot where

11         fascia looks like it fell?

12   A.    Yes.

13   Q.    Okay.  And is that connected to the storm, do

14         you know?

15   A.    No, I don't believe it is.  And that is the

16         fascia in the next photo sitting on the

17         ground.

18   Q.    Yes.  Okay.  All right.  And then the next

19         one, two, three, four, five or so, with the

20         exception of an intervening AC, are some

21         screens that are part of it?

22   A.    Yes.

23   Q.    And what are these detailing?

24   A.    In a couple of them there are some holes

25         consistent with hail damage.



THOMAS IRMITER                                      May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO        140

1   Q.  Okay.

2   A.  Albeit the screens themselves are in very,

3       very poor condition, but there is physical

4       damage from hail.

5   Q.  If you would, just on any of them where there

6       may be a picture, can you identify where

7       there's a hail indentation?

8   A.  Yes.  On 83 --

9   Q.  Okay.

10  A.  -- there, (indicating).

11  Q.  Why don't you circle that on there.

12  A.  (Complies.)  On 87.

13  Q.  Okay.  Did I take the pen?  No.

14  A.  That's it.

15  Q.  Okay.  Then if you'll go to 89, which is

16      the -- part of the steeple.

17  A.  Yes.

18  Q.  What is that showing us?

19  A.  Just an overview of the steeple.

20  Q.  Okay.  Nothing in particular?

21  A.  Nothing in particular at this point.

22  Q.  Okay.  Then go to the next one, which is 95.

23      That's part of the built-up roof; is that

24      right?

25  A.  Yes.



1   Q.  And what is that giving us, other than an

2       overview?

3   A.  Just an overview.

4   Q.  The next one, I would think that that is part

5       of -- I don't know what it's part of.  Do you

6       have any idea what that is part of?

7   A.  No, and there's no physical damage on that.

8   Q.  Okay.

9   A.  That, quite frankly, might have just been the

10      camera shooting off --

11  Q.  Okay.  Got it.

12  A.  -- which happens.

13  Q.  And then I really can't tell much from the

14      next one that's the AC, 97, per se, just

15      because it's a little fuzzy in my copy?

16  A.  Yes.  It's an AC that's on top of the

17      built-up roof.

18  Q.  Gotcha.  And then there is one that a finger

19      is in in 699.  You were right there.

20  A.  Yup.

21  Q.  And that is supposed to show a hail

22      indentation; is that correct?

23  A.  Not necessarily.  It shows an indentation.

24      We're not indicating that it's hail.  I don't

25      think that we actually we called for



1       replacing the AC as a result of hail.

2   Q.  Okay.

3   A.  I think we indicated that if this roof is

4       replaced, because of energy code, and that's

5       how we take pictures of the stamps, and the

6       air conditioner detached, it'll have to be

7       replaced at that point.  That would be a code

8       issue not related to storm.

9   Q.  So you all aren't saying that is hail damage

10      in that 699 photo?

11  A.  Not necessarily.

12  Q.  Okay.  And then in the next one, 700, are

13      We -- or is that just an overview?

14  A.  Overview.

15  Q.  Same for the next one --

16  A.  Yes.

17  Q.  -- 701, 702, 703?

18  A.  Yes.

19  Q.  And 704, 705, same thing?

20  A.  Yes.

21  Q.  What -- just out of more my personal

22      information, what -- what's causing the mold

23      there?  And I know I'm asking you to probably

24      speculate a little bit here.  I'm just

25      interested for identification.



1              MR. SCOTT:  Object to the form.

2   BY MR. SCHMIDT:

3   Q.  If you know.

4   A.  Well, there's algae.  There's water buildup

5       in that location.

6   Q.  Okay.  Is this, like, an AC vent or

7       something?

8   A.  No, it's a fresh air return, but it could be

9       potentially -- depending on how it's hooked

10      up and how it's utilizing, it could also be

11      reversed and it could be kicking out warm air

12      when cooler and cause this area to build-up

13      some condensation.

14  Q.  Gotcha.  And we can skip the next one, but --

15      yeah.  No.  There it is.  It's marked as 707.

16      What are we looking at there, if --

17  A.  Some algae growth or some growth on the roof.

18  Q.  We're not focusing on hail here?

19  A.  No.

20  Q.  Okay.  And any hail in -- I'll ask it this

21      way.  When is the next hail picture?

22  A.  Here, (indicating).

23  Q.  Okay.  And you're referring to 713, I

24      believe?

25  A.  Yes.



THOMAS IRMITER                                    May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO          144

 1   Q.   Okay.  And where is this roof?

 2   A.   This is on the back, kind of, playground or

 3        back elevation area.  It's a small little

 4        connecting hallway.  It's the hallway where I

 5        was showing you earlier that they indicated

 6        that they had to have some previous leaking

 7        on that light, so that would be right in this

 8        area, (indicating).

 9   Q.   So this would have been preexisting; is that

10        what you're saying?

11   A.   No, this -- I think this is a hail hit from

12        the storm event.

13   Q.   Okay.

14   A.   I'm just saying the preexisting damage was

15        from that.

16   Q.   Okay.  I see what you're saying.  I was

17        trying to find the photo of -- just so I get

18        an idea where it is.  I got it.

19             On your Exhibit 1, where are we

20        talking, if you can discern it at all?

21   A.   Yeah, if I can find it in this particular

22        place.  There's a small --

23   Q.   Is it this right here, (indicating)?

24   A.   Yeah, it's kind of tucked back in -- it's

25        just like a small flat roof area in there.



1   Q.   So it's on -- above the B, so to speak, on

2        Exhibit 1?

3   A.   Just a moment.  (Reviews document.)  Just a

4        second.  (Reviews document.)  No, it's

5        actually right here, (indicating).  There's a

6        little area there that's got a flat roof, and

7        that's where it is right there.

8   Q.   Okay.  So it is --

9   A.   So the built-up roof with all the gravel is

10       here, (indicating).

11  Q.   Okay.

12  A.   This is the little bit of mod bit roof, just

13       a little tiny piece of it.

14  Q.   You can't see it on this one.

15  A.   Nope, can't see it on that one.

16  Q.   Okay.  Why not on your report you just circle

17       that there so I can follow it.

18  A.   (Complies.)

19  Q.   He's putting a circle on page 8 of

20       Exhibit 63.  All right.

21            And what we're looking at in 712 of

22       Exhibit 155 and 713, that's the same roof

23       that we're looking at?

24  A.   Yes.

25  Q.   Okay.  How about 714?



 1   A.   714 is not hail damage.

 2   Q.   Okay.  What is that damage?

 3   A.   That is delamination of the top coat, and

 4        that would be attributed to one of three

 5        things; possible foot traffic, but I doubt

 6        it; possible installation of the granules

 7        over a dirty membrane where it just didn't

 8        adhere in those locations, or some dust or

 9        something in there; or it's basically related

10        to the sun and it's basically causing what's

11        called a blister.

12   Q.   And just --

13   A.   The reason we took those photos is because

14        oftentimes this is a great example of the

15        difference between how a blister presents

16        itself or a manufacturing defect as opposed

17        to hail.  And so it was taken for the

18        purposes of making comparisons in trial

19        should the question come up.

20   Q.   And the 714 picture, it's on the same roof,

21        though, as 712 and 713?

22   A.   Yes.

23   Q.   Okay.

24   A.   Yes.  We didn't call for replacing that roof

25        because of hail.



1  Q.  Okay.  And then 715?

2  A.  Yes, this is just showing some spatter on the

3      top metal cap.

4  Q.  Okay.  And then we're -- what area are we

5      looking at now here?

6  A.  Same roof.

7  Q.  Okay.  And what are -- what are we discerning

8      from these next two photographs, 716 and 717?

9  A.  At this point in the investigation, we are

10     not sure if we will be asked to put together

11     a detailed Xactimate estimate, which we do on

12     a lot of projects.

13         So some of these photos are

14     literally just gathering information so that

15     if later at this point Mr. Howarth says,

16     "Hey, Tom, can you guys put an estimate

17     together for me," we don't have to go back

18     there, we have the detail photos on the

19     flashing details, having to tie into brick

20     and those kinds of things.  That's what that

21     is.

22 Q.  So no hail damage on those 716 or 717?

23 A.  No.

24 Q.  Then 718 and 719, any hail damage on those?

25 A.  No.



1    Q.   What are those -- what's the purpose of

2         those?  Just for scoping if you need to?

3    A.   Scoping if we need to.

4    Q.   The remainder, I think there's four of them,

5         what are we looking at there?

6    A.   Well, as best we can, what we're trying to

7         show you is that the sum of the fascias had

8         some what we believe is hail damage.

9    Q.   Okay.

10   A.   And this is a picture of the actual coating

11        that has come off of the aluminum, and that

12        would be on -- which number is that -- 721?

13   Q.   Yes, sir.

14   A.   And then, which is very, very difficult to

15        photograph, 722 we're able to actually see

16        the hail indentations on the metal.  What --

17        one of the other -- a couple of the other

18        reports, at least one of them, indicated that

19        they saw no damage on this metal.

20             A lot of what happens, and you'll

21        notice you see the sun, when the sun hits

22        this, if you're right at the right time

23        you'll be able to see it.  When I was out

24        there I went to this spot, I could physically

25        not see it.  I couldn't photograph it because

1        the sun wasn't hitting it.
2   Q.   And where just in reference to the -- where
3        is this on these buildings?
4   A.   This is on -- just a second.  Just a second.
5        (Reviews document.)
6   Q.   What are you looking for and I'll help you?
7   A.   That last -- the very first group of photos
8        that you gave me.  So two exhibits before.
9   Q.   Okay.
10                MR. SCOTT:  I think from the
11       overview shots.
12                THE WITNESS:  The overview shots.
13                MR. SCHMIDT:  Gotcha.  There you
14       go.  (Hands document.)
15                THE WITNESS:  Thank you.
16       (Reviews document.)  Yeah.  I went to that
17       elevation.  So if you go to 67.
18  BY MR. SCHMIDT:
19  Q.   Of Exhibit 155?
20  A.   Yes.  It's along here, (indicating).
21  Q.   Okay.  67?
22  A.   Yeah.  Yup.  That's it.
23  Q.   I'm just going to give a stack of these to
24       you, okay?  I'll sort of walk through these.
25       There's a copy for Clint, and then I'm going



```
 1        to get numbers as we work through them.
 2                  MR. SCHMIDT:  The next one is
 3        going to be 156, I believe.  Is that correct?
 4                  MR. SCOTT:  Why don't you just
 5        give me the stickers and I'll mark them.
 6                  MR. SCHMIDT:  Perfect.
 7                  (Whereupon, Exhibit 156 was
 8                  marked for identification.)
 9                  MR. SCOTT:  To the extent they're
10        not stapled, we'll put a clip on them.  But
11        should I ask the witness where to put the
12        sticker so it doesn't cover up anything?
13                  MR. SCHMIDT:  Beautiful question.
14                  MR. SCOTT:  Since I'm not really
15        the questioner.
16                  MR. SCHMIDT:  I appreciate you
17        doing that.
18  BY MR. SCHMIDT:
19  Q.  And then go ahead and pull 157 as well, if
20      you don't mind.
21                  (Whereupon, Exhibit 157 was
22                  marked for identification.)
23  BY MR. SCHMIDT:
24  Q.  And what I am relating these to are these
25      are -- and my simple question is that these
```



```
 1        are all the asbestos photos talking about the

 2        roof, okay?

 3   A.   Okay.

 4   Q.   I'm trying to segregate everything, okay?

 5        That's all.

 6                  MR. SCOTT:  You're just making a

 7        representation that these are all the

 8        asbestos photos --

 9                  MR. SCHMIDT:  Yes.

10                  MR. SCOTT:  -- that were pulled

11        from what was originally taken during the

12        initial inspection?

13                  MR. SCHMIDT:  Correct.

14                  THE WITNESS:  These do not include

15        the ones I took.

16                  MR. SCHMIDT:  Correct.

17                  THE WITNESS:  Thank you.

18                  MR. SCHMIDT:  Absolutely.

19                  THE WITNESS:  I have them.  Are

20        you waiting to ask me a question?

21   BY MR. SCHMIDT:

22   Q.   Yeah, all I'm saying is, as best you

23        understand, these are --

24   A.   Yes, I would agree with that based on looking

25        at them.
```



1   Q.   Okay.  And I just want to ask a couple of

2        spot questions here just so I understand the

3        thought process.  We'll do this first one

4        here, 156, the first page here --

5   A.   Yes.

6   Q.   -- 253.

7   A.   Yes.

8   Q.   Okay.  And I think we've already discussed

9        this as saying, "Impacts 14, breakage 7,"

10       correct?

11  A.   Yes.

12  Q.   Okay.  So then you've got an "A" here.  What

13       do you mean by your "A"?

14  A.   Side A.

15  Q.   Okay.  And then up here on the top of the

16       first one you've got a -- sort of a partial

17       rectangle there at the top right?

18  A.   Yes.

19  Q.   What is that telling us?

20  A.   That is a -- just a second.  Let me be clear

21       here.  That's a broken tile.

22  Q.   Okay.  Are you all relating that to the

23       storm?

24  A.   This break right here, (indicating), yes, we

25       are.



```
 1   Q.   Okay.  So you're relating the break at the
 2        very -- well, here, let's circle it just so I
 3        know so we're not guessing.  I'm assuming
 4        that's...
 5   A.   Yes.
 6   Q.   Now, why -- strike that.
 7             Looking at the same photograph, in
 8        the bottom left corner there is a circled
 9        one, okay?  Give me a distinction between the
10        one we just circled -- pardon me, the one we
11        circled in red versus the one in the far left
12        corner with the chalk around it.
13   A.   Just a second here.
14   Q.   Yup.
15   A.   (Reviews document.)  Old break.
16   Q.   Which is an old break?
17   A.   The circled one is old break, but what it --
18        the -- just a minute.  I don't want to get
19        you confused here, so let's just --
20   Q.   No, take your time.
21   A.   Just a second.  Thank you.
22        (Reviews document.)  Just give me one more
23        second.
24   Q.   Take your time.  Take your time.
25   A.   (Reviews document.)  The squares were new
```



1          breaks, kind of a no-brainer, consistent with

2          newer hail.  The circles where there are

3          breaks are ones to review with regard to

4          determining on blowing them up if we think

5          that's a new or an old break.  And I'll give

6          you an example, because that same -- what you

7          were asking about is this photo right here,

8          right?

9    Q.    Uh-huh.

10   A.    So if you go to Irmiter 258 --

11   Q.    Okay.

12   A.    -- I will tell you that's the same photo.

13   Q.    Okay.

14   A.    Okay.  And so now what I can do in this

15         situation is I can say yes, that is fresh --

16   Q.    Okay.

17   A.    -- that's a new break, I'm going to put that

18         in my count.

19   Q.    Okay.

20   A.    Okay.  As opposed to -- I don't know that

21         there's any examples on this one.  There will

22         be some later where we've circled it and

23         we're saying I don't think that's a new

24         break.

25   Q.    What about this one here?



1    A.   I think you have old and new on that same

2         piece of tile.

3    Q.   Okay.

4    A.   I think we've got a new corner right here,

5         (indicating).  I think this other stuff right

6         here is old with a lack of growth in it.

7    Q.   So the circles are the no-brainers -- or, no,

8         the questionable ones or need closer

9         inspection?

10   A.   Correct.  And then if you -- on page 267 --

11        I'm sorry, number 267, go back to that one,

12        it's an overview.

13   Q.   Uh-huh.

14   A.   Here, what they've done here, and this is --

15        we inspect the entire roof, all right?  That

16        doesn't mean we mark everything, because you

17        would not, on this roof, have enough time to

18        mark everything.  What we've done right here

19        if we've marked 1, 2, 3, 4, all right?  We

20        could have marked -- and I will circle these

21        if you want.

22   Q.   No, I understand.

23   A.   We could have marked this, this, this, this,

24        that, this one right over in here,

25        (indicating).  I mean, just in this area



```
 1        right here on this piece, (indicating), I

 2        can -- based on the size of these, I could

 3        tell you that this is a probably a -- well, I

 4        can tell you, one, two, three, four, five,

 5        six, seven, eight, so eight times six, that's

 6        four, and then we go one, two, three -- this

 7        is a five-by-four area.  So just on this

 8        five-by-four area right here, one, two,

 9        three, four, five, six, seven, eight, nine,

10        ten, eleven -- eleven large impact marks, we

11        just marked four of them probably because of

12        time, so...

13   Q.   Let's go back to the first page of this

14        one --

15   A.   Sure.

16   Q.   -- if you don't mind.  And I think we've

17        already referenced this earlier to being the

18        back side of what I've got marked as

19        Building C on Exhibit 1, is what we talked

20        about earlier.

21   A.   Yes.

22   Q.   And this layer -- well, the next page over,

23        or two pages over you see where they've put

24        on some asphalt to the ridge, and I'm

25        assuming that this is the same ridge line
```



1         we're looking at from page 253 of Exhibit --

2    A.   Yes.  And I want to --

3    Q.   -- 156.  Go ahead.

4    A.   I want to be clear that you're -- this is the

5         same slope that we've marked as A, that is

6         the same as C; is that what you were saying?

7    Q.   Yes.

8    A.   Okay.  Good.  We're on the same page.

9    Q.   Yeah.

10   A.   What's really important to note is that we

11        counted -- and this is the difference.  In my

12        final review of this and approving the report

13        for the counts, I'm -- if you count the

14        number of circles and squares on here,

15        there's a heck of a lot more marked than we

16        actually put in our report as being damaged.

17        So just because they circle that doesn't mean

18        I accepted that as being something that's

19        damaged.  I think there's about 25 circles on

20        here and about at least 7 or 8 squares.

21   Q.   Okay.

22   A.   We went 14 and 7.  All right?

23                   MR. SCHMIDT:  Go ahead.

24                   MR. SCOTT:  I just wondered --

25                   MR. SCHMIDT:  I'm not going



1  through this.  I'm just asking for an example

2  one, so do not worry about that.

3              MR. SCOTT:  No, I just -- they're

4  labeled on another picture.  I'm confused.

5              MR. SCHMIDT:  We started -- when

6  we started in this case, we used this just to

7  do the large buildings, is what we did.

8              MR. SCOTT:  You're talking about a

9  C over there.

10             MR. SCHMIDT:  Which is his A -- I

11  can't see it upside down.

12             MR. SCOTT:  Oh, sorry.  Because

13  there's an A, B, C and D on that roof.

14             MR. SCHMIDT:  Yes.

15             MR. SCOTT:  So I'm trying to --

16             MR. SCHMIDT:  I just called C as

17  this entire area, and he's got it A, B, C and

18  D, I think.

19             MR. SCOTT:  Okay.

20             MR. SCHMIDT:  I just called it --

21  I was talking about the entire roof, not the

22  slopes.

23             THE WITNESS:  Got it.  Perfect.

24  BY MR. SCHMIDT:

25  Q.  So the way you answered that question merits



1       a follow-up.  And that is, you said that
2       assuming there's 25 marked here, you all only
3       selected a few of those or identified only a
4       few of those.  Would for each one circled,
5       though, would you get close-ups of each and
6       every one of these or only the ones that in
7       the field they said okay, that's hail from
8       the storm?
9   A.  Well, it's all hail from the storm.  There's
10      no question about that.
11  Q.  I think you're misunderstanding my question
12      perhaps.  The circle ones are the ones that
13      are maybe, maybe not, pending a close-up
14      look, is what I'm saying.  Would -- for every
15      one of the circles that appear would we have
16      a corresponding close-up photo?  I haven't
17      sat here and gone through --
18  A.  No, not necessarily.
19  Q.  Okay.
20  A.  We would have a representative sample of what
21      we were seeing --
22  Q.  Gotcha.
23  A.  -- and attempting to do.  As I said before,
24      it would take you days to do that on this
25      roof because of the amounts of the number of



1        hits.

2   Q.   Okay.  Great.  What I was getting to here on

3        this one exhibit, as far as looking at the

4        ridge here --

5   A.   Yes.

6   Q.   -- we talked about ridges earlier.  And your

7        understanding is that at one point in time

8        this had a ridge cap over it?

9   A.   No.

10  Q.   No?

11  A.   This is actual construction right here.  So

12       when you take a look at it, it is open right

13       here, (indicating).  So there is no way that

14       this church would not have had leaking from

15       day one at the apex of this roof if the

16       underlayment material didn't double fold over

17       that ridge.  So right here, (indicating),

18       there is no opening into the church right

19       there in this photo.

20  Q.   Okay.

21  A.   Otherwise they'd have catastrophic problems

22       right there and they don't.

23  Q.   Well, okay.  This roof, if I recall right,

24       this is a wood --

25  A.   Yes.  A plywood roof.



1   Q.   Yeah, plywood roof.  So what you're saying --

2        I guess what I'm trying to understand is is

3        this -- as it appears in this photograph, is

4        that the way that roof is supposed to look?

5   A.   That's an as-built condition, yes.

6   Q.   As-built condition?

7   A.   That is an as-built condition.  There's no --

8        there's no markings, there's no glue, there's

9        nothing on here indicating that there was a

10       metal cap of some kind that fit over the top

11       of that.

12  Q.   Okay.

13  A.   In some instances you will see that, but then

14       I'm going to see a series of holes here where

15       they could have fastened it, and they don't

16       exist --

17  Q.   Gotcha.

18  A.   -- or a glue line.

19  Q.   Gotcha.

20            Now, you'll see in this photo and

21       then some of the other ones in here, maybe

22       the next one over, it looks like a bunch of

23       these on the ridge have -- like, are

24       cattywampus, is my good southern word.  What

25       is the cause of that?



1    A.   Fasteners pulling loose.

2    Q.   Is that just the aging process of the roof?

3    A.   Yes.

4    Q.   Okay.  And then in picture 255, this is the

5         end of that -- what I've got marked as

6         Building C in Exhibit 1.

7    A.   I need to amend my previous statement.

8    Q.   Yeah.

9    A.   If you could go to 255.  Every picture tells

10        a story.  So there are -- there are two ways

11        that these kinds of roofs, based on my

12        education, training, experience, or three

13        ways that they're capped.  They're capped

14        with a metal -- piece of metal, they are

15        capped with individual tiles, or they are

16        capped with what is called a manufactured cap

17        tile.  A manufactured cap tile is actually

18        two pieces like this, and they are fused

19        together.  That's what's represented right

20        here.

21             So it's my opinion, looking at that

22        photo right now, that this roof had --

23        original construction had this type of a cap

24        and that these have -- in these other areas,

25        these have broken apart.



1   Q.   Okay.  So originally it was -- would it be a

2        continuous piece?

3   A.   One piece, yes.  It looks just like that,

4        (indicating).

5   Q.   And he's indicating a manilla folder upside

6        down.

7   A.   Just like that.  What's happened is over time

8        that has broken for some reason.

9   Q.   And do we know what would cause the breaking?

10  A.   Typically, wind.

11  Q.   I'm sorry?

12  A.   Wind.

13  Q.   Okay.  And in this photo we've got, it looks

14       like, some amount of asphalt shingle that

15       someone has hammered in there.  And

16       referencing 255, sorry.

17            Do we know why or how that came to

18       be put on that ridge there?

19  A.   No.

20  Q.   Okay.  And we don't know -- did I say when

21       already?

22  A.   You did.

23  Q.   Okay.  Thank you.

24            And as far as some of these other

25       photographs, and I'm not going to sit here



```
 1        and go through them all again, but would I be
 2        able to -- it looks like -- just so I
 3        understand, we've got the general one of the
 4        scoping area here as Bates 253 of
 5        Exhibit 156, okay?
 6   A.   And that would be for Roof A.
 7   Q.   Okay.  And so in understanding Roof A, that
 8        would only cover that one area that we showed
 9        on your diagram of that slope, correct?
10   A.   Correct.  And then --
11   Q.   So then -- let me finish the question,
12        because I think we're going to answer the
13        same question.
14             So the photographs that follow from
15        there are those, up until the next one with
16        similar numbers that's Bates-stamped 272?
17   A.   Yes.  So this would be the opposite slope of
18        Roof A.
19   Q.   Okay.
20   A.   And the counts, as one would expect, are
21        different.
22   Q.   Okay.  And I'm just going to pull one of
23        these out of the hat here.  And we're looking
24        at 277 of -- or Bates number 277 of
25        Exhibit 156.
```



1    A.   Yes.

2    Q.   Is that -- obviously, there's been a hail

3         strike there obviously?

4    A.   Yes.

5    Q.   But is that hail damage?

6    A.   I don't know until I blow it up a little bit

7         more.  It looks to me like right here,

8         (indicating), I do have a hole that's been

9         created.

10   Q.   Why don't you just mark that with one of

11        those.

12   A.   (Complies.)  And it looks to me like I have

13        the forming of a crack there too.

14   Q.   Can you mark on that too?

15   A.   Yeah.  This crack actually develops

16        underneath, because the fibers are attempting

17        to hold it together.  So here the fibers have

18        been separated, and right here they're

19        beginning to separate again.  So I think the

20        crack goes from approximately here,

21        (indicating), to there, (indicating).

22   Q.   Can you just mark that on mine, if you don't

23        mind?

24   A.   Sure.

25   Q.   You don't have to do it as pretty.



1   A.   Okay.  (Complies.)

2   Q.   I don't know if we talked about this one,

3        278.

4   A.   Old damage.

5   Q.   And that is, in part, because of the growth

6        that you're seeing going over the edge?

7   A.   Yes.

8   Q.   Okay.

9   A.   Again, and I want to go on record as saying,

10       however, in reviewing the photos that were

11       presented as being taken in 2012, two years

12       before this storm, I could not see a crack --

13       or a corner missing on any of those tiles.  I

14       am not a biologist.  I can't tell you if --

15       how long it takes for this yellow material to

16       grow on this roof.  Is it possible that this

17       occurred in 2014, this was the leftover

18       growth and it has continued to grow over the

19       lap of this?  Sure.  Because -- and

20       particularly because this looks fresh up in

21       here, (indicating).  This looks newer to me,

22       it's not this color.

23            So, again, I just don't know, so I

24       eliminated it just because that little tiny

25       bit right there.



```
 1    Q.   But absent that growth there, would you
 2         consider 278 to be a hail strike?
 3    A.   Yes, I absolutely would.
 4    Q.   Go to page 309, if you would.
 5    A.   (Complies.)
 6    Q.   Actually 308 and 309.
 7    A.   Yes.
 8    Q.   Okay.  Are these cracks that I'm seeing hail
 9         related?
10    A.   Yes.
11    Q.   Okay.  And tell me why.
12    A.   The first one, we have our point of impact
13         right here, (indicating), and right here,
14         (indicating).  And when you blow this up, you
15         will actually see that there is section loss
16         of material where it's been chipped off.
17    Q.   Mark on there where you're saying the hail
18         impact is.
19    A.   Okay.  Right there and right there,
20         (indicating).
21    Q.   Okay.
22    A.   And then on the bottom one we have a similar
23         situation occurring here, right here in this
24         location right there, (indicating).
25    Q.   Okay.  I think I'm trying to look upside down
```



1       and confusing myself.

2    A.  Right there, (indicating).

3    Q.  Okay.  Now, Exhibit 310 -- or, pardon me,

4        Bates number 310 of Exhibit 156 has got a

5        crack there or a chunk out of it.  What is

6        the cause of that?

7    A.  We don't know, because the other piece is

8        missing.

9    Q.  Okay.  You can't say one way or another?

10   A.  Yeah.  That's not included in our count.

11       That -- again, that -- it kind of looks like

12       a foot traffic break to me, yeah.

13   Q.  How about just as a parallel or a comparison,

14       go to 320.  What are we talking about there?

15   A.  We looked at that as being hail because of

16       the colorization on that.

17   Q.  Okay.

18   A.  And it's interesting -- we don't have the

19       rest of it, but if one were to put the rest

20       of it and draw it in here, and then you look

21       at the -- the HAAG pictures of when they

22       shoot it with ice balls, that's kind of what

23       it looks like.  We think the point of impact

24       is right -- you've got a crack right here,

25       (indicating), and we think the point of



1        impact is right there, (indicating).

2   Q.   You can circle it.

3   A.   Okay.  (Complies.)

4   Q.   Now, this --

5   A.   Yes.

6   Q.   -- the next one is 322, and it says, "Missing

7        tiles," and it's got some clips there.

8   A.   Yes.

9   Q.   Was this considered to be related to the

10       December storm?

11  A.   No.

12  Q.   Okay.  The hail -- the hail clips -- the

13       clips, what are those indicative of?

14  A.   A repair.

15  Q.   Okay.

16  A.   It's one of the three areas that we

17       mentioned.

18  Q.   Okay.  And in there, and I don't know what it

19       is, because I have not been on the roof, but

20       you'll see this sort of white curve in the

21       middle there on the actual tiles there.

22  A.   Yes.

23  Q.   Is that some form of adhesive or is that just

24       cobwebs that are built up?  I don't know what

25       it is, but --



1   A.   Don't know what it is.  It looks like

2        effervescence to me.

3   Q.   Okay.  Now, the next grouping -- and, again,

4        I'm not going to go through all of these, I

5        promise you -- actually begins here with the

6        E.

7   A.   Yes.

8   Q.   It's -- this one has got a ridge cap, okay?

9        And this is an asbestos roof, correct?

10  A.   Yes.  And that ridge cap does have physical

11       hail damage.  You can see the indents on it.

12  Q.   Okay.  Now, as far as that ridge cap is

13       concerned, you know, making a comparison, if

14       I understand correctly just looking at my

15       Exhibit 1 here, I'm assuming from this

16       Exhibit 1 we're talking about the B building

17       here.  Am I upside down looking at it wrong?

18  A.   (Reviews document.)

19               THE WITNESS:  Is that C or B?

20               MR. SCOTT:  Want me to point to

21       him where -- he can't read the letter.  I

22       think this is E and F.

23               THE WITNESS:  It's this right

24       here, (indicating).

25               MR. SCHMIDT:  Okay.  Okay.



```
 1                    MR. SCOTT:  That's my copy.  You
 2        can't take that.
 3   BY MR. SCHMIDT:
 4   Q.   And do we know if this was how the building
 5        was originally constructed with this form of
 6        ridge cap versus the one we were looking at
 7        earlier as far as on what I've got marked as
 8        Building C?  Tell me what you need.
 9   A.   Well, this is an extension.  It's a
10        drive-through.  I don't know that it was
11        original to the building.
12   Q.   Okay.
13   A.   I'm -- I presume this is an addition that was
14        put on at one point in time when -- most
15        likely when C was put on, because that's
16        where that little flat roof transition is to
17        kind of tie these three elements together, so
18        I think that's post-construction.
19   Q.   Okay.
20   A.   Don't know how long post-construction.
21   Q.   Understood.  Understood.  Okay.
22                    Same exhibit, let me ask, go to page
23        376, first of all.  Sorry.  The pink chalk
24        you're using, is that indicative of anything
25        other than just being a color?
```



1   A.   Running out of chalk.

2   Q.   Okay.  And one is a circle, one is a square.

3        And just going back to your statement, 377, I

4        take it you're saying that's a hail strike?

5   A.   Right there, yes.

6   Q.   Right there.  Right where the pink piece is.

7   A.   Yup.

8   Q.   And this one is an unknown in 376?

9   A.   Correct.

10  Q.   Now we're going to -- if you'll go to page

11       385 for me.

12  A.   Before we go on, I just want to point out

13       that there was earlier discussion and

14       questions about methodology, and this idea of

15       using either test squares, as some people

16       call them, or sample squares.  And one of the

17       things that -- one of the advantages to using

18       a methodology where you are inspecting the

19       entire roof and marking that roof and having

20       good photographs and measuring the sizes of

21       the tiles, it's very easy retrospectively to

22       go back and put a box around it.

23            So on some of our earlier pictures

24       we could easily, if needed to be in a court

25       setting to make a comparison, say, yeah,



1    count the tiles, this right here is a --

2    here's the square footage, look at all the

3    hits inside that square footage.

4              Which number were you asking about?

5  Q.  385.

6  A.  Yes.

7  Q.  This appears to be what I've got marked as B

8    on my Exhibit 1 here.

9  A.  That would be correct.

10 Q.  Okay.  And do we know if -- well, two

11   questions.  Let me back up.

12             First of all, are we assuming --

13   strike that.

14             Do you know if this ridge cap on

15   this roof when it was installed, was like the

16   one we looked at on C?  C was the one where

17   you said it was sort of like a manilla

18   folder.

19 A.  Well, what you're looking at here is actually

20   asphalt shingles.

21 Q.  Well, that's what I was getting at.

22 A.  You can see the seal tab strip.  So this

23   is -- these are asphalt shingles that have

24   been put on and tucked under a partially

25   broken -- at the very last end, the partially



1    broken tile.

2  Q.  Okay.  And do you know anything about when

3      that occurred or anything of that nature?

4  A.  No.

5  Q.  Okay.  And then there's a metal piece, it

6      looks like sheet metal or something at the

7      end there, on page 385.  Do you know what

8      that is?

9  A.  Just a piece of flashing that's put on --

10     been put on top of that corner.

11  Q.  And as far as the methodology that's been

12     used here, as far as whether it's the

13     shingles or the sheet metal, the asphalt

14     shingles or the sheet metal, is any of that

15     appropriate repair work?

16              MR. SCOTT:  Object to form.

17  BY MR. SCHMIDT:

18  Q.  If you know.

19  A.  Yeah, certainly, considering the -- we're

20     looking at the condition after wind damage.

21     This is not -- it would be impossible having

22     put on -- I mean, I worked in the roofing

23     trades for 20 years.  I installed Boston

24     ridges.  It would be impossible to physically

25     install it to make it look this way.  This is



1   an after-the-fact damage.

2  Q.  Oh, no, I understand that.

3  A.  So would this be an appropriate temporary

4      repair if the product is no longer available,

5      yes, you could certainly do it that way.

6  Q.  Okay.  But you're not saying that the damage

7      that appears on 385 is related to the

8      December 2014 storm, are you?

9               MR. SCOTT:  Objection to form.

10              THE WITNESS:  No.  And, in fact, I

11      remember going up specifically to look at

12      this spot whether when I was there, and

13      there's no hail damage or dings on this

14      metal.

15              MR. SCHMIDT:  Okay.

16              THE WITNESS:  It's a soft metal.

17      So if that were there when the storm

18      occurred, then there should be damage.  And

19      looking back at the photos, this wasn't there

20      in 2014.

21  BY MR. SCHMIDT:

22  Q.  The metal was not there in 2014?

23  A.  No.  This is a repair that's been done after

24      the storm.

25  Q.  Okay.  So if you'll go to picture 391, that's



1       just a further back view of that ridge?

2   A.  Yes.

3   Q.  So I understand right, all of these are

4       asphalt shingles on the ridge; is that

5       correct?

6   A.  Yes.

7   Q.  If you'll -- the next exhibit is 157, and

8       that is just more of the asbestos tiles --

9   A.  Yes.

10  Q.  -- or second set of them.  I just broke them

11      out.

12  A.  Yes.

13  Q.  And as I understand it, this is the

14      sanctuary; is that correct?

15  A.  Yes.  Just one second.  Did we mark this 156?

16              MR. SCOTT:  Turn it over.

17              THE WITNESS:  Oh, that's right.

18      Thank you.

19          What was your question?  I'm sorry.

20              MR. SCHMIDT:  Yeah.

21  BY MR. SCHMIDT:

22  Q.  I'm going all the way to the end of that one.

23  A.  Okay.

24  Q.  502 of 157.

25  A.  Yes.

1   Q.  Now, what -- tell me what we're seeing there.

2   A.  You're seeing concrete deck.  There is no

3       underlayment material underneath it.  And

4       you're seeing a missing tile.

5   Q.  Okay.  And was that -- do you know when that

6       tile went missing?

7   A.  No.

8   Q.  Okay.  Do we think it was part of the 2014

9       storm?

10  A.  No.

11  Q.  Okay.  Why don't we think that?

12  A.  I think we saw a photo of this same area from

13      the 2012 where a repair had been done, but we

14      did not relate -- we did not count this in

15      our damage.

16  Q.  Now, the decking I'm seeing is concrete?

17  A.  Yes.

18  Q.  And as far as the -- I can't remember the

19      verbiage you used, but the sheathing is the

20      word that I come up with that would have been

21      underneath the asbestos tiles.  Would that

22      have continued this far down the slope?

23  A.  Yes.  So in this particular case, this photo

24      would reveal that, at least in this location,

25      there is no underlayment underneath this



1      area.  It would also indicate that in the

2      subsequent photo, that next to the orange

3      material which is the metal purling, there is

4      a wood strip that is installed.  That would

5      be nailer for these tiles.

6  Q.  Gotcha.  And that's 503, I think.

7  A.  Yes, that would be one of the nailers for

8      these tiles.  If you take a look at 502, you

9      will see in this original tile there is a

10     nail here that's going into the lightweight

11     concrete.

12 Q.  Okay.  And is that right to do it that way?

13 A.  It's what's on the plan.  It says make the

14     concrete nailable, so it makes sense.

15 Q.  Okay.  I guess what I'm not understanding

16     then is why the purling then.

17 A.  Well, the purling is there, that's holding up

18     the concrete.

19 Q.  Okay.

20 A.  This is a nailer next to the purling.

21 Q.  Okay.

22 A.  That is on the outside edge corner.  So that,

23     in fact, might be to hold up this copper

24     flashing piece.

25 Q.  Gotcha.



| | |
|---|---|
| 1 | THE COURT REPORTER:  Can we take a |
| 2 | quick break? |
| 3 | MR. SCHMIDT:  Absolutely. |
| 4 | (Whereupon, a brief recess |
| 5 | was taken.) |
| 6 | (Whereupon, Exhibit 158 and |
| 7 | Exhibit 159 was marked for |
| 8 | identification.) |
| 9 | BY MR. SCHMIDT: |
| 10 | Q.  We're now looking at 158 and 159. |
| 11 | A.  Okay. |
| 12 | Q.  And those are the -- I grouped those, so |
| 13 | those are the asphalt -- I mean asbestos |
| 14 | shingles. |
| 15 | A.  No, asphalt shingles. |
| 16 | Q.  Did I say asbestos? |
| 17 | A.  You did. |
| 18 | Q.  Asphalt shingles.  Okay.  And, again, as far |
| 19 | as the photographs go, when we're looking at |
| 20 | these and the markings on them, they sort of |
| 21 | follow the same format generally as we've |
| 22 | already talked about, as I understand it. |
| 23 | A.  Well, no, these don't. |
| 24 | Q.  Okay. |
| 25 | A.  We don't have -- if I recall, I don't think |



```
 1        there's squares that were used here, because
 2        we have really two types of damage that we
 3        were seeing.  There might have been -- they
 4        may have done an N for a nail pop.  If they
 5        did a square here, it would be indicative of
 6        mechanical damage.  And so the lines that you
 7        see are wind, the circles are hail.
 8        Otherwise, there's an N or an M or a square.
 9   Q.   Okay.  So --
10   A.   And I'm just blowing through these right now,
11        so...
12   Q.   No, no, no, I understand.
13             So the N would mean a nail pop?
14   A.   Yes.
15   Q.   A line would mean wind?
16   A.   Yes.
17   Q.   An M would equal?
18   A.   Mechanical damage of some kind, foot traffic,
19        something like that.
20   Q.   And then what is for hail?
21   A.   Hail is a circle.
22   Q.   Circle.
23   A.   At least an initial look at that.  And then
24        we would review them blown up back at the
25        office.
```



1  Q.  Okay.  Let's just sort of look at a -- an
2      example or a couple of examples here.  If you
3      go to 508 of Exhibit 158.
4  A.  Yes.
5  Q.  You're saying that the lines that I'm seeing
6      here are wind damage; is that correct?
7  A.  Yes.  And then that big square you see in the
8      middle is likely some mechanical damage of
9      some kind.
10  Q.  Okay.  And there are also individual little
11      lines going up and down across the roof there
12      as well?
13  A.  Yes.
14  Q.  What are those signifying?
15  A.  Okay.  So when we go up to a roof like this,
16      if it is fully adhered, basically, what you
17      do is take your finger like that,
18      (indicating), on the edge.  If it's fully
19      adhered, you can't move it.  If it's fully
20      adhered, you're going to have to take a
21      chisel to open it.  So what we do is we just
22      do that quickly.  In fact, your fingers get
23      raw.
24          And what this indicates -- when we
25      draw lines, that indicates that this shingle



```
 1        is debonded at least halfway, otherwise we
 2        don't draw a line.  If it goes like this,
 3        (indicating), if the corner lifts up, so if
 4        this is it, if the corner lifts up like that,
 5        (indicating), we don't mark it.
 6              But if we lift it up like this,
 7        (indicating), and it lifts all the way to
 8        here, (indicating), all right, then we mark
 9        it.  If we go like that, (indicating), and
10        the whole thing lifts up, we draw the line.
11              So one -- this whole shingle is
12        lifted up.  This whole shingle is lifted up.
13        This represents about 39 and three-quarter
14        inches, that's about the length of the
15        shingles.
16   Q.   So just so I'm clear here, the individual
17        lines, just the little dashes, so to speak,
18        those are individual tiles -- or shingles
19        that have come debonded?
20   A.   These right here, (indicating)?
21   Q.   Yes.
22   A.   No, this is not a -- this is not a three-tab
23        shingle.
24   Q.   Okay.
25   A.   This is one continuous shingle.
```



1   Q.   Okay.

2   A.   So this indicates that at least half of this

3        shingle is debonded.

4   Q.   Okay.  Now I understand what you're saying.

5   A.   All right.

6   Q.   However, as compared to this other longer

7        stretch --

8   A.   The whole thing.

9   Q.   The whole thing?

10  A.   Yes.

11  Q.   Okay.  And are you, in your opinion, saying

12       that it is wind that caused this damage from

13       this December storm?

14  A.   No, we didn't evaluate this for wind.

15  Q.   Okay.  Okay.

16  A.   There's no indication of wind damage on our

17       claim, so we can go through every single one

18       of these photos that show a line.  But I am

19       going to tell you we are not putting into our

20       damage calculations or asking for you to

21       replace these roofs because of wind.  We're

22       simply noting that we saw wind damage there

23       as well.

24  Q.   Okay.  And then you said that -- I guess you

25       talked about a nail pop, a mechanical and a



1       circle for hail.  And I just sort of want to

2       look at one of each of those, if we can.

3   A.  Okay.  Go to 514.  Go back to 514.

4   Q.  (Complies.)

5   A.  There it is right in front of you.  There's

6       mechanical damage.

7   Q.  This is mechanical damage?

8   A.  Yes.  That is too big for hail.  That is --

9       that either came out of the bundle that way

10      or it got hit by debris maybe in wind, but

11      that is not hail damage.

12  Q.  Do we have any closer pictures of that?

13  A.  No, because it wasn't part of our damage

14      count, we really didn't care about it.

15  Q.  Okay.  Okay.  And then I saw, actually, a P

16      in here too.  Was that just your -- being the

17      slope?

18  A.  Yeah, that's the slope.

19  Q.  Okay.  And I don't know if you saw any nail

20      pops or not.

21  A.  And then the other one, if you want to just

22      go to 544.

23  Q.  Okay.  Gotcha.

24  A.  That's an example of hail.  We've taken a

25      side view of it as well.  These two photos go



```
 1        together.  In particular, what's illuminating

 2        about this that you don't see until you blow

 3        them up even more, and this becomes very,

 4        very evident, is there is a fracture crack

 5        running all the way through this.

 6    Q.  Show -- if you don't mind drawing it on

 7        yours.

 8    A.  (Complies.)

 9    Q.  Let me take a look at that so I can orient

10        myself.

11    A.  Yup.  (Hands document.)

12    Q.  (Reviews document.)

13    A.  Now, this is the roof that SEA said there was

14        no hail damage on.

15    Q.  Sorry.  (Hands document.)

16    A.  Thank you.

17    Q.  Thank you.

18    A.  I think those are the examples that you

19        wanted, the three.

20    Q.  Well, I don't know if we saw a nail pop, did

21        we?

22    A.  Well, good point.  There was one I saw.  Just

23        a minute.

24             MR. SCOTT:  On this picture here

25        there's a hat, is that indicative --
```



```
 1                    MR. SCHMIDT:  Of a head?

 2                    THE WITNESS:  I think it's in the

 3        next --

 4                    MR. SCHMIDT:  It might be in the

 5        next grouping.  That's 159.

 6                    THE WITNESS:  (Reviews document.)

 7        Maybe there aren't any here on this one.

 8   BY MR. SCHMIDT:

 9   Q.   What about --

10                    MR. SCOTT:  623?

11                    THE WITNESS:  623, okay.  There

12        you go.

13                    MR. SCOTT:  I don't know if that's

14        one or not.

15                    MR. SCHMIDT:  I'm on 624.

16        Actually, we're right in the neighborhood

17        here.  Same thing.

18                    THE WITNESS:  Yup, there it is.

19        That's it.  Bingo.

20                    MR. SCHMIDT:  Let's see.  Let me

21        make sure I'm seeing what you're seeing.

22                    THE WITNESS:  Right here,

23        (indicating).  That's the only one we found.

24                    MR. SCHMIDT:  All right.  We're

25        done with that.
```



```
 1                      (Whereupon, Exhibit 160 and
 2                      Exhibit 161 was marked for
 3                      identification.)
 4   BY MR. SCHMIDT:
 5   Q.   And the next one I think is 161 -- or 60.
 6   A.   Right.
 7   Q.   Okay.  And these are interior photos,
 8        actually 161 and 162.  Did I mark those?  I
 9        didn't get there yet.
10   A.   You did not.
11                 MR. SCOTT:  Yeah, you did.
12                 THE WITNESS:  Oh, yeah.  Sorry.
13   BY MR. SCHMIDT:
14   Q.   160 and 161.  And those are obviously
15        interior views, correct?
16   A.   Yes, they are.
17   Q.   Okay.  And the way I pulled them -- I'm
18        trying to remember how I divided them
19        particularly.
20              Oh, these were more the attic.  So
21        160 comprised the attic one, so to speak?
22   A.   Yes.
23   Q.   Does that generally sound accurate?
24   A.   Yes.
25   Q.   Okay.  And then 161 is the interior, the
```



1          actual physical space of the church, correct?

2     A.   Yes.

3     Q.   Okay.  You can move on from there.

4     A.   All right.  Well, 61 is church, school.

5     Q.   Yes.

6     A.   That's kind of the whole interior complex.

7     Q.   Yup.

8                    MR. SCHMIDT:  And the next one is

9          162.  Now, I don't have a sticker done for

10         that one.

11                   (Whereupon, Exhibit 162 was

12                    marked for identification.)

13    BY MR. SCHMIDT:

14    Q.   And I think this is that shed.

15    A.   Yes, the little shed in the back.

16    Q.   Okay.

17                   MR. SCOTT:  Where would you like

18         it?

19                   THE WITNESS:  (Indicating).

20    BY MR. SCHMIDT:

21    Q.   And are we seeing Jared in that photo?

22    A.   Yes.

23    Q.   Okay.  And all the demarcations on this are

24         related to -- are identical to the ones that

25         you had on the other asphalt pictures?



1   A.   Yes.  And in this particular case it's a

2        three-tab shingle.  The majority of what we

3        were seeing on this particular roof was

4        debonded shingles --

5   Q.   Okay.

6   A.   -- very little hail.  It's protected somewhat

7        by the trees in the back.

8   Q.   Okay.

9              MR. SCHMIDT:  The next will be

10       163.

11             (Whereupon, Exhibit 163 was

12             marked for identification.)

13  BY MR. SCHMIDT:

14  Q.   This one is what I'm calling sort of the

15       steeple grouping of pictures.

16  A.   Yes.

17  Q.   And, I guess, what are we trying to see in

18       some of these things?

19  A.   Well, there's a couple of things.  First of

20       all, one of the things that we wanted to

21       show, and we will do a comparison of this at

22       trial, is that SEA, they have a picture of a

23       gentleman and he is chalking and they're

24       indicating no damage to the copper, and it's

25       the way that he's chalking.



```
 1                    I could chalk this and you would

 2          never see these hail indentations.  And

 3          that's what he did.  And so we would

 4          certainly use that to impune what they have

 5          done in terms of rebuttal testimony, and then

 6          more importantly, teach the jury how to

 7          chalk.  We would go through the demonstration

 8          on how to do it, bring a piece of metal with

 9          dents in it and show the differences.

10                    The point of this is that the copper

11          got pounded on this church.  You asked me

12          before was this representational of anything.

13          It wasn't in that photo, but it is in this

14          photo, because I have clear hail hits on this

15          when we blow it up.  And this had -- we can't

16          tell if that had a metal panel on it at some

17          point in time or it blew off or whatever, but

18          it's kind of the only place on that steeple

19          that has that painted element.  But it

20          certainly got hit.  And then we have side

21          views showing hail indentations on the

22          overall steeple.

23  Q.     Let's --

24  A.     That's a lot of things, but that's what we

25          have, yeah.
```



1  Q.  Let's go back, we're on Exhibit 163, and I

2      want to look at 661 and 662.

3  A.  Yes.

4  Q.  Now, you're saying that this is depicting

5      hail impact?

6  A.  Yes.

7  Q.  And so I want you to sort of draw or circle

8      those that are -- on yours.

9  A.  Absolutely.  (Complies.)

10 Q.  Okay.

11 A.  All right.  And do you want me to do it on

12     this one too?

13 Q.  Yes, sir.  Yes, please.

14 A.  (Complies.)  Okay.

15 Q.  That's fine, yeah, on those.  And I guess

16     what -- I don't know if this is any

17     significance, there's pink and white paint.

18     Is that just dripped paint or something?

19 A.  That's paint that was on there, yes.

20 Q.  And can you -- if someone was -- can you

21     discern these indentations?  And I'm just

22     generally pointing at them on the copper

23     here.  Can you note the difference between

24     that being a dent related to a storm event

25     versus someone putting a ladder up there to



```
 1        do work?

 2   A.   Yes.

 3   Q.   Okay.  Why and how?

 4   A.   Certainly not a location that you would put a

 5        ladder.  Common sense and basic OSHA ladder

 6        training, all right, for every certain amount

 7        of feet that you go up, you go out a certain

 8        number of feet.  To access any of this, you

 9        would place your -- this is too narrow to

10        place a ladder on.

11             The ladder would be too steep to go

12        up and down, so we eliminate ladder traffic,

13        eliminate mechanical damage.  When you blow

14        this up, there's no scratches in there.

15        There's nothing consistent with mechanical

16        damage.  This is consistent with hail damage.

17   Q.   And did you --

18   A.   It's a soft metal.  It's copper.  I mean,

19        it's going to dent real easily.

20   Q.   And then the next item was 667, the side of

21        the -- the --

22   A.   Yes.

23   Q.   -- formally painted side of this steeple?

24   A.   Yes.

25   Q.   And if you'll mark on there what you're
```



```
 1        saying are hail.
 2   A.   And, again, I do this with reservation of
 3        being able to blow this up.  But looking at
 4        this photo, I will tell you right now that we
 5        think that these are pretty consistent with
 6        hail strikes.  That's an example of some.
 7   Q.   Okay.  There's probably many more on there.
 8        There you go.  All right.  And if you'll jump
 9        to 690 for me, what are we looking -- what's
10        the purpose of that photo, I guess?
11   A.   We're just --
12   Q.   Oh, wrong on.  I'm sorry.  I may have been --
13        690, I think it's that one, yeah.
14   A.   It's just an overview showing the bucket that
15        we're up in the air and --
16   Q.   Oh, okay.  Gotcha.  All right.
17                    MR. SCHMIDT:  We'll mark that one
18        164.
19                    (Whereupon, Exhibit 164 was
20                    marked for identification.)
21   BY MR. SCHMIDT:
22   Q.   This was in the materials that were provided,
23        and I don't know who obtained these, if this
24        was you --
25   A.   We did, yes.
```



```
 1   Q.   But, I mean, was it you or someone at your
 2        direction did them or --
 3   A.   That would have been Ryan or Jim.
 4   Q.   Okay.
 5   A.   Yeah.
 6   Q.   And these are just -- really just showing
 7        aerial views of the site?
 8   A.   Well, no, they're more important than that.
 9   Q.   Tell me.
10   A.   What they're doing, with my education,
11        background and training, and particularly as
12        a building code official, they are showing me
13        the exposure.  And so one of the concerns in
14        terms of redesigning this roof, which was a
15        big discussion point on how do we attach, can
16        we attach to that concrete, this area behind
17        the building, so I'm looking on the right of
18        the document as it's facing me, is tree
19        covered and would be consistent with what we
20        call exposure B.  So as the wind is coming,
21        it hits the trees and it disburses, and so
22        there's a lower wind load on the building
23        from this direction.
24             However, when we look across this
25        way and we look this way, (indicating),
```



1    this -- if winds come from this direction, I

2    have enough open terrain here that I would

3    need to design the building for exposure C.

4    That would be my opinion as a building code

5    official.

6              So if you came in to me and I'm at

7    the desk and you're saying, I want to get a

8    permit to do this and this and this," I'm

9    going to pull this up and I'm going to say,

10   "Okay, well, then I need shingles that are

11   going to be rated for exposure C,

12   110-mile-per-hour, 3-second burst."  That

13   doesn't mean a 110-mile-per-hour shingle will

14   work, because now I've got to take it up a

15   notch because of exposure C.  So I need a

16   more robust shingle, that's all.

17   Q.  Thank you.

18   A.  Long explanation for --

19   Q.  I just want to put it all in perspective.

20              Let's see.  I don't know if this was

21   a comedy picture or this had some merit.  It

22   says, "Tony the tailor."

23              MR. SCOTT:  Do you want to mark

24   this?

25              MR. SCHMIDT:  Yeah, just for



```
 1        continuity.  165.
 2                    (Whereupon, Exhibit 165 was
 3                    Marked for identification.)
 4   BY MR. SCHMIDT:
 5   Q.  Any clue what that's supposed to be showing?
 6   A.  No, I have no idea what that's doing.
 7   Q.  Okay.  Skip it.
 8                    MR. SCHMIDT:  171.
 9                    (Whereupon, Exhibit 171 was
10                    marked for identification.)
11                    THE WITNESS:  (Reviews document.)
12       Okay.  Question?
13   BY MR. SCHMIDT:
14   Q.  My question is what is this pertaining to, if
15       you know?
16   A.  The estimate.  I said Clint.  I meant Denis.
17       Denis Rowe does the estimating for
18       Chuck Howarth.
19   Q.  Oh, okay.
20   A.  So he's basically sending me -- at this point
21       in time, I believe he's probably sending me
22       an estimate.  I don't see an attachment to
23       it.
24   Q.  Yeah, I think it's referenced there, but I
25       just didn't print it or something.
```



1   A.  So he's saying draft, he's talking about a

2       draft estimate maybe.

3   Q.  Okay.

4   A.  Yeah.

5               MR. SCHMIDT:  And then 173.

6               (Whereupon, Exhibit 173 was

7               marked for identification.)

8   BY MR. SCHMIDT:

9   Q.  I assume those are your bills for the

10      project; is that right?

11  A.  Yes, this is for the travel portion of it.

12  Q.  Okay.  I've got it flipped on various sides,

13      so...

14              MR. SCOTT:  173 or 172.

15              MR. SCHMIDT:  This should be 173.

16              THE WITNESS:  No, this is wrong.

17      This document does not pertain.

18  BY MR. SCHMIDT:

19  Q.  Which one doesn't pertain?

20  A.  This one here.  This is a different project.

21  Q.  Okay.  It must have got -- let's tear off the

22      wrong one.  I only want the ones that

23      pertain.

24  A.  This does not --

25  Q.  City of Sycamore.



1    A.   City of Sycamore does not pertain.  So as I

2         had indicated before, we had shown you a pay

3         receipt for $6,000.  Invoice 4474 is the

4         balance of our agreement for $3,000.  And I

5         indicated there was like a travel expense.

6         This is 4450, and this is for the travel

7         expense.

8    Q.   Gotcha.  Okay.  This was the draft report --

9    A.   Yes.

10   Q.   -- that you were looking at before, and I

11        think the question that was out there, to

12        some degree, was what -- yeah, Exhibit 132.

13   A.   Yes.

14   Q.   And I mentioned, as I recall, there's some

15        highlighted materials there.  Just explain to

16        us what the meaning of that is and how was

17        that dealt with in the final report?

18   A.   Well, I think the language is almost

19        identical in the final report.

20   Q.   Okay.

21   A.   I don't know that it changed.

22   Q.   Okay.

23   A.   This was a -- specifically highlighted in the

24        draft form to Howarth, because there was a

25        big question about how do we address this



1    concrete deck issue.  Just real quick

2    background, in 2000 when the building codes

3    changed and merged together as the

4    international family of building codes, the

5    American Society of Civil Engineers put in

6    place with the ICC code council very

7    stringent requirements for components and

8    cladding, all the things that go on the

9    outsides of buildings in terms of how they

10   are installed and the robustness of those so

11   that they don't blow off and kill people.

12          So as soon as we see the concrete

13   deck, we have this dilemma of, one, how do I

14   attach to it, can I attach to it.  Back when

15   this was built, what did we say, 55 years

16   ago, whatever it was, you basically just took

17   a nail and you nailed into the concrete and

18   you hoped it held.

19          Today you actually have to do what's

20   called an adhesion test.  You put that

21   fastener in and you've got to pull it out

22   once it sets to make sure that it has a

23   certain amount of withdrawal strength based

24   on the wind load designs.

25          To do that for every single



```
 1        fastener, it could be done, but it will cost
 2        you more to do that then probably tear that
 3        whole part of the church down and rebuild it,
 4        including the walls and everything.
 5               So this was kind of a way of getting
 6        around saying, yeah, you can do that under
 7        the -- under the code, but we don't think
 8        it's going to be economically feasible to do
 9        that.  Let's just take the concrete off and
10        put in plywood and those kinds of things and
11        just do a new roof.  So that's really what
12        all this means.
13   Q.   Okay.
14   A.   It also punts to a structural engineer, which
15        is what a code official would do in this
16        case.
17   Q.   Gotcha.
18   A.   That's it.
19   Q.   Have you ever undergone HAAG training?
20   A.   No, I have -- I have not sat through the
21        class.  I've read all of the technical stuff,
22        I've heard some of them speak individually at
23        conferences on various topics, but I have not
24        been able to stomach the full four days or
25        pay the fee.
```



```
 1                And, again, I don't want to sound
 2       like I'm disingenuous.  A lot of what they
 3       teach in this class is wonderful if you are a
 4       novice and know knowing about roofing
 5       products.  You'll spend three days -- the
 6       first three days learning about all of them.
 7   Q.  As far as hail is concerned on a roof, is
 8       it -- as far as being evident of hail damage
 9       to a -- whether it's a shingle or an asbestos
10       tile, would you agree that the ridges see the
11       first damage?
12   A.  No, not necessarily.  I've seen -- I'll
13       answer the question this way:  My
14       father-in-law, ex-father-in-law, was a
15       farmer.  And in the off season he did crop
16       inspections for insurance companies, and I
17       had a chance to go out and look at,
18       basically, every type of field damaged by
19       hail over a 10, 15-year period with him.
20                And it was amazing to see what would
21       happen.  Sometimes you'd have a straight line
22       down the middle separating two fields.
23       Sometimes you'd have a line going this way,
24       (indicating), and then a small round area.
25       Sometimes you'd have almost what looked like
```



```
 1        a square out of the middle.
 2               So seeing that, the effects of hail
 3        on these roofs can hit at any one of those
 4        points.  It's one of the areas that we look.
 5        But if we don't see damage to the ridge, it
 6        doesn't mean we eliminate that hail damaged
 7        other parts of the roof.
 8   Q.   And that's because hail is just
 9        indiscriminate, so to speak?
10   A.   Yes, it is.  That's the problem.  When you
11        add wind, it gets very indiscriminate and
12        it's not one size, it's not Mr. Green Jean,
13        you know, dropping these ping-pong balls on
14        Mr. Moose that are the same size.  They're
15        all different sizes.
16   Q.   You would expect, though, in a hail event, as
17        being -- being asserted affected this
18        property that at least there would be some
19        damage to every part of the roof, would you
20        not?
21   A.   Yes, but our counts favored, you know, the --
22        our counts favored some directionality on
23        this thing, which is consistent with what
24        NOAA was saying in terms of the storm.  So we
25        did have higher counts facing some directions
```



 1     than we had other directions.  So that

 2     indicates the storm was passing over.

 3              And we didn't put into our report

 4     the diagrams that are out there that are

 5     utilized to tell a jury about how hail coming

 6     hits one side and then how it bounces off the

 7     other side of the same roof that would

 8     probably be an exhibit we would use at trial.

 9 Q.  Now, HailStrike, is that just one service you

10     use?  I think I may have asked you that

11     towards the beginning of today.

12 A.  I don't know if we used HailStrike in this

13     one.  We might have.

14 Q.  Yeah, it says excerpted from HailStrike.

15 A.  Okay.

16 Q.  And I just didn't know, is there one you --

17     hail service you prefer over another?  I know

18     you had spoken of NOAA earlier.

19 A.  I personally prefer NOAA.  If you know how to

20     utilize the database properly and use what

21     are called their severe data inventory, which

22     are after-storm reports, they come out a week

23     or two after the storm, sometimes a month

24     after, those are the most definitive.

25 Q.  Okay.  And are those referenced in your



1   report?

2 A. Yes, that's what that report is, that's NOAA.

3 Q. Okay.

4 A. And if I can go back to that NOAA thing, if I

5   can show you real quickly.  Where's my copy?

6 Q. Let me give you your copy.

7     MR. SCOTT:  Here's mine.

8   (Hands document.)

9     MR. SCHMIDT:  Oh, good.

10    THE WITNESS:  So I think what's

11  important to know about this is that this is

12  the next red level three.  And what this is

13  doing is this is basically taking all of the

14  hail and it's giving you the highest

15  probabilities of the hail that are closest to

16  the area.

17    When you pull up the December 23rd

18  report and you ask for anything that is a

19  certain size or higher, this is what you're

20  given.

21    When you pull the level above that,

22  which is every hail, you have 56 -- the thing

23  is just covered with red dots.  And the

24  majority of the -- they're all here, and

25  they're moving this direction, (indicating).



```
 1                 So when you look at that and you

 2       say, okay, starting out here they're .5, .5,

 3       .5, they start to get 1 inch, you know,

 4       maybe 1.25, clearly, it's getting bigger as

 5       it's moving across.  And that's what I

 6       believe the physical evidence showed while we

 7       were there, there was some good-sized hail

 8       that hit here.

 9  BY MR. SCHMIDT:

10  Q.   In the report, I'll just hand you this one

11       here, if you'll go to page 8 for me.

12  A.   Yes.

13  Q.   And at the very bottom there, that 2.0, it

14       says, "multiple roofs around the neighborhood

15       have been replaced.  Some still show signs of

16       damage."  You know, obviously, I don't see

17       any reference to the locations or who these

18       people are or the roofs.  Do you all maintain

19       any data like that?

20  A.   That might have been the single outlier photo

21       that you were showing me.

22  Q.   Okay.  Fair enough.

23  A.   But, no, we don't.  We just generally -- the

24       reason we put that in there is, as I said

25       earlier in my deposition, we want to make
```



1       sure this isn't the only person, entity or

2       business, in this case a church, in the area

3       that's claiming damage.  We have run into

4       those situations before.  Typically, when

5       that happens we don't find damage.

6   Q.  And you've used the word "fracture" in your

7       report as well.  And when you used the word

8       "fracture," what -- what are you meaning by

9       that term?

10                  MR. SCOTT:  Where are we in the

11      report?

12                  MR. SCHMIDT:  Did we already do

13      that?

14                  MR. SCOTT:  No, we are we in the

15      report?

16                  MR. SCHMIDT:  Oh, it's on page 14.

17      He's just used it in various places.

18                  THE WITNESS:  Those photos that I

19      circled where I'm showing -- the most recent

20      one we did where I put arrows showing at the

21      hail impact mark that crack that is running

22      through, that is a fracture.

23                  MR. SCHMIDT:  Okay.  All right.

24      But for some maybe a few follow-up after I

25      show you these, I'm close to being done, if



 1    not done.

 2              Clint, I can either tab these with

 3        these -- here I'll just do it myself.

 4    BY MR. SCHMIDT:

 5    Q.   These are the items that were provided to me

 6        on Friday, at least in part, only they were

 7        referenced before.  And obviously this --

 8        these materials are a lot to digest, at least

 9        for me having just received them.

10              My questions for the -- these items

11        are going to be very sort of straight

12        forward, what's the significance of this and

13        its reference in your report.

14    A.   Okay.  So we have three more hours.  I'm not

15        kidding.

16    Q.   Well, I mean, I don't know why you did it, so

17        you put it there.  So that's what I'm asking.

18              MR. SCHMIDT:  The first one is

19        175.

20              (Whereupon, Exhibit 175 was

21              marked for identification.)

22              MR. SCHMIDT:  Did I hand one to

23        you?

24              MR. SCOTT:  I'll just look over

25        his shoulder.



```
 1                    THE WITNESS:  175 was done for the
 2        purposes of documenting the reconstruction
 3        for the roof systems --
 4                    MR. SCHMIDT:  Okay.
 5                    THE WITNESS:  -- in terms of
 6        testing that might need to be done to
 7        determine the appropriate products.
 8                    MR. SCHMIDT:  Okay.
 9                    (Whereupon, Exhibit 176 was
10                    marked for identification.)
11   BY MR. SCHMIDT:
12   Q.   How about 176?
13                    MR. SCHMIDT:  They must not have
14        made my duplicate copies.  I'm sorry, Clint.
15                    MR. SCOTT:  That's okay.  You'll
16        just upload all these --
17                    MR. SCHMIDT:  Yeah, absolutely.
18                    THE WITNESS:  This is just a
19        reference document from The Old House web
20        about the problems and safety issues with
21        asbestos roofing tiles.
22                    (Whereupon, Exhibit 177 was
23                    marked for identification.)
24                    THE WITNESS:  And 177 is a
25        document from the Gypsum Board Association.
```



1    They oversee all gypsum manufacturers.  And
2    the relevant portion here is if gypsum board
3    gets wet, replace it.  And there is wet
4    gypsum board at the church.
5                    (Whereupon, Exhibit 178 was
6                    marked for identification.)
7  BY MR. SCHMIDT:
8  Q.  We've already talked about that document
9    obviously.
10 A.  Yes, this is just the -- this is Number 178.
11    This is just the HAAG ice ball testing.
12                    (Whereupon, Exhibit 179 was
13                    marked for identification.)
14 BY MR. SCHMIDT:
15 Q.  Anything in particular stand out other than
16    what we've talked about already?
17 A.  No, not that we've -- I think we've covered
18    that.  Holy Hail is an article written by
19    Scott Morrison, Exhibit 179.  He talks about
20    other types of tiles, slate, concrete tile,
21    cedar shake.  This does not cover asbestos
22    tiles.
23 Q.  Okay.
24 A.  But it just generally talks about how hail --
25    how you identify hail damage.



```
 1                    (Whereupon, Exhibit 180 was
 2                    marked for identification.)
 3                    THE WITNESS:  Exhibit 180 is a
 4           technical bullet from the Roofing
 5           Manufacturer's Association, and it just
 6           basically talks about installation, talks
 7           about proper nail set, talks about the number
 8           of nails that you need.  It intimates a
 9           little bit about higher wind locations where
10           you would need more nails, those kinds of
11           things.
12      BY MR. SCHMIDT:
13      Q.  Does that have any relevance to this case
14           since you're not really talking about wind?
15      A.  Yes, on the reinstallation of shingles.  I
16           think the shingles are going to take six
17           nails instead of four.
18      Q.  Okay.
19      A.  That adds to the labor portion.
20      Q.  Okay.
21                    (Whereupon, Exhibit 181 was
22                    marked for identification.)
23                    THE WITNESS:  And 181 is an
24           environmental research on corroded asbestos
25           products just in terms of the -- the issues
```



```
 1        and the problems with it, background

 2        information.

 3                     (Whereupon, Exhibit 182 was

 4                     marked for identification.)

 5   BY MR. SCHMIDT:

 6   Q.   I'll just hand those.  I've marked those.

 7   A.   So 182 is a Phase 2 research project by

 8        Alex McGowan, Ph.D., an engineer, about the

 9        inability to rehabilitate wet gypsum board or

10        sheetrock.

11   Q.   Okay.

12                     (Whereupon, Exhibit 183 was

13                     marked for identification.)

14                THE WITNESS:  And 183 is a report

15        by Donan Engineering on the effects of wind

16        on various roofing products, primarily

17        shingles.  It's utilized, in this case, for

18        the reconstruction of the roofs.

19   Q.   Okay.

20                     (Whereupon, Exhibit 184 was

21                     marked for identification.)

22                THE WITNESS:  Exhibit 184 is the

23        Factory Mutual test specification standards

24        for impact testing of various roofing

25        materials, again, utilized as looking at a
```



1       threshold for damage.  But, again, as I

2       indicated before, FM, not unlike the HAAG

3       study, deal with completely fracturing and

4       breaking apart the product as opposed to

5       causing other types of damage.  FM also does

6       not document that.

7   Q.  Okay.  Donan, what is -- what is it

8       following?

9   A.  Donan, it's own.

10  Q.  It's own?

11  A.  It's own internal, yeah.

12  Q.  Okay.

13              (Whereupon, Exhibit 185 was

14              marked for identification.)

15              THE WITNESS:  Inspectapedia is

16      just a website where if you are a home

17      inspector, for example, without a lot of

18      experience, you can just get some general

19      information on -- on various roofing products

20      and things that can go with them.

21              It's just educational material, not

22      something I would necessarily rely on for

23      testifying in court.  It's just a reference

24      document.

25



```
 1                    (Whereupon, Exhibit 186 was
 2                    marked for identification.)
 3                    THE WITNESS:  Exhibit 186 is the
 4         cash -- what's the value of ventilation, I've
 5         already talked about.  We did not utilize
 6         that.
 7                    (Whereupon, Exhibit 187 and
 8                    Exhibit 188 was marked for
 9                    identification.)
10    BY MR. SCHMIDT:
11    Q.   There's the last two.  (Hands documents.)
12    A.   Exhibit 187, hail damage thresholds for
13         common materials.  And, again, in this
14         particular one, they do talk about a fiber
15         cement tile.  They talk about the test
16         results, but it's a very -- it's very
17         summarized.  Interestingly enough, that the
18         damage threshold in this particular report
19         differs from their manual, that's why it's
20         here.
21    Q.   Okay.  Explain that to me.
22    A.   Their manual says 1.75, this says 1.50.
23    Q.   Okay.
24    A.   So they have lowered the threshold for damage
25         to 1.50.  And in this case I've already
```



```
 1         testified that we saw plenty of examples of
 2         1.50 hail, the majority of it.
 3   Q.    Go ahead.
 4   A.    And then 188 is the release of asbestos
 5         fibers, this Spurny study done in 1988, and
 6         this has to do with testing of this
 7         particular project in Germany.
 8   Q.    And that was the one you were referencing
 9         earlier?
10   A.    Yes.
11   Q.    Got it.  When is the last time you were
12         qualified -- and I don't mean this that you
13         were never qualified beforehand to give an
14         opinion, but when was the last time in a
15         court setting that you underwent a Daubert
16         examination?
17                 MR. SCOTT:  Object to the form.  I
18         don't even know if he would know.
19                 THE WITNESS:  Well, different
20         juries seem to handle that differently.  Some
21         handle it with motions in limine, which are
22         done in pretrial.
23                 I can't remember having an issue
24         with one of those in the last -- as long as I
25         can remember.  Those have all been -- I've
```



1    been qualified as both a causation expert and

2    a damages expert by multiple courts.

3              As far as a Daubert challenge, the

4    only time I can think of of what year is

5    these federal court cases where they actually

6    do the voir dire.  And the last time I think

7    was five years ago, and that was -- I passed

8    that.  That's not on my CV because it's past

9    five years.

10   BY MR. SCHMIDT:

11   Q.  And do you remember what court that was in?

12   A.  Colorado, Denver, federal court.

13   Q.  And do you remember --

14   A.  A wind and hail case.

15   Q.  -- any part to the case?

16   A.  Not at this point I don't.

17   Q.  Do you know whether or not NOAA accepts HAAG

18       standards?

19   A.  They do not.  They don't talk to each other.

20   Q.  Okay.  Have you authored any articles that

21       have been peer reviewed as far as hail damage

22       is concerned?

23   A.  No, I've chosen not to.

24   Q.  Have you conducted any studies similar to any

25       of the HAAG studies?



```
 1   A.   No.

 2   Q.   What's Win the Game?

 3   A.   That's a conference that I got invited to

 4        speak at a couple of years ago and never -- I

 5        declined.  I never attended.  They continue

 6        to market that I did and I think still

 7        utilize my name somewhat today.  I think it's

 8        a group of storm chasers or something like

 9        that.  But I -- something in Vegas a few

10        years ago.  But I never actually went and

11        never spoke.

12   Q.   Have you ever lectured on being an expert

13        witness?

14   A.   Yes.

15   Q.   Okay.  And when was that?

16   A.   It's in my CV.  I've done talks on -- to law

17        firms.  I've done talks to insurance groups

18        about various topics, including being an

19        expert, how to gather evidence, how to --

20        chains of custody, all those kinds of things.

21             MR. SCHMIDT:  Let's take about a

22        five-minute break and I will wrap it up.

23             (Whereupon, a brief recess

24              was taken.)

25   BY MR. SCHMIDT:
```



1   Q.   In your report, I'll find it and hand it to

2        you, in one of the roof observations it says,

3        "Zero impacts and 14 broken tiles observed."

4        And I'm just -- there it is.

5        (Hands document.)   It's on page 9.

6   A.   Okay.

7   Q.   And I'm just trying to understand what that

8        means or put it in the proper context, so to

9        speak.

10  A.   Just a second.   (Reviews document.)   I don't

11       understand the question.

12  Q.   I'm just trying to understand, it says, "Zero

13       impacts, 14 broken tiles."   So I'm just

14       trying to understand if there's no impacts

15       and there's 14 broken tiles, what does that

16       mean?   Does that mean that there was no hail

17       damage?

18  A.   No, it means that there were 14 broken tiles

19       as a result of hail, there was no impacts

20       that we thought created the -- from spatter,

21       from splatter damage, that's what we mean by

22       that.   If you take a look at the

23       north-facing, we think this storm came this

24       direction, (indicating).   Clearly, these

25       elevations and these elevations,



```
 1          (indicating), were affected the most.  This
 2          building is turned a little bit.  This one is
 3          the only one that really kind of faces true
 4          north and it had the least amount of counts.
 5    Q.    If you would on there sort of show me which
 6          direction you think the storm came, so to
 7          speak.
 8    A.    Just a second.  I think it came from the
 9          south side, if I remember right, according to
10          the NOAA report.  Just a minute.  Exhibit
11          164, it's marked.  North and east.
12    Q.    Yeah, if you'll do that on yours.
13    A.    So north and east is to the right.  Okay.
14    Q.    Okay.
15    A.    Traveling north, northeast.
16    Q.    Let's -- I just -- I didn't realize you had
17          marked this copy of --
18    A.    I was just trying to get acclimated.  It's on
19          mine.
20    Q.    Okay.  Perfect.
21                MR. SCHMIDT:  I am done.
22
23                       EXAMINATION
24    BY MR. SCOTT:
25    Q.    I've got three things to quickly look at.
```



1      Exhibit 171, does it reference in 171 on the

2      second page whose estimate you're receiving

3      in the middle paragraph?

4   A.   Yes, it's an estimate from Custard Adjusting.

5   Q.   And from what year?

6   A.   2012, yup.

7   Q.   Okay.

8   A.   Yes, and now that adds context.

9   Q.   You were asked about -- this is Exhibit 156,

10      Bates number Irmiter 385.  I think you'll

11      remember being asked about whether there was

12      any hail-related damage on the slope.  I saw

13      a circle on there also outside of what's been

14      marked.  Would that be the potential for

15      hail-related damage on that photograph?

16  A.   Yes.  And as I indicated, we didn't circle

17      all of the areas.  You know, there's -- I

18      mean, I can --

19  Q.   I don't need you to necessarily mark any

20      additional ones.

21  A.   Yes, that is an example.

22  Q.   I think in your response you had failed to

23      notice the circle.

24  A.   Yes, okay.  I thought he was asking about the

25      ridge only.



```
 1                    MR. SCHMIDT:  I was.

 2                    THE WITNESS:  Okay.

 3   BY MR. SCOTT:

 4   Q.  And on Exhibit Number 157, page 505, does

 5       that photograph tell you anything about

 6       whether there's any sort of underlayment

 7       underneath the vinyl shingle?

 8   A.  Yes.  This is the 50-pound that's on the

 9       blueprints that's indicated that was required

10       to be installed.  So I think that one

11       location where we have some concrete showing

12       is an outlier for some reason.  But this is

13       in the field of the roof and that -- that's

14       consistent with what I would expect to see.

15   Q.  If you'd turn to the earlier pictures, can

16       you tell whether one -- 505 is actually a

17       picture and whether we're actually seeing

18       concrete in 5 -- 502?

19   A.  I don't think they're the same photo.

20   Q.  Okay.

21   A.  No, I think they're different locations.

22                    MR. SCHMIDT:  Ask him where.

23                    THE WITNESS:  On the roof.  No,

24       these are different locations.

25                    MR. SCOTT:  Okay.  That's all I
```



```
1         have.

2

3                         FURTHER EXAMINATION

4    BY MR. SCHMIDT:

5    Q.   I'll just ask, can you figure out where

6         that -- what was the number, the Bates

7         number?  I'm sorry.

8    A.   We have two of them.  One is 502, and the

9         other is 505.  I can't, as I sit here right

10        today, but all of our photos are backed up by

11        GPS, so we could ping this to within six

12        inches on the roof, if needed, for both of

13        those photos.

14                    MR. SCHMIDT:  Okay.

15                    MR. SCOTT:  All right.  We'll read

16        and sign.

17                    (Whereupon, the foregoing

18                    deposition concluded at 5:46 p.m.)

19

20

21

22

23

24

25
```



```
 1              DEPOSITION CORRECTION SHEET

 2    TITLE:  Central Baptist Church of Albany Georgia,
              Inc. vs. Church Mutual Insurance Company
 3    WITNESS:  Thomas Irmiter

 4    PAGE   LINE    DESIRED CHANGE

 5    _____  _____   _____

 6    _____  _____   _____

 7    _____  _____   _____

 8    _____  _____   _____

 9    _____  _____   _____

10    _____  _____   _____

11    _____  _____   _____

12    _____  _____   _____

13    _____  _____   _____

14    _____  _____   _____

15    _____  _____   _____

16    _____  _____   _____

17    _____  _____   _____

18    _____  _____   _____

19    _____  _____   _____

20    _____  _____   _____

21    _____  _____   _____

22    _____  _____   _____

23    _____  _____   _____

24    _____  _____   _____

25    _____  _____   _____
```



1

2

3    I, Thomas Irmiter, have read this

4    deposition transcript and acknowledge

5    herein its accuracy except as noted:

6

7

8                    _____
                    Witness Signature

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1    STATE OF MINNESOTA    )
                            ) ss
 2    COUNTY OF ANOKA       )

 3

 4           Be it known that I took the foregoing
      deposition of Thomas Irmiter, on May 7th, 2018,
      in St. Paul, Minnesota;

 5

 6           That I was then and there a notary public
      in and for the County of Anoka, State of Minnesota,
      and that by virtue thereof, I was duly authorized
 7    to administer an oath;

 8           That the witness was by me first duly
      sworn to testify to the truth, the whole truth and
 9    nothing but the truth relative to said cause;

10           That the foregoing transcript is a true
      and correct transcript of my stenographic notes in
11    said matter;

12           That the witness reserved the right to
      read and sign the transcript;

13

14           That I am not related to any of the
      parties hereto, nor interested in the outcome of
      the action;

15

16           WITNESS MY HAND AND SEAL this 18th day of
      May, 2018.

17

18    _____

19           Amy L. Larson, RPR
             My Commission Expires 01/31/20

20

21

22

23

24

25
```



1  Reference No.: 2155451

2

3  Case:  CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO

4

       DECLARATION UNDER PENALTY OF PERJURY

5

          I declare under penalty of perjury that

6  I have read the entire transcript of my Depo-
   sition taken in the captioned matter or the

7  same has been read to me, and the same is
   true and accurate, save and except for

8  changes and/or corrections, if any, as indi-
   cated by me on the DEPOSITION ERRATA SHEET

9  hereof, with the understanding that I offer
   these changes as if still under oath.

10

11     _____

12     THOMAS IRMITER

13

14     NOTARIZATION OF CHANGES

15          (If Required)

16

17  Subscribed and sworn to on the _____ day of

18

19  _____, 20____ before me,

20

21  (Notary Sign)_____

22

23  (Print Name)               Notary Public,

24

25  in and for the State of _____



THOMAS IRMITER                                    May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO        226

1    Reference No.: 2155451

     Case:  CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO

2

3    Page No._____Line No._____Change to:_____

4    _____

5    Reason for change:_____

6    Page No._____Line No._____Change to:_____

7    _____

8    Reason for change:_____

9    Page No._____Line No._____Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21   Page No._____Line No._____Change to:_____

22   _____

23   Reason for change:_____

24

     SIGNATURE:_____DATE:_____

25   THOMAS IRMITER



Reference No.: 2155451

Case:  CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

THOMAS IRMITER



**$**

**$2,500**
   16:18

**$3,000**
   14:4,7,12
   16:19
   198:4

**$6,000**
   198:3

**$9,000**
   14:15

**0**

**005**
   62:21
   101:25

**1**

**1**
   24:16
   103:24
   119:15
   126:25
   127:17
   144:19
   145:2
   155:19
   156:19
   162:6
   170:15,16
   173:8
   205:3

**1.25**
   205:4

**1.3**
   24:24

**1.5**
   25:1

91:6,19,
24

**1.50**
   213:22,25
   214:2

**1.6.1**
   25:1,7

**1.7**
   25:14

**1.75**
   62:10
   91:8,11
   138:6,14
   213:22

**1.75-inch**
   91:15

**1.8**
   25:14
   44:20

**10**
   26:16
   116:6
   126:17
   201:19

**10,000**
   86:22

**10-by-10**
   50:20

**110**
   105:15

**110-mile-
an-hour**
   75:10

**110-mile-
per-hour**
   195:12,13

**110-mile-
rated**
   79:19

**120**

98:1

**12:13**
   4:4

**13**
   48:3 78:7

**132**
   131:24
   198:12

**14**
   98:18
   105:25
   109:4,9,
   16,21
   110:2,7,
   12
   120:16,25
   152:9
   157:22
   206:16
   217:3,13,
   15,18

**15**
   8:7 34:7
   48:19
   126:17
   134:9

**15-year**
   201:19

**1500**
   4:3

**154**
   133:25
   134:1
   136:1,13

**155**
   136:16,23
   145:22
   149:19

**156**
   150:3,7
   152:4
   157:3

164:5,25
168:4
176:15
219:9

**157**
   150:19,21
   176:7,24
   220:4

**158**
   179:6,10
   181:3

**159**
   179:7,10
   186:5

**160**
   187:1,14,
   21

**161**
   187:2,5,
   8,14,25

**162**
   187:8
   188:9,11

**162-180**
   98:17

**163**
   189:10,11
   191:1

**164**
   193:18,19
   218:11

**165**
   196:1,2

**168**
   100:20

**170**
   99:25

**171**
   99:5
   196:8,9
   219:1

**172**
   18:10,11,
   15 197:14

**173**
   197:5,6,
   14,15

**174**
   118:17,18

**175**
   207:19,20
   208:1

**176**
   208:9,12

**177**
   208:22,24

**178**
   209:5,10

**179**
   209:12,19

**18**
   129:17

**18-year-old**
   79:22

**180**
   210:1,3

**181**
   210:21,23

**182**
   211:3,7

**183**
   211:12,14

**184**
   211:20,22

**185**
   212:13

**186**
   213:1,3

**187**
   213:7,12

**188**
  213:8
  214:4

**18th**
  39:5,11

**195**
  41:22,23
  123:25
  126:9
  128:3
  129:7

**196**
  13:3

**1988**
  214:5

**1989**
  63:22

**19th**
  14:25
  39:1,5,7,
  11

**1st**
  18:22,24

—— **2** ——

**2**
  14:8
  28:12
  91:5
  103:24
  155:19
  211:7

**2.0**
  26:3
  205:13

**20**
  6:11,16
  48:19
  52:20
  63:4
  126:17

**174:23**

**2000**
  75:4
  199:2

**2004**
  105:6

**2006**
  117:25

**2008**
  33:4

**2010**
  47:9

**2012**
  21:6,10
  23:21
  69:4,8,
  14,20
  70:1,22,
  25 75:22
  93:23
  94:5
  114:7
  166:11
  177:13
  219:6

**2013**
  33:11

**2014**
  8:7,17
  33:11
  34:8 38:6
  69:9
  70:24
  71:23
  72:11
  85:2,22,
  25 93:19
  95:8
  166:17
  175:8,20,
  22 177:8

**2015**
  8:20 9:2,

**6,24 22:1**
  33:11
  34:7 42:3
  57:22
  133:1,15

**2018**
  4:2 14:25
  18:22,24
  36:9 39:1
  40:6

**21**
  55:6

**2128**
  54:2
  55:5,7

**23rd**
  6:19
  204:17

**24th**
  8:17
  71:23
  111:19

**25**
  157:19
  159:2

**250**
  47:10
  49:20

**253**
  152:6
  157:1
  164:4

**255**
  162:4,9
  163:16

**258**
  154:10

**26**
  30:14

**267**
  155:10,11

**272**
  164:16

**277**
  164:24

**278**
  166:3
  167:2

—— **3** ——

**3**
  63:15,17
  103:24
  155:19

**3-second**
  195:12

**3.1**
  98:11,16
  109:4

**30**
  73:4

**30-year**
  79:17

**300**
  28:13

**308**
  167:6

**309**
  167:4,6

**31**
  98:15
  130:4

**310**
  168:3,4

**320**
  168:14

**321**
  28:9

**322**
  169:6

**360**
  106:6,23

**376**
  171:23
  172:8

**377**
  172:3

**385**
  172:11
  173:5
  174:7
  175:7
  219:10

**39**
  182:13

**391**
  175:25

—— **4** ——

**4**
  103:24
  155:19

**4.0**
  26:6,7,10
  27:18,19,
  22 28:22
  42:7

**43**
  124:1

**445**
  4:2

**4450**
  198:6

**4474**
  198:3

**45**
  40:15
  121:11

**46**



124:2

**47**
124:1

**494**
26:17

_____

**5**

**5**
38:12
119:17
126:17
205:2,3
220:18

**5,000**
126:13

**5.0**
27:5

**5.1**
27:6

**50**
82:8

**50-**
101:10

**50-pound**
76:8
88:13
113:21
220:8

**50-year**
104:13

**50-year-old**
92:3

**50/50**
117:7

**502**
176:24
178:8
220:18
221:8

**503**
178:6

**505**
220:4,16
221:9

**508**
181:3

**51**
116:12,14

**514**
184:3

**522**
26:18

**53**
124:3

**544**
184:22

**55**
199:15

**55105**
5:23

**56**
13:16
97:24
98:2
204:22

**5:46**
221:18

_____

**6**

**6**
119:1
120:7,8

**6,000**
13:25

**6.2**
27:7

**60**
6:18

124:24
187:5

**60-mile-an-hour**
75:2

**61**
124:24
126:9
188:4

**62**
124:25
131:7

**623**
186:10,11

**624**
186:15

**63**
8:1 23:4
34:23
35:22
42:22
44:19
72:23
98:12
112:3
114:16
124:25
145:20

**64**
8:4 28:10
40:23
67:10,13
71:2
80:11
99:3
124:4,25
126:9

**65**
124:4

**657**
5:23

**661**

191:2

**662**
191:2

**667**
192:20

**67**
124:4
149:17,21

**68**
124:4

**69**
137:23

**690**
193:9,13

**699**
141:19
142:10

_____

**7**

**7**
98:18
105:25
109:5,10
110:3,8
128:4
129:7
152:9
157:20,22

**700**
142:12

**701**
142:17

**702**
142:17

**703**
142:17

**704**
142:19

**705**

142:19

**707**
143:15

**712**
145:21
146:21

**713**
143:23
145:22
146:21

**714**
145:25
146:1,20

**715**
147:1

**716**
147:8,22

**717**
147:8,22

**718**
147:24

**719**
147:24

**72**
138:25

**721**
148:12

**722**
148:15

**75-page**
55:9

**76**
124:4
135:25

**77**
138:25

**79**
136:6

**7th**



4:2 8:7
9:2

---

**8**

8
  112:5
  145:19
  157:20
  205:11
80
  9:21
  139:10
83
  140:8
87
  140:12
89
  140:15

---

**9**

9
  114:16
  217:5
90
  105:15
90-mile-an-
hour
  79:17
95
  140:22
97
  141:14
99.9
  117:4

---

**A**

abatement

64:16,17
**ability**
  60:20
**absence**
  75:25
**absent**
  76:18
  167:1
**absolutely**
  7:18 13:1
  27:24
  116:11
  123:22
  133:7
  151:18
  167:3
  179:3
  191:9
  208:17
**AC**
  125:5,9,
  14 139:20
  141:14,16
  142:1
  143:6
**academic**
  53:20
**accelerated**
  102:7
**accept**
  46:19
**acceptable**
  51:1
  103:20
  122:25
**accepted**
  157:18
**accepts**
  215:17
**access**
  192:8

**acclimated**
  218:18
**accommodate**
  5:9
**account**
  91:17
  103:18,19
**accurate**
  118:22
  187:23
**actual**
  21:9,21
  28:21
  37:10
  42:21
  62:15
  123:11
  124:22
  134:11
  138:15
  148:10
  160:11
  169:21
  188:1
**add**
  37:14
  65:3
  90:18
  202:11
**added**
  14:12
**adding**
  104:17
**addition**
  14:6
  171:13
**additional**
  70:2
  110:3
  137:14
  219:20
**address**

5:22
  198:25
**addresses**
  24:17
  53:13
**adds**
  210:19
  219:8
**adequately**
  80:10
**adhere**
  146:8
**adhered**
  181:16,
  19,20
**adhesion**
  199:20
**adhesive**
  169:23
**adjuster**
  69:5
  93:24
**adjuster's**
  37:4
**adjusters**
  67:5
  70:10
**Adjusting**
  219:4
**administrat
ive**
  27:21
**administrat
ively**
  26:21
**administrat
or**
  39:16
**admissible**
  52:22

**advantages**
  172:17
**aerial**
  194:7
**aesthetic**
  87:22
**affect**
  60:20
**affected**
  38:5
  71:22
  202:17
  218:1
**affidavits**
  37:20
  72:14
  92:21,22
**afield**
  58:15
**after-storm**
  203:22
**after-the-
fact**
  175:1
**afternoon**
  42:10
**age**
  74:25
  104:21
**aged**
  59:12
  60:3
  82:19
**agent**
  60:25
**aging**
  162:2
**agree**
  43:5
  45:4,7



46:25
151:24
201:10

**agreement**
14:15
198:4

**ahead**
21:14
24:15,18
45:21
150:19
157:3,23
214:3

**air**
64:8,11
65:14
89:3,4
129:3,4
137:13
142:6
143:8,11
193:15

**airplane**
15:8

**Albany**
5:25
16:22
78:24
79:2

**Albeit**
140:2

**Alex**
211:8

**algae**
60:11
143:4,17

**algorithm**
72:6,7

**align**
26:19

**alliances**
33:20

**aluminum**
148:11

**amazing**
201:20

**amend**
162:7

**American**
79:25
199:5

**amount**
5:6  52:13
86:24
103:20
163:14
192:6
199:23
218:4

**amounts**
159:25

**analysis**
28:23
45:13
55:13
75:8
116:18

**Android**
9:15

**anemometer**
72:21

**angle**
100:3,11,
13

**ANSI**
51:16

**answers**
5:14,15
31:11

**anticipate**
100:1

**anymore**
123:4

**apex**
88:4
160:15

**apologize**
91:3

**apparently**
83:8
122:10

**appeared**
56:13
85:11

**appears**
37:2
67:10
161:3
173:7
175:7

**application**
61:22

**apply**
50:10,13
51:24

**applying**
53:25
58:17

**appraisal**
6:14

**appraisals**
66:5,6

**approach**
53:10

**appropriate
ly**
51:5
133:22

**approving**
157:12

**approximate
ly**
4:4
165:20

**architect**
123:7

**architectur
e**
68:21

**area**
28:14
37:10
48:5,15,
18,25
52:13
60:13
61:9
63:23
72:9
73:10
107:3,14
127:16
129:16,17
132:2
143:12
144:3,8,
25 145:6
147:4
155:25
156:7,8
158:17
164:4,8
177:12
178:1
194:16
201:24
204:16
206:2

**areas**
37:24
46:12
58:1 60:4
81:13
82:25
84:4
115:2
121:7
125:22
128:12,13

129:8
131:13
137:7
162:24
169:16
202:4
219:17

**argue**
96:14

**argument**
37:12

**Arizona**
47:6

**arrows**
206:20

**article**
46:2
209:18

**articles**
215:20

**as-built**
161:5,6,7

**asbestos**
25:16,19
57:3
58:17,20
59:3,6,14
60:1,21,
24 61:22
62:4,8,21
64:1,2,
11,14,16,
18,19,21,
24 73:24
75:17
76:1,23
77:18,24
78:2
80:20
82:9
83:14
84:12,13
87:10



THOMAS IRMITER                                          May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.   Index: asbestos-based..Baptist

88:12,21
93:10,11
102:16
104:19
113:11,23
122:22
151:1,8
170:9
176:8
177:21
179:13,16
201:9
208:21
209:21
210:24
214:4

**asbestos-based**
78:21

**ascertaining**
111:5

**asphalt**
15:24
25:20
58:18,23
70:8,13
73:24
75:11
79:8
81:16
83:6 86:6
87:9
88:13,14
89:13
103:17
104:2,22,
23 116:5
156:24
163:14
173:20,23
174:13
176:4
179:13,
15,18

188:25

**assemblies**
55:9

**asserted**
202:17

**assess**
59:5
104:20

**assessing**
46:21
62:3
65:24

**assessment**
46:16

**assignment**
33:23

**Association**
208:25
210:5

**assume**
26:20
197:9

**assuming**
50:23,24
59:25
73:22
86:14
153:3
156:25
159:2
170:15
173:12

**ASTM**
51:16
54:2 55:5

**Atlanta**
34:2 67:1

**attach**
194:15,16
199:14

**attachment**

196:22

**attempt**
48:6

**attempted**
94:2

**attempting**
159:23
165:16

**attended**
216:5

**attic**
40:14
89:4
125:21
127:3
187:20,21

**attics**
126:13

**attorney/
client**
12:12

**attorneys**
20:25

**attributable**
85:19

**attribute**
59:20
93:18
95:8

**attributed**
85:22,23,
25 146:4

**attributing**
86:2,3
111:18
114:19

**authenticate**
130:18

**authored**
215:20

**authoritative**
44:5,7
46:20

**automatically**
25:16
102:15

**Avenue**
5:23

**average**
47:20
48:3,13

**aware**
8:10,12
75:20
78:10,13
105:5
126:8
128:25

---

**B**

**back**
6:17 7:6
12:4
33:11
34:15
35:4 42:3
52:20
67:18
68:9
73:10,13
79:24
83:15
100:9
101:10,12
109:3
118:5
119:15
120:3
128:16,18

132:1,19
135:19
144:2,3,
24 147:17
155:11
156:13,18
172:3,22
173:11
175:19
176:1
180:24
184:3
188:15
189:7
191:1
199:14
204:4

**backed**
221:10

**background**
24:19
194:11
199:2
211:1

**backs**
131:19

**Bad**
85:8

**balance**
14:9
198:4

**ball**
7:20 62:6
63:7
89:25
90:7
91:10
107:23
209:11

**balls**
168:22
202:13

**Baptist**



5:25
12:14
13:22
38:22
50:15
69:2,25

**bare**
62:3

**base**
25:11
81:1

**based**
16:4
23:16
45:19
56:4
63:17
65:9,10
69:4,6,20
86:21
90:16,17
101:23
105:4
109:24
123:8
127:22,25
128:20
130:10
138:13
151:24
156:2
162:11
199:23

**bases**
104:20

**basic**
24:25
192:5

**basically**
25:3,8
27:11,18
28:22
29:13
37:6

39:24
67:23
88:16
104:10
135:12
146:9,10
181:16
196:20
199:16
201:18
204:13
210:6

**basis**
83:25

**Bates**
120:14
123:25
135:25
164:4,24
168:4
219:10
221:6

**Bates-stamped**
164:16

**Beautiful**
44:14
136:11
150:13

**beauty**
76:15

**Becker**
66:24

**beefed**
33:7,9

**began**
33:10,11
70:24

**begin**
61:11
100:24
114:2

**beginning**
165:19
203:11

**begins**
119:22
170:5

**belabor**
131:6

**belief**
32:9 88:4

**beliefs**
32:15

**believed**
128:23

**believing**
32:2,7

**benefit**
96:20,21

**big**
12:6 16:8
100:16
121:9
126:6
181:7
184:8
194:15
198:25

**bigger**
205:4

**biggie**
17:9

**bill**
16:15

**billed**
16:12,13
17:14

**billing**
17:3
19:25
20:1,3,5

**bills**
197:9

**binder**
12:7

**binding**
60:25

**Bingo**
186:19

**biological**
94:25

**biologist**
166:14

**bit**
4:20
29:19
32:14
40:7,24
46:5
47:22
58:15
91:7
126:23
137:18,21
142:24
145:12
165:6
166:25
210:9
218:2

**bitumen**
114:18

**black**
12:6
36:14
60:10
113:18,21

**blew**
190:17

**blister**
146:11,15

**blow**
22:13

28:12
36:23,25
37:9
61:5,8
94:3,12
99:16
100:1
102:3
103:8,10
106:17
109:16
165:6
167:14
185:2
190:15
192:13
193:3
199:11

**blow-off**
81:21

**blow-up**
130:4

**blowing**
21:20
101:15
102:17
154:4
180:10

**blown**
70:23
74:5
75:23
106:15
180:24

**blown-up**
119:16

**blows**
101:2

**blueprint**
74:11
77:25

**blueprints**
75:15



119:7
122:6,12
220:9

**blurry**
80:13

**board**
208:25
209:2,4
211:9

**bond**
70:24

**boneyard**
78:14

**boneyards**
78:11,13

**book**
12:6

**boots**
29:11

**Boston**
87:24,25
88:5
174:23

**bottom**
19:17
63:24
114:16
127:10
134:5
153:8
167:22
205:13

**bounce**
29:18

**bounces**
203:6

**box**
52:14
172:22

**boy**
103:10

**Brandon**
17:5

**break**
5:8 27:13
40:7
44:19
61:11
63:10
84:16,20,
25 102:21
115:25
152:24
153:1,15,
16,17
154:5,17,
24 168:12
179:2
216:22

**breakage**
96:3
152:9

**breaking**
98:6
163:9
212:4

**breaks**
95:25
110:5
154:1,3

**Brian**
34:13

**brick**
147:19

**briefly**
46:11

**bring**
96:10
190:8

**bringing**
34:1,3

**broad**
135:12

**broke**
111:15
176:10

**broken**
98:1,18
105:25
106:4
109:5,10
110:4
114:23
115:24
152:21
162:25
163:8
173:25
174:1
217:3,13,
15,18

**brought**
38:17

**brown**
126:16,18

**bucket**
4:18
193:14

**build**
74:12

**build-up**
143:12

**building**
38:2,6
56:19
65:5 73:6
74:24
75:25
76:13
78:16,17,
18,19
79:4,19,
21 84:7
97:25
127:17
137:12
156:19

162:6
170:16
171:4,8,
11
194:12,
17,22
195:3,4
199:2,4
218:2

**building's**
25:11

**buildings**
33:13
40:13,16
47:12
55:10
74:25
75:16
112:7,14,
20 129:14
149:3
158:7
199:9

**buildup**
60:5
143:4

**built**
169:24
199:15

**built-up**
25:21
83:9,11
137:8,17
140:23
141:17
145:9

**bulk**
91:6

**bullet**
210:4

**bunch**
20:20
29:10

99:9
102:6
115:10
161:22

**bundle**
184:9

**Burnoulli**
73:14

**burst**
75:5
195:12

**business**
11:13
34:15
123:4,13
206:2

**busy**
39:19

---

C

---

**calculated**
120:7

**calculations**
183:20

**call**
5:8 10:17
36:20
53:11
80:24
135:14
146:24
172:16
194:20

**called**
10:23
49:7 67:2
73:14
75:5
87:24
89:4



134:14
141:25
146:11
158:16,20
162:16
199:20
203:21

**calling**
121:8
189:14

**calls**
9:14

**camera**
37:2,5,7
67:17
100:6,12
141:10

**cap**
76:3,15,
16 147:3
160:8
161:10
162:16,
17,23
170:8,10,
12 171:6
173:14

**capacity**
134:12

**capped**
162:13,
15,16

**caps**
75:18,20
76:1,23
85:12,15

**care**
71:19
184:14

**careful**
84:24

**carrier**

21:10
43:18
49:19
118:1

**case**
6:6
15:13,14,
20 24:2
29:22
30:19
31:3 40:4
42:23
44:22
48:17
62:18
64:24
90:14
117:11
119:11
134:21,23
158:6
177:23
189:1
200:16
206:2
210:13
211:17
213:25
215:14,15

**cases**
18:8
47:6,14
61:6
117:2
215:5

**cash**
213:4

**Cassier**
10:10
67:11

**catastrophi
c**
160:21

**catch**

27:24

**categories**
105:14

**categorizat
ion**
104:24

**cattywampus**
161:24

**caught**
115:23

**caulked**
83:21

**causal**
45:15

**causation**
26:7
28:23
37:12
45:12,13
46:3
55:12
215:1

**caused**
45:23
91:14
94:14
96:4
98:25
99:13,14
111:3
116:15
183:12

**causer**
98:23

**causing**
106:20
125:24
142:22
146:10
212:5

**Cavier**
10:10

**cedar**
89:7
209:21

**ceiling**
119:18,23

**cement**
16:7
56:18
64:2
213:15

**center**
107:8

**centers**
47:11

**Central**
5:25
12:14
13:22
38:22
50:15
69:2,25

**certainty**
95:22

**chains**
216:20

**chalk**
153:12
171:23
172:1
190:1,7

**chalking**
189:23,25

**challenge**
215:3

**challenged**
53:17

**chance**
18:7
74:17
133:6
201:17

**changed**
18:21
19:4 80:4
198:21
199:3

**characteris
tic**
60:11

**chasers**
67:5
216:8

**check**
27:9

**checked**
45:1

**Chemolite**
78:2

**chief**
33:15

**chip**
115:6,7

**chipped**
167:16

**chisel**
181:21

**chosen**
123:6,11
215:23

**chronologic
al**
11:25

**Chuck**
6:8,12,
15,23
7:17
10:18
131:8
132:25
196:18

**chunk**
168:5



Case 1:16-cv-00231-LAG   Document 72-1   Filed 06/07/19   Page 239 of 280

THOMAS IRMITER                                May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.

Index: church..colorization

**church**
4:15 5:25
10:20
24:12
38:5,23
39:14
50:15
68:5 69:2
70:1
72:9,17
77:9 85:2
92:17
119:7
124:21
127:16
135:13
137:10
160:14,18
188:1,4
190:11
200:3
206:2
209:4

**church's**
38:5

**circa**
105:6

**circle**
48:18
140:11
145:16,19
153:2
155:20
157:17
159:12
169:2
172:2
180:21,22
184:1
191:7
219:13,
16,23

**circled**
47:19
95:1,2

153:8,10,
11,17
154:22
159:4
206:19

**circles**
154:2
155:7
157:14,19
159:15
180:7

**circling**
99:8

**circulation**
89:4

**circumstanc
es**
76:22

**cited**
16:5
62:20

**City**
197:25
198:1

**civil**
33:12
34:20
199:5

**cladding**
199:8

**claim**
70:1
183:17

**claiming**
206:3

**claims**
118:3

**clarity**
22:9
80:13

**class**

48:24
79:10,13,
16 200:21
201:3

**classroom**
47:3

**cleaned**
48:18

**cleanest**
48:5

**cleaning**
110:17

**clear**
21:23
59:23
95:24
110:16
130:13
152:20
157:4
182:16
190:14

**clearer**
130:14

**client**
6:2 10:24

**climate**
86:18

**Clint**
7:2 17:5
20:1
149:25
196:16
207:2
208:14

**clip**
150:10

**clips**
81:10
82:14
83:18
137:1

169:7,12,
13

**close**
56:24
101:8
206:25

**close-up**
62:14
103:7
139:3
159:13,16

**close-ups**
52:24
57:25
61:2
137:7
159:5

**closely**
15:22
106:22

**closer**
15:18
42:20
58:1
68:22
155:8
184:12

**closest**
204:15

**clue**
196:5

**coat**
146:3

**coated**
16:1
59:5,9,
11,13
62:20

**coating**
37:11
59:12,21,
24,25

91:21
104:17
148:10

**cobwebs**
169:24

**code**
51:15
65:5,6
73:6
74:8,10
75:13
78:16,18,
19,23
79:4
142:4,7
194:12
195:4
199:6
200:7,15

**codes**
199:2,4

**coffee**
44:1

**coincidenta
lly**
72:10
129:2

**cold**
118:7

**color**
36:13
60:10
166:22
171:25

**Colorado**
66:18
215:12

**colored**
77:8

**colorizatio
n**
168:16



| | | | | |
|---|---|---|---|---|
| **combination** | **compensated** | **concerned** | 140:3 | **conscious** |
| 22:1 | 16:10 | 46:15 | 161:5,6,7 | 78:20 |
| 67:16 | **competitors** | 60:19 | 174:20 | **considered** |
| **comedy** | 65:22 | 68:16 | **conditioner** | 44:21 |
| 195:21 | **completed** | 73:19,21 | 129:3,4 | 93:17 |
| **commencing** | 6:19 | 77:4,18 | 142:6 | 169:9 |
| 4:4 | **completely** | 79:8 86:7 | **conditioner** | **consistent** |
| **commit** | 32:19 | 119:5 | **s** | 19:15,17 |
| 7:19 | 74:22 | 127:12 | 137:13 | 36:15 |
| **common** | 90:5 | 170:13 | **conditions** | 38:9 |
| 192:5 | 212:3 | 201:7 | 59:17,18 | 82:19,24 |
| 213:13 | **complex** | 215:22 | 65:18 | 94:16 |
| **community** | 24:12 | **concerns** | 127:15 | 106:19 |
| 51:15 | 188:6 | 50:11 | **conduct** | 108:5 |
| **companies** | **Complies** | 194:13 | 15:15 | 130:16 |
| 66:17 | 42:5 | **concluded** | **conducted** | 138:5 |
| 123:1,3, | 123:25 | 221:18 | 29:7 48:2 | 139:25 |
| 6,10 | 127:11 | **conclusion** | 56:5 68:5 | 154:1 |
| 201:16 | 136:15 | 59:8 | 81:22 | 192:15,16 |
| **company** | 140:12 | **concrete** | 215:24 | 193:5 |
| 4:16 23:8 | 145:18 | 34:4 76:9 | **conference** | 194:19 |
| 47:8 51:4 | 165:12 | 77:10 | 216:3 | 202:23 |
| 66:19 | 166:1 | 88:25 | **conferences** | 220:14 |
| 81:22 | 167:5 | 89:8,9,12 | 200:23 | **constructed** |
| 89:17 | 169:3 | 112:17 | **conflict** | 112:16 |
| 117:14 | 184:4 | 113:12 | 10:2 | 171:5 |
| **company's** | 185:8 | 121:6 | **confused** | **constructio** |
| 29:23 | 191:9,14 | 122:23 | 153:19 | **n** |
| **compare** | **components** | 124:15 | 158:4 | 33:6 |
| 36:24 | 199:7 | 177:2,16 | **confusing** | 77:13 |
| **compared** | **comport** | 178:11, | 93:22 | 78:6 |
| 183:6 | 9:6 | 14,18 | 168:1 | 81:12 |
| **comparison** | **compressed** | 194:16 | **conjunction** | 117:7,10 |
| 43:8 58:4 | 102:5 | 199:1,12, | 28:20 | 121:12 |
| 75:7 | **compression** | 17 200:9 | **connected** | 160:11 |
| 168:13 | 108:18 | 209:20 | 130:7 | 162:23 |
| 170:13 | **comprise** | 220:11,18 | 139:13 | **consultant** |
| 172:25 | 40:23 | **condensatio** | **connecting** | 52:17 |
| 189:21 | 67:13 | **n** | 70:6 | **consultants** |
| **comparisons** | **comprised** | 143:13 | 121:17 | 70:11 |
| 146:18 | 187:21 | **condition** | 144:4 | **Consulting** |
| | | 59:24 | | 67:2 |
| | | 60:3 | | **consuming** |
| | | 69:1,23 | | |



11:16

**content**
132:3

**context**
217:8
219:8

**continue**
115:21
216:5

**continued**
116:2
166:18
177:22

**continues**
116:1

**continuity**
196:1

**continuous**
163:2
182:25

**contract**
11:4,5
13:21
17:17

**contractor**
64:16

**contributio
n**
89:2

**conversatio
n**
7:1 30:1

**conversatio
ns**
6:23
30:11

**cooler**
143:12

**copies**
132:19

208:14

**copper**
178:23
189:24
190:10
191:22
192:18

**copy**
13:21
14:3
19:14
40:20
118:10,22
126:24
141:15
149:25
171:1
204:5,6
218:17

**core**
47:21
61:24

**corner**
48:13
94:4,8,9,
14,15,18
95:25
110:4
115:5
134:5
153:8,12
155:4
166:13
174:10
178:22
182:3,4

**corners**
96:6

**correct**
8:9 9:11
10:1,2,10
13:23
15:1,2,4,
5 24:18

27:23
28:20
34:25
35:8,10,
13 39:1
41:5
44:24
46:22
52:5
67:13,14
68:18,19
69:18
71:4
111:21
114:22
118:23
119:8,23,
24 127:23
130:7,8
136:8
141:22
150:3
151:13,16
152:10
155:10
164:9,10
170:9
172:9
173:9
176:5,14
181:6
187:15
188:1

**correctly**
32:20
36:6 71:4
86:2,3
105:2
170:14

**correlate**
102:15
124:19

**correlates**
106:2
125:21

**correlation**
111:20
125:15

**corroded**
64:2
210:24

**cost**
66:8,23
200:1

**costs**
16:20

**council**
51:16
199:6

**counsel**
30:2
95:15

**Counselor**
31:13
51:8

**count**
5:5
114:10
154:18
157:13
168:10
173:1
177:14
184:14

**counted**
157:11

**counterintu
itive**
79:11

**counts**
50:18
95:4
157:13
164:20
202:21,
22,25
218:4

**couple**
31:23
36:3
38:11
39:19
83:19,20
137:19
139:24
148:17
152:1
181:2
189:19
216:4

**court**
64:20
66:20
118:6
134:21
172:24
179:1
212:23
214:15
215:5,11,
12

**courts**
18:5,6
215:2

**cover**
87:16,19
150:12
164:8
209:21

**covered**
60:4
110:6
131:5
194:19
204:23
209:17

**covering**
131:13

**covers**
88:4



THOMAS IRMITER
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.

May 07, 2018
Index: crack..data

**crack**
61:4
100:24
101:2
108:25
109:19
115:11,
19,22
116:2
124:15
125:2,25
165:13,
15,20
166:12
168:5,24
185:4
206:21

**cracked**
109:10
111:12,15
114:24
115:16
121:25

**cracking**
122:4
124:13
125:23
139:4

**cracks**
91:23
103:9
115:19
121:20,23
122:2
123:17
124:10
167:8

**crashed**
33:5

**crazy**
50:7

**creased**
70:16

**create**
52:19
67:22
80:15
96:9

**created**
91:24
125:18
165:9
217:20

**creates**
64:12
73:15

**crew**
57:21

**crop**
201:15

**cryptically**
63:13

**cup**
44:1

**curious**
31:10

**current**
18:17
118:22

**cursor**
28:13

**curve**
169:20

**Custard**
93:24
219:4

**custody**
216:20

**cut**
120:2

**cutting**
47:21

**CV**

64:18,19
117:1
118:5,12,
22 215:8
216:16

**cycles**
118:8

---

**D**

---

**D-RATED**
79:10

**dad**
136:7

**daily**
16:18,19

**damage**
15:18
21:12
22:15
28:24
37:7
38:9,13
45:16
46:14,22
47:17,18,
23 48:20,
23 49:21
52:3,12,
13,15,21,
25 54:9,
10,11,12
55:8
58:6,8
63:8
65:24
68:12
69:13,15,
16 70:3,
12,19
71:20,21
74:2
82:25
84:13

85:17,19,
25 90:8,
21 91:14,
16,18
92:20
93:7,10,
11,18
94:4,8,9,
14,15,18
95:7,8,
19,23
96:4,7,
11,17
97:1,2,4,
9 98:23,
25 99:2,
14 101:5
102:7,11
106:20
107:7,12
108:5,14,
15 109:17
110:3
113:8
114:9
116:10
121:15
124:20
129:15
130:17
138:1,15
139:6,25
140:4
141:7
142:9
144:14
146:1,2
147:22,24
148:8,19
165:5
166:4
170:11
174:20
175:1,6,
13,18
177:15
180:2,6,

18 181:6,
8 183:12,
16,20,22
184:6,7,
11,13
185:14
189:24
192:13,16
201:8,11
202:5,19
205:16
206:3,5
209:25
212:1,5
213:12,
18,24
215:21
217:17,21
219:12,15

**damaged**
49:1
62:17
95:2,4
97:24
103:12
104:8
110:8
111:23
157:16,19
201:18
202:6

**damages**
215:2

**damn**
101:25

**dangerous**
59:20
93:7

**darkened**
96:8

**dashes**
182:17

**data**
30:12



35:21
49:9
69:16
95:6
134:12
203:21
205:19

**database**
203:20

**date**
18:17
21:16
38:16,21
39:9
69:19
72:2,10,
11 82:8
95:23
118:15

**dated**
8:7

**dates**
69:10
83:2

**Daubert**
214:15
215:3

**Davis**
86:4

**Dawkins**
37:3

**day**
4:2 12:1
72:22
101:24
160:15

**days**
159:24
200:24
201:5,6

**deal**
53:7 75:4

100:17
121:9,16
212:3

**dealing**
29:6

**dealt**
89:17
198:17

**debate**
132:3

**debonded**
182:1,19
183:3
189:4

**debonding**
70:18

**debris**
184:10

**decayed**
77:15

**December**
8:7,17
9:1 33:16
34:6 38:6
42:3
71:23
93:18
111:19
133:14,15
169:10
175:8
183:13
204:17

**decide**
41:19

**decision**
33:19

**deck**
16:7 34:5
77:10
113:3
122:3

177:2
199:1,13

**decking**
77:5
113:12
121:24,25
123:18
127:2,12
131:11
177:16

**decks**
112:17,20

**declined**
216:5

**dedicated**
42:15

**deeper**
102:19

**defect**
117:7,10
146:16

**definition**
22:10
44:7
102:10

**definitive**
32:8
43:23
46:2
63:18
203:24

**degradation**
77:3

**degree**
45:5,7
68:21
73:25
86:10
95:22
198:12

**degrees**
107:7

**delamination**
146:3

**delineation**
97:17

**delta**
16:8

**demarcations**
188:23

**demonstration**
190:7

**demonstrative**
62:1

**Denis**
196:16,17

**dense**
89:23

**densities**
90:12

**dent**
191:24
192:19

**dents**
190:9

**Denver**
215:12

**dependent**
86:16

**depending**
59:2 71:6
105:9
113:24
143:9

**depends**
103:22

**depicted**
41:1

57:20
80:11

**depicting**
191:4

**deposes**
31:10

**deposing**
12:4

**deposition**
4:1,17
15:11,12
18:25
19:20
29:20
30:5 31:8
32:6 40:3
205:25
221:18

**depositions**
4:19 18:6
31:2 40:4

**description**
25:1

**design**
34:15
73:6
195:3

**designate**
35:24

**designated**
25:15

**designed**
75:10
81:7

**designing**
33:13
34:16

**designs**
199:24

**desk**
195:7



detached
  82:1,2
  111:8,9,
  10,11
  142:6

detail
  147:18

detailed
  147:11

detailing
  139:23

details
  147:19

deteriorated
  114:9

deterioration
  89:5
  113:8

determine
  95:6
  208:7

determining
  154:4

develops
  165:15

diagnosed
  70:4

diagnosing
  55:5,7
  71:12

diagram
  164:9

diagrams
  203:4

difference
  16:2
  57:20
  88:24

128:5
134:20
146:15
157:11
191:23

differences
  96:18,23
  190:9

differently
  38:18
  214:20

differs
  213:19

difficult
  148:14

digest
  207:8

digital
  135:8

dilemma
  199:13

dimensionally
  122:3

dings
  175:13

dire
  215:6

direct
  41:16

direction
  23:14
  25:10
  123:7
  194:2,23
  195:1
  204:25
  217:24
  218:6

directionality

202:22

directions
  202:25
  203:1

directly
  16:22
  125:2,21

dirty
  37:6
  146:7

disagreed
  31:21

disburses
  194:21

discern
  13:12
  144:20
  191:21

discerning
  147:7

disclosure
  30:10
  132:6,12,
  23

disclosures
  19:6

discoloration
  124:25

discolored
  96:8
  113:25

discoverable
  132:8

discovered
  21:12

discovery
  20:25

discussed

152:8

discussion
  31:17
  96:9
  114:13
  117:21
  126:6
  172:13
  194:15

discussions
  32:18

disingenuous
  201:2

dispersing
  60:14

displaced
  71:16

distance
  71:5

distinct
  36:14
  95:24

distinction
  13:12
  115:1
  153:9

distinguished
  97:1

distributed
  94:1

divided
  187:18

document
  13:19
  14:7
  18:23
  20:21
  22:7 26:9
  43:23

54:5 55:1
63:21
67:22
105:21
114:12
116:20
119:2,5
120:13
124:3,8,
10 127:20
131:15,21
133:5
135:20
137:3
145:3,4
149:5,14,
16
153:15,
22,25
170:18
185:11,
12,15
186:6
194:18
196:11
197:17
204:8
208:19,25
209:8
212:6,24
217:5,10

documented
  15:19
  47:19
  92:15
  93:14
  128:12

documenting
  57:17
  93:16
  94:7
  126:20
  208:2

documents
  7:10,15



12:3,12,
17 13:4
29:24
30:20
43:13
44:3
97:15
136:12
213:11

**Donan**
211:15
212:7,9

**dots**
204:23

**double**
76:14
160:16

**doubt**
76:18
146:5

**downward**
63:2
106:19
115:4

**draft**
24:9
28:18
131:25
132:7,8,
19 197:1,
2 198:8,
24

**draw**
119:13
168:20
181:25
182:2,10
191:7

**drawing**
52:14
185:6

**drew**
48:10,15

**dripped**
191:18

**drive**
56:18
90:19
134:15,18
135:6

**drive-
through**
171:10

**driven**
108:2

**driveways**
56:17

**drone**
76:5

**drop**
67:21

**Dropbox**
10:22
134:12

**dropped**
81:5

**dropping**
202:13

**drove**
37:21
39:15
56:15

**dry**
59:17,18

**dug**
31:1

**duly**
4:7

**duplicatabl
e**
49:5

**duplicate**
208:14

**duration**
86:14

**dust**
48:8,9
146:8

**dutch**
80:23,24

**duties**
68:1

**dynamic**
73:13
113:14

---

**E**

**e-mail**
6:4 7:14
10:17,18
131:7

**e-mails**
7:16

**earlier**
8:24
58:13
93:5,9
101:8
105:16,17
131:10
144:5
156:17,20
160:6
171:7
172:13,23
203:18
205:25
214:9
220:15

**easier**
130:2

**easily**
172:24
192:19

**east**
86:17
97:25
218:11,13

**Easter**
90:1

**easy**
16:24
33:3 58:7
59:14
83:22
84:2
124:1
138:14
172:21

**economicall
y**
200:8

**edge**
56:23
71:5
166:6
178:22
181:18

**edges**
82:24
115:8

**education**
105:4
123:8
162:12
194:10

**educational**
212:21

**effect**
73:14
89:3 90:4

**effectively**
110:17

**effects**
73:13
202:2

211:15

**effervescen
ce**
170:2

**egregious**
53:3

**element**
121:21
190:19

**elements**
9:16
88:18
137:12
171:17

**elevation**
144:3
149:17

**elevations**
56:20
217:25

**eleven**
156:10

**eliminate**
45:11,14,
18 46:3
55:13
192:12,13
202:6

**eliminated**
45:25
166:24

**else's**
51:20

**Elstner**
66:2

**employed**
68:17,20

**employee**
47:7

**employees**



50:5

**encompassed**
  123:20

**end**
  34:6
  39:13,23
  63:14
  162:5
  173:25
  174:7
  176:22

**endorses**
  53:12

**energy**
  142:4

**engineer**
  33:15
  34:2,11,
  19,20,23
  35:7,9,13
  74:8
  200:14
  211:8

**engineering**
  33:12,13,
  21 47:8
  51:14
  66:8,24
  211:15

**engineers**
  33:2,3,4,
  5 199:5

**enhance**
  135:2

**entail**
  108:13,14

**entails**
  108:15

**entered**
  11:6
  75:24

**entire**
  12:24
  37:12
  52:11
  54:8,13
  55:22,25
  66:1,4
  155:15
  158:17,21
  172:19

**entities**
  62:7

**entity**
  206:1

**entry**
  101:4

**environment
al**
  210:24

**eons**
  132:10

**equal**
  180:17

**equating**
  98:22

**equipment**
  29:5

**error**
  8:12
  29:16

**errors**
  27:10

**escarpment**
  74:19

**essence**
  89:12

**essentially**
  55:11
  101:20
  103:13

**estimate**
  147:11,16
  196:16,22
  197:2
  219:2,4

**estimating**
  196:17

**estimator**
  7:2

**ethics**
  65:6

**evaluate**
  183:14

**event**
  21:11,13
  23:21,22
  59:22
  70:1
  76:22
  85:20,22,
  23,25
  86:13
  107:19
  111:20
  125:17,19
  139:5
  144:12
  191:24
  202:16

**events**
  38:4
  69:10

**eventually**
  114:3
  115:20,22

**eves**
  77:14

**evidence**
  82:21
  114:4
  205:6
  216:19

**evidenced**
  59:13

**evident**
  185:4
  201:8

**evolution**
  23:9

**ex-father-
in-law**
  201:14

**examination**
  4:12
  54:14
  214:16
  218:23
  221:3

**examined**
  4:9

**examples**
  43:3
  89:24
  103:4
  154:21
  181:2
  185:18
  214:1

**exception**
  139:20

**excerpted**
  203:14

**exchanged**
  29:22

**exclusively**
  27:20

**excuse**
  16:24
  99:14
  102:24

**exhaustive**
  56:6

**exhibit**

8:1,4
13:3,5,16
18:11,15
23:4
28:10
34:23
35:22
41:22,23
42:22
44:19
67:10
71:2
72:23
80:11
98:12
99:3
106:7
112:3
118:18
119:1
120:8
121:1
126:9,25
127:17
128:3
129:7
130:4
131:7,24
133:25
134:1
136:1,16
139:10
144:19
145:2,20,
22 149:19
150:7,21
156:19
157:1
160:3
162:6
164:5,25
168:3,4
170:15,16
171:22
173:8
176:7
179:6,7



181:3
187:1,2
188:11
189:11
191:1
193:19
196:2,9
197:6
198:12
203:8
207:20
208:9,22
209:5,12,
19 210:1,
3,21
211:3,12,
20,22
212:13
213:1,3,
7,8,12
218:10
219:1,9
220:4

**exhibits**
21:2 22:5
29:21
30:18
130:1
133:11
149:8

**exist**
65:18
75:21
102:8
104:1
161:16

**existed**
80:10
126:10

**exists**
93:8

**expand**
125:25

**expect**

164:20
202:16
220:14

**expense**
198:5,7

**expenses**
14:10,16,
18

**expensive**
66:12

**experience**
24:7
78:5,8
86:11
105:5
162:12
212:18

**experiment**
91:10
92:4

**expert**
19:6
64:14,21,
24 117:14
215:1,2
216:12,19

**explain**
25:5 36:7
46:23
70:5
101:19
198:15
213:21

**explanation**
195:18

**explode**
90:7

**exposed**
16:4 61:1
63:1,3
64:6
88:19

91:22
113:25

**exposing**
60:17

**exposure**
74:13,14
86:17
88:18
194:13,20
195:3,11,
15

**extension**
171:9

**extent**
30:12
65:22
150:9

**exterior**
135:13

**extrapolate**
48:23
91:13

**extremely**
119:24
130:12

**eye**
62:3

**eyes**
16:6
120:17

**eyewitness**
72:13

———————

F

———————

**face**
25:11

**faces**
218:3

**facing**

115:4
194:18
202:25

**fact**
72:20
73:18
93:20
101:2
103:22
111:11
121:14,15
123:12
134:20
175:10
178:23
181:22

**factor**
122:19

**factory**
60:14
211:23

**facts**
30:12

**failed**
219:22

**failure**
63:7

**fair**
17:3 52:8
58:24
110:19
117:5
137:11
205:22

**fairly**
59:14
126:18,20

**fall**
29:12
133:2

**falls**
95:6

**familiar**
13:3 16:5
41:10

**family**
199:4

**famous**
126:24

**farmer**
201:15

**fascia**
139:6,11,
16

**fascias**
137:13
148:7

**fast**
54:18
92:13

**fastened**
161:15

**fastener**
199:21
200:1

**Fasteners**
162:1

**fastest**
75:3

**father-in-
law**
201:14

**faulting**
120:19

**favored**
202:21,22

**FBS**
68:17,20
116:21

**FBS's**
12:13
21:19



**fear**
  56:7

**feasible**
  200:8

**federal**
  30:14
  118:6
  215:5,12

**fee**
  200:25

**feel**
  36:18,19
  37:7
  109:17

**feet**
  48:16
  52:20
  59:15
  73:4
  192:7,8

**fell**
  89:20
  92:10
  130:20,24
  139:11

**fellow**
  135:24

**felt**
  48:7
  113:21,23

**fence**
  70:12

**fiber**
  63:3
  213:14

**fiberglass**
  104:2

**fibers**
  16:3
  60:18,19,
  24 61:3

63:1
64:1,6
102:25
165:16,17
214:5

**field**
  12:19
  21:6
  25:3,4,13
  26:4,14
  29:6
  37:17
  47:3 49:3
  50:10
  57:13,14,
  15,18
  70:3
  82:15
  84:17
  85:5
  92:19,23,
  25 97:23
  159:7
  201:18
  220:13

**fields**
  201:22

**figure**
  14:22
  28:9 99:5
  106:6
  107:2
  124:1,2,
  3,4 126:4
  129:17
  221:5

**Figures**
  26:17
  98:17

**file**
  10:21,23
  11:1
  12:24
  21:8

23:16
24:20
45:21
83:8
131:3

**files**
  12:13
  24:22
  83:3

**filler**
  77:11

**final**
  8:21
  29:15
  45:13
  157:12
  198:17,19

**finally**
  5:12

**find**
  33:4 53:2
  69:11,16
  77:3,15
  123:14,23
  130:8,10
  144:17,21
  206:5
  217:1

**finding**
  52:12

**fine**
  56:15
  67:8 70:7
  97:5
  191:15

**finger**
  36:19
  141:18
  181:17

**fingers**
  41:2
  181:22

**finish**
  5:16
  26:24
  50:24
  53:25
  164:11

**finishing**
  5:13

**fire**
  6:15,19
  79:13
  107:9,11

**fire-rated**
  79:16

**firm**
  12:16,25
  17:14,16,
  19,23
  30:22
  33:22
  66:8
  131:1
  133:1

**firms**
  33:21
  216:17

**fit**
  22:9
  161:10

**five-by-four**
  156:7,8

**five-minute**
  12:7
  216:22

**fixtures**
  76:2

**flag**
  45:15

**flash**
  135:6

**flashing**
  147:19
  174:9
  178:24

**flat**
  129:16
  144:25
  145:6
  171:16

**flawed**
  49:9

**flawless**
  54:14

**flaws**
  62:6

**flies**
  34:9

**flight**
  16:21

**flights**
  14:10

**flipped**
  197:12

**floor**
  44:18
  118:14

**flopped**
  70:15

**Florida**
  118:3

**fly**
  16:22

**FM**
  212:2,5

**focus**
  120:23

**focusing**
  99:12
  143:18



THOMAS IRMITER
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO..

May 07, 2018

**fold**
160:16

**folder**
163:5
173:18

**folks**
6:23  10:4

**follow**
48:1
51:5,20
52:5,6,9
55:19
65:23
145:17
164:14
179:21

**follow-up**
159:1
206:24

**foot**
101:10
146:5
168:12
180:18

**footage**
173:2,3

**forced**
66:3

**foregoing**
221:17

**form**
53:14,15
57:23
74:3
87:20
97:18
129:10
143:1
169:23
171:5
174:16
175:9
198:24

**formally**
192:23

**format**
96:25
179:21

**formatting**
29:15

**forming**
85:9
165:13

**formulate**
11:2
28:16,21

**forward**
28:22
38:21
42:8
207:12

**found**
8:15
64:5,10
77:25
110:2,3
186:23

**four-and-a-half**
20:17,19
40:10

**four-year**
118:7

**fourth**
6:19

**fracture**
37:10
61:3
62:9,13
91:12
92:14
101:14,17
102:15
106:16

108:15,25
109:20
185:4
206:6,8,22

**fractured**
62:17
91:15

**fractures**
21:22
103:1

**fracturing**
212:3

**frame**
38:19

**framed**
25:12

**framing**
119:18,23

**frankly**
32:4  49:7
87:7
104:4
111:6
141:9

**fresh**
94:15
96:2,3
143:8
154:15
166:20

**freshly**
95:2

**friable**
91:22

**fricking**
52:22

**Friday**
18:19
19:7
30:24

207:6

**friendly**
68:24

**front**
12:6  22:4
50:6
74:16
118:13
184:5

**fronts**
131:18

**fulfilled**
19:18

**full**
5:19  14:2
66:9,10,24  67:3
96:21
200:24

**fully**
181:16,18,19

**function**
87:23

**functioning**
87:25

**fused**
162:18

**fuzzy**
141:15

---

**G**

**gain**
31:12

**Game**
216:2

**gander**
124:6

**garage**

68:8,9

**gather**
24:1
216:19

**gathered**
45:20

**gathering**
147:14

**Gatlinburg**
6:20

**gave**
118:10
149:8

**Gees**
135:1

**general**
11:19
42:8  58:2
63:23
101:23
108:7
135:10
164:3
212:18

**generally**
9:7  50:9
69:25
137:7
179:21
187:23
191:22
205:23
209:24

**generator**
67:22

**gentleman**
10:9
47:24
189:23

**gentleman's**
93:1



| | | | | |
|---|---|---|---|---|
| **geographic** | **glaring** | **GPS** | 70:15 | 189:17 |
| 59:2 | 29:16 | 221:11 | 73:3,5 | 191:15 |
| | 32:22 | **grade** | 139:17 | 193:10 |
| **geographica** | | 79:9 | | |
| **lly** | **glue** | | **group** | **guessing** |
| 130:24 | 161:8,18 | **gradually** | 6:24 | 153:3 |
| | | 73:2 | 149:7 | |
| **Georgia** | **glued** | | 216:8 | **guide** |
| 5:25 | 83:21 | **granulated** | | 7:25 |
| 18:1,6 | 87:12 | 76:8 | **grouped** | 63:23 |
| 78:24 | 89:10,11 | | 179:12 | |
| 79:2 | | **granulation** | | **gust** |
| 86:20 | **God** | 104:18 | **grouping** | 75:6 |
| | 53:24 | | 170:3 | |
| **German** | 88:8 | **granule** | 186:5 | **gusts** |
| 62:19 | | 86:18,24 | 189:15 | 73:5 |
| 63:11 | **good** | 87:2 | | |
| | 4:25 5:6, | 104:17 | **groups** | **gutters** |
| **Germany** | 11,18 | | 216:17 | 86:25 |
| 214:7 | 44:13 | **granules** | | 87:2 |
| | 78:20 | 86:7,9,12 | **Grouted** | |
| **give** | 98:6 | 146:6 | 119:22 | **guy** |
| 23:8 | 131:20 | | | 39:12 |
| 26:13 | 157:8 | **gravel** | **grow** | 93:1 |
| 32:24 | 161:24 | 145:9 | 166:16,18 | |
| 35:25 | 172:20 | | | **guys** |
| 38:18 | 185:22 | **gray** | **growing** | 10:19 |
| 43:3 47:4 | 204:9 | 114:2 | 94:20 | 15:19 |
| 67:7 83:1 | | | | 23:25 |
| 126:11,24 | **good-sized** | **great** | **grown** | 36:24 |
| 134:18 | 205:7 | 5:19 | 78:5 | 50:16 |
| 135:5 | | 20:15 | | 56:9 |
| 149:23 | **gosh** | 48:22 | **growth** | 57:15 |
| 150:5 | 35:14 | 90:9 | 95:5 96:1 | 100:12 |
| 153:9,22 | 66:7 | 131:22 | 143:17 | 121:8 |
| 154:5 | | 135:7,8 | 155:6 | 125:10 |
| 204:6 | **Gotcha** | 137:2 | 166:5,18 | 128:12 |
| 214:13 | 99:6 | 146:14 | 167:1 | 147:16 |
| | 106:13 | 160:2 | | |
| **giving** | 112:18,21 | | **guess** | **gypsum** |
| 44:21 | 141:18 | **green** | 29:14 | 25:25 |
| 46:9 | 143:14 | 127:8 | 44:21 | 208:25 |
| 74:17 | 149:13 | 202:12 | 61:17 | 209:1,2,4 |
| 141:1 | 159:22 | | 67:18 | 211:9 |
| 204:14 | 161:17,19 | **Greg** | 85:21 | |
| | 178:6,25 | 66:24 | 97:11 | |
| **glad** | 184:23 | 86:4 | 110:24 | **H** |
| 128:19 | 193:16 | | 137:9 | |
| | 198:8 | **ground** | 138:21,24 | |
| **glance** | 200:17 | 4:20 | 161:2 | **H-I-N-O-J-** |
| 114:11 | | 29:11 | 178:15 | **O-S-A** |
| | | 68:22 | 183:24 | 31:16 |



THOMAS IRMITER                                      May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO. HAAG..height

**HAAG**
  32:7
  43:6,7,
  12,13,18
  46:12,20
  47:7,25
  49:14
  50:4,23
  51:4,13,
  25 52:2,
  5,6 54:22
  63:14,19
  66:3
  91:9,18
  92:4
  168:21
  200:19
  209:11
  212:2
  215:17,25

**HAAG's**
  47:8

**hail**
  21:12
  23:23
  25:24
  36:15
  38:8,12
  46:14,17,
  21 47:9
  48:19
  49:21
  53:2 54:9
  59:10,22
  60:17
  65:24
  68:6,11,
  12 69:10,
  12,15,24
  71:20
  86:3,13
  87:5
  89:20,21
  90:10,11,
  13,15,19,
  22,24

  91:5,6,8,
  16 92:8,
  11 93:12,
  17 95:8
  97:4,24
  99:11,13
  103:20,25
  104:9,13,
  25 105:7,
  11 106:20
  107:6,18,
  20,22
  108:6
  111:2,12
  115:9,15
  125:17,19
  130:5,13,
  15,20
  138:3,7
  139:8,25
  140:4,7
  141:21,24
  142:1,9
  143:18,
  20,21
  144:11
  146:1,17,
  25
  147:22,24
  148:8,16
  154:2
  159:7,9
  165:2,5
  167:2,8,
  17 168:15
  169:12
  170:11
  172:4
  175:13
  180:7,20,
  21 184:1,
  8,11,24
  185:14
  189:6
  190:2,14,
  21 191:5
  192:16

  193:1,6
  201:7,8,
  19 202:2,
  6,8,16
  203:5,17
  204:14,
  15,22
  205:7
  206:21
  209:18,
  24,25
  213:12
  214:2
  215:14,21
  217:16,19

**hail-
related**
  97:1
  116:10
  219:12,15

**Hailstrike**
  203:9,12,
  14

**hair**
  62:23

**half**
  48:13
  55:20
  62:23
  183:2

**halfway**
  182:1

**hallway**
  144:4

**hammered**
  163:15

**Hancock**
  127:10

**hand**
  44:2
  133:23
  138:10
  205:10

  207:22
  211:6
  217:1

**handle**
  137:20
  214:20,21

**handled**
  18:1

**handles**
  31:14

**hands**
  124:8
  135:20
  149:14
  185:11,15
  204:8
  213:11
  217:5

**handwriting**
  13:9,14
  136:9

**handwritten**
  57:14

**happen**
  102:21
  201:21

**happened**
  62:14
  67:18
  73:17
  91:20
  103:14
  163:7

**happening**
  100:18

**hard**
  84:15
  130:12,15

**harder**
  130:14

**hardest**

  107:15

**harmed**
  88:17
  89:22

**harness**
  84:9

**hash**
  52:18

**hat**
  164:23
  185:25

**hate**
  29:18
  109:3

**hazardous**
  79:5

**he'll**
  27:7,8,9

**head**
  4:23
  106:3
  186:1

**health**
  64:12
  65:7,12

**heard**
  200:22

**heat**
  32:11

**heating**
  125:5

**heavily**
  66:5

**heavy**
  60:4,16
  76:7

**heck**
  157:15

**height**
  71:6



**held**
31:18
114:14
117:22
199:18

**helps**
28:16

**herring**
96:9

**Hey**
147:16

**hidden**
54:15

**hide**
7:20

**high**
22:14
72:12,15
82:25

**higher**
72:23,25
73:2,3,7
202:25
204:19
210:9

**highest**
204:14

**highlighted**
26:10
132:1
198:15,23

**hill**
74:19

**Hinojosa**
31:6

**hire**
43:18

**hired**
47:24

**historic**

**historical**
128:17

**historically**
126:14

**history**
32:23

**hit**
38:3
103:6
111:12
115:9,15
144:11
184:10
190:20
202:3
205:8

**hits**
48:19
53:2
108:3
148:21
160:1
173:3
190:14
194:21
203:6

**hitting**
149:1

**hold**
37:5,7
60:24
132:5
138:10
165:17
178:23

**holding**
99:23
178:17

**hole**
61:7,8,14
63:9

126:15

76:19
108:25
109:19
165:8

**holes**
92:14
139:24
161:14

**Holy**
209:18

**home**
5:22
212:16

**honest**
128:23

**hooked**
143:9

**hoped**
199:18

**hostage**
88:21

**hot**
31:14
89:11

**hotel**
14:9

**hotels**
34:16

**hour**
40:14
48:13
105:15

**hours**
20:17,19
39:20
40:10
42:20
47:20
207:14

**house**
37:25

208:19

**houses**
37:23

**Howarth**
6:8,10,
12,24
7:17
10:18
14:2
17:15
131:3,8,
10 147:15
196:18
198:24

**huge**
134:12

**huh-uhs**
4:24

**human**
62:23
64:12

**hundreds**
53:2
71:13,14

**hurricane**
118:3

---

**I**

---

**I-R-M-I-T-E-R**
5:21

**ICC**
199:6

**ice**
62:6 63:7
91:10
92:3
107:23
168:22
209:11

**idea**
43:17
85:3
141:6
144:18
172:14
196:6

**identical**
134:19
188:24
198:19

**identification**
18:12
41:24
118:19
134:2
136:17
142:25
150:8,22
179:8
187:3
188:12
189:12
193:20
196:3,10
197:7
207:21
208:10,23
209:6,13
210:2,22
211:4,13,
21 212:14
213:2,9

**identified**
44:4
117:3
129:14
130:6
159:3

**identify**
22:25
63:12
92:22
123:5



129:7
136:7
140:6
209:25

**ignore**
101:6

**illuminating**
185:1

**imageoptimizer.net.**
134:6

**imagine**
62:25
83:23

**immediately**
69:3

**impact**
61:5
62:15
63:1
94:13
102:10
106:4,15,
25 107:3,
5,6,8,14,
15 108:7,
9,13
116:9
139:5
156:10
167:12,18
168:23
169:1
191:5
206:21
211:24

**impacts**
98:18,21
105:25
106:1
109:4,10,
16
110:12,

13,17
152:9
217:3,13,
14,19

**import**
138:22

**important**
15:17
45:13
70:20
122:17
157:10
194:8
204:11

**importantly**
36:18
78:15
104:16
130:9
190:6

**impossible**
84:16
174:21,24

**impregnated**
88:14

**impression**
57:2
58:19

**improve**
33:10

**improving**
58:9

**impune**
190:4

**inability**
211:9

**inadvertent**
132:6,12,
23

**inch**
38:12

80:5 87:1
91:5,8
138:6
205:3

**inches**
62:10
182:14
221:12

**incident**
21:6

**include**
95:3
151:14

**included**
168:10

**including**
42:16
55:10
110:13
200:4
216:18

**incorporate**
42:22

**incorporated**
48:16

**incorporates**
106:12

**increase**
64:10

**increment**
12:7

**indentation**
36:19
102:16
109:19
140:7
141:22,23

**indentations**

63:2
100:15
102:14
106:2
107:1
130:17
148:16
190:2,21
191:21

**indented**
103:6

**indenting**
102:4
106:19

**indents**
170:11

**independent**
43:2

**indicating**
8:16
10:18
37:5,8
48:20
49:20
67:24
69:11
72:12
73:1,12
81:3,11
92:20
100:21,25
101:11
102:3
106:18
113:1
115:3,7,
12,14
119:16
127:4
128:2
129:18
138:2
140:10
141:24

143:22
144:8,23
145:5,10
149:20
152:24
155:5,25
156:1
160:13,17
161:9
163:4,5
165:8,21
166:21
167:13,
14,20,24
168:2,25
169:1
170:24
181:18
182:3,5,
7,8,9,20
186:23
188:19
189:24
194:25
201:24
204:25
217:24
218:1

**indication**
83:7
183:16

**indications**
99:11

**indicative**
169:13
171:24
180:5
185:25

**indiscriminate**
202:9,11

**individual**
11:10
91:4



95:10
162:15
181:10
182:16,18

**individually**
200:22

**industrial**
36:11,12
60:15

**industry**
32:13
65:21
70:9
104:5

**information**
11:1
23:16,20
24:1,19,
21 25:8,
18 43:12
45:19,20
119:14
142:22
147:14
211:2
212:19

**infrared**
61:20

**infrareding**
47:21

**initial**
9:24
11:2,3
57:21
151:12
180:23

**initially**
33:24

**initials**
67:23

**inquiry**

10:15

**insert**
24:20
25:3,17,
21,22,23

**inserting**
26:2

**inside**
37:10
61:10
173:3

**insight**
31:12

**inspect**
55:22
56:17,20
155:15

**Inspectapedia**
212:15

**inspected**
33:25
47:10
56:22
57:11
83:24
127:3

**inspecting**
23:13
86:22
121:19
172:18

**inspection**
8:21
9:18,19,
23 11:3
23:10
24:1 26:3
29:8
39:22,23
45:22
46:14
48:2

50:12
55:10,15,
16,17,20,
21,22
56:6
81:23
123:9
151:12
155:9

**inspections**
9:17 82:4
201:16

**inspector**
64:17
212:17

**inspectors**
66:4
70:11

**install**
80:25
81:6
174:25

**installation**
85:14
86:25
87:3
146:6
210:6

**installed**
73:23
75:1,2,14
76:7,12
85:12
173:15
174:23
178:4
199:10
220:10

**instances**
81:9
93:21
94:12,15
100:10

161:13

**insurance**
4:16
21:10
43:18
49:19
70:9
81:22
104:5
117:13
201:16
216:17

**insured**
117:4

**integrity**
62:4

**intent**
44:25

**intentional**
10:7

**interested**
120:6
142:25

**interesting**
62:5 64:4
80:21
130:8,10
168:18

**Interestingly**
213:17

**interior**
40:11,12
89:3
187:7,15,
25 188:6

**internal**
212:11

**international**
199:4

**Internet**
135:4

**interpret**
109:9,15

**interpreted**
93:6

**interpreting**
109:13

**intervening**
139:20

**interview**
35:20
85:6

**interviewed**
40:1

**intimates**
32:10,12
210:8

**introduction**
96:6

**intrusion**
55:8
127:15

**inventory**
203:21

**investigation**
6:20
15:16
24:7 68:5
96:22
147:9

**investigations**
6:13

**invited**
216:3

**invoice**



13:24
19:23
198:3

**involve**
109:10

**involved**
6:1,14
21:1
42:25
66:5,6
117:2
133:1

**involvement**
28:25
29:2

**involving**
5:24

**iphone**
9:15

**Irmiter**
4:1,6,14
5:21 10:6
120:16,25
137:23
154:10
219:10

**issue**
26:22
29:6 46:1
61:12
64:12
65:12
96:14
121:17
122:4
127:12
129:1
142:8
199:1
214:23

**issued**
35:6
47:23

48:20

**issues**
7:5 34:4
45:23
65:7
127:15
208:20
210:25

**issuing**
20:22
43:17

**item**
119:13
192:20

**items**
55:16
207:5,10

———

**J**

**Janney**
66:2

**January**
18:22,24
69:8

**Jared**
10:10
24:4
67:10,17,
20 68:10,
12,16
188:21

**Jared's**
13:8

**Jean**
202:12

**Jim**
10:5 13:8
24:6,8,15
67:17
68:4,9,
13,25

122:7
131:7
136:4
194:3

**Jim's**
13:14

**jives**
72:12

**job**
26:21
57:17

**John**
127:10

**Johnson**
34:13

**joint**
119:22

**JPEG**
93:25

**JPEGS**
22:6
133:17

**jump**
193:8

**June**
69:7

**juries**
214:20

**jury**
89:24
96:18
100:14
190:6
203:5

———

**K**

**key**
37:12

**kicking**

143:11

**kidding**
207:15

**kill**
199:11

**kind**
14:11
25:12
29:5
34:19
73:11
75:6 77:7
84:15
85:20
89:7
103:8
109:20
115:9,24
126:13
144:2,24
154:1
161:10
168:11,22
171:17
180:18
181:9
188:6
190:18
200:5
218:3

**kinds**
26:1
27:10
33:13
58:10
73:15
87:5
103:25
107:25
121:19
134:25
147:20
162:11
200:10
210:10

216:20

**knees**
48:7

**knew**
21:14
37:17
123:14

**knock**
42:10

**knowing**
12:21
201:4

**knowledge**
123:8

**knowledgeable**
65:8

**Kurt**
50:1

———

**L**

**lab**
102:22

**labeled**
158:14

**labor**
210:19

**lack**
28:19
108:18
155:6

**ladder**
56:23
84:5
191:25
192:5,10,
11,12

**laid**
75:17

land
  74:16

landscape
  68:21

language
  198:18

lap
  80:24
  166:19

large
  48:22
  69:12
  92:12
  134:9
  156:10
  158:7

larger
  90:12
  98:25
  99:13
  138:3

late
  9:6

law
  17:14,19,
  23 64:21
  216:16

lawn
  56:16

lawyers
  99:24

lay
  134:22

layer
  60:16
  76:14
  86:7 87:1
  88:20
  156:22

layers
  84:21

laying
  82:3

layperson
  60:7 88:7

leading
  51:7

leads
  69:17

leak
  95:18
  124:20
  125:7
  128:9,10,
  17,24
  129:24

leaking
  125:1,12,
  13,19,20,
  22
  126:14,
  15,19,21
  144:6
  160:14

leaks
  129:8

learn
  74:7

learning
  201:6

leave
  90:8

leaves
  32:6,9

leaving
  29:9
  68:24

lectured
  216:12

left
  32:2
  33:15

47:17
  153:8,11

leftover
  166:17

legal
  4:19

legend
  40:24
  41:15

length
  182:14

letter
  170:21

letters
  112:9

level
  34:19
  102:23
  103:3,23
  204:12,21

library
  25:18

licensed
  64:15,16
  65:5 67:1

lichen
  94:19
  95:25
  96:7

life
  63:4
  80:18
  85:4
  86:9,15
  103:21

lift
  14:9
  16:20
  39:22
  56:11,15,
  18,20

57:11
  182:6

lifted
  71:9
  84:18
  182:12

lifts
  182:3,4,
  7,10

light
  129:18
  144:7

lightweight
  122:23
  178:10

limine
  214:21

limit
  132:12

limited
  80:3
  105:9

Lincoln
  5:23

lines
  52:19
  125:6
  180:6
  181:5,11,
  25 182:17

link
  45:15

list
  44:3

listen
  48:24

listing
  43:15

literally
  147:14

literature
  65:1

live
  20:12

load
  4:18
  74:22
  194:22
  199:24

locate
  103:2

location
  59:2 63:5
  102:2,7,9
  106:16
  130:23
  143:5
  167:24
  177:24
  192:4
  220:11

locations
  47:13
  68:6
  82:23
  96:5
  146:8
  205:17
  210:9
  220:21,24

log
  28:6

long
  11:19
  12:2 16:2
  30:4,6
  40:9 77:1
  113:24
  131:7
  166:15
  171:20
  195:18
  214:24



**longer**
68:17,20
78:9
122:3
175:4
183:6

**looked**
23:20
24:12
26:13
38:7
42:19
72:2
75:15
82:18
83:9
107:19
124:19
128:2,8,
18 168:15
173:16
201:25

**loose**
68:10
162:1

**loosen**
70:24

**loosened**
45:24

**lose**
22:9
62:21

**loss**
36:21
59:21
63:15
69:3,9
85:2
86:24
93:19
101:18,20
108:20,
21,22,25
109:18

126:10
167:15

**lot**
6:15 27:2
36:13
59:11
66:10
70:10
84:21
125:6
147:12
148:20
157:15
190:24
201:2
207:8
212:17

**low-sloped**
47:11

**lower**
73:1,8
91:19,24
92:1
194:22

**lowered**
213:24

**Luckily**
56:9

**lunchroom**
128:17
129:16

──────────

**M**

**made**
8:24 19:7
33:19
57:1 59:4
83:18
88:12
208:14

**magnify**
102:25

**Magnuson**
50:2

**main**
68:4 77:9
84:4 93:1
108:23
112:8,14

**maintain**
205:18

**maintenance**
85:1,3

**majority**
189:2
204:24
214:2

**make**
5:8 11:22
19:14
24:17
26:18
27:8 43:8
57:13
58:21
84:22
97:16
104:10
111:4
124:1
129:5
130:2
133:21
172:25
174:25
178:13
186:21
199:22
205:25

**makes**
82:10
178:14

**making**
82:12
111:20
146:18

151:6
170:13

**mall**
47:14,15

**malls**
34:18
47:12

**malted**
89:25
90:7

**manilla**
163:5
173:17

**manipulate**
49:8

**manipulated**
134:24

**manner**
64:6

**manual**
63:14
213:19,22

**manuals**
25:24

**manufactured**
77:19
78:9
101:22
104:24
162:16,17

**manufacturer**
51:15
103:16
105:3,5,
10

**Manufacturer's**
210:5

**manufacturers**
79:24
104:6
209:1

**manufactures**
103:16

**manufacturing**
146:16

**mapping**
46:21

**marble**
90:1,5

**March**
14:25
36:3,8
39:1,4,11
40:6
57:13
80:7
110:1

**mark**
18:9
41:21
44:6
50:23
68:10
107:14
118:10,17
137:25
138:2,6
150:5
155:16,18
165:10,
14,22
167:17
176:15
182:5,8
187:8
192:25
193:17
195:23



THOMAS IRMITER
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.

May 07, 2018
marked..methodology

**marked**
7:25
13:3,16
18:12,14
41:24
50:16,19
52:3,11
54:15
68:6
112:10
118:9,19,
25 127:8,
17 133:24
134:2
136:17
143:15
150:8,22
155:19,
20,23
156:11,18
157:5,15
159:2
162:5
171:7
173:7
179:7
187:2
188:12
189:12
193:20
196:3,10
197:7
207:21
208:10,23
209:6,13
210:2,22
211:4,6,
13,21
212:14
213:2,8
218:11,17
219:14

**market**
33:4 66:1

206:21
219:19

116:22
216:6

**markets**
33:10

**marking**
44:13
54:8
172:19

**markings**
161:8
179:20

**marks**
99:9,10
109:25
110:1,21
156:10

**Marsdell**
43:19

**Martin**
66:25

**mat**
89:10

**matches**
27:9

**matching**
11:23

**material**
15:25
16:1
36:21
61:10
76:17
88:13,23
89:10,14
103:15
109:2
113:6,19,
22 124:16
126:4
160:16
166:15
167:16

177:3
178:3
212:21

**materials**
34:25
44:3
46:8,12
63:12
78:17
79:5
120:4
123:21
124:18
193:22
198:15
207:8
211:25
213:13

**matter**
5:24 6:1,
25 13:15
101:13

**matters**
6:2

**Mcgowan**
211:8

**Mcwherter**
12:16,24
17:14,15,
16,19,22

**meals**
14:10

**meaning**
61:14
73:24
106:3
198:16
206:8

**means**
15:10
26:11,23
83:17
101:19,20

110:21
123:13
200:12
217:8,18

**meant**
196:16

**measure**
73:4 87:7
101:21
138:7,11

**measuring**
172:20

**mechanical**
54:12
180:6,18
181:8
183:25
184:6,7
192:13,15

**mechanism**
70:21
76:17
89:13,15

**meet**
39:18

**meeting**
23:12,18

**membrane**
146:7

**memory**
7:11,19
9:7 36:4

**mention**
59:4

**mentioned**
30:17
36:2
49:14
54:17
61:20
63:13
66:23

169:17
198:14

**mentioning**
49:13

**merged**
199:3

**merit**
195:21

**merits**
158:25

**mesocyclone**
72:3,8

**metadata**
8:19

**metal**
59:1
81:10,18
103:5
114:18
138:17
147:3
148:16,19
161:10
162:14
174:5,6,
13,14
175:14,
16,22
178:3
190:8,16
192:18

**metals**
137:14

**meteorologist**
35:15,19

**methodology**
50:9
52:23
53:16
172:14,18
174:11



metric
79:23,25
80:2,4
microscope
102:23
103:11
microscopic
37:8
91:23
102:24
microscopy
102:24
Mid-south
89:18
middle
84:6
169:21
181:8
201:22
202:1
219:3
mile
20:12
74:17
75:3
105:15
milk
89:25
90:7
millimeters
62:22
101:25
mind
17:6
22:22
150:20
156:16
165:23
185:6
mine
124:1
165:22

204:7
218:19
Minnesota
4:2,3
86:19
minor
30:7
minute
40:15
117:19
153:18
185:23
218:10
minutes
11:5 30:6
39:24
48:3
mis
62:8
misconception
80:22
misleading
32:14
misprint
63:19
misrepresentation
9:12
missed
120:11
missing
37:11
54:10
76:3
81:24
88:9
110:23
111:3,6,
7,8,17,
19,23
113:2

114:6
166:13
168:8
169:6
177:4,6
mission
67:19
mistake
27:25
misunderstanding
159:11
misunderstood
57:5
93:15
129:12
mix
96:11
mixed
66:17
mod
137:18
145:12
model
28:24
modified
114:18
mold
142:22
moment
32:11
131:14
145:3
moments
55:2
85:10
month
203:23
months

24:5
134:21
Moose
202:14
Morrison
209:19
motions
214:21
mounted
16:7
move
53:4
99:20
107:10
132:17
181:19
188:3
movement
124:14,
15,17
moving
204:25
205:5
multiple
84:21
110:23
118:1
205:14
215:2
multitask
42:12
Mutual
4:15
211:23

———— N ————

nail
178:10
180:4,13
183:25

184:19
185:20
199:17
210:7
nailable
122:21
178:14
nailed
199:17
nailer
178:5,20
nailers
178:7
nails
210:8,10,
17
names
10:6 67:7
narrow
192:9
natural
86:14
nature
43:9
61:21
84:1
174:3
necessarily
43:14
97:13
141:23
142:11
159:18
201:12
212:22
219:19
needed
56:11
172:24
221:12



**neighborhood**
37:18,21
64:9,13
90:17
186:16
205:14

**neighbors**
72:14
92:20

**newer**
92:6
94:17
154:2
166:21

**newly**
85:12

**nice**
107:22

**Nierengarten**
27:1
64:15

**night**
22:20
37:20

**no-brainer**
154:1

**no-brainers**
155:7

**NOAA**
23:20,22
24:20
35:17,23
69:11
90:18
130:11
202:24
203:18,19
204:2,4
215:17
218:10

**nodes**
25:4

**nods**
4:23

**non-hail-related**
96:25

**north**
86:17
218:4,11,13,15

**north-facing**
217:23

**northeast**
218:15

**notch**
195:15

**note**
19:17
83:8
92:25
99:7
119:10
157:10
191:23

**notebook**
130:2

**noted**
21:5
85:10
128:22

**notes**
12:19
21:6
25:3,13
26:3,4,14
37:17
57:14,15,19 85:5
92:19,24
136:8

**notice**
148:21
219:23

**noting**
183:22

**November**
9:6,24
21:25
38:16

**novice**
201:4

**number**
18:2
22:12
23:4 28:8
67:5
105:2,3
119:25
120:15
121:5
128:4
135:25
148:12
155:11
157:14
159:25
164:24
168:4
173:4
192:8
209:10
210:7
219:10
220:4
221:6,7

**numbers**
7:3 27:3
150:1
164:16

---

**O**

---

**object**
30:9

53:15
57:23
74:3
87:20
97:18
129:10
132:6
143:1
174:16
214:17

**Objection**
175:9

**observation**
114:21

**observations**
98:12
111:2
217:2

**observed**
69:21
83:4
98:18
109:5
110:24
111:23
114:18,23,24
116:13,15
126:9
217:3

**obtained**
193:23

**Occasionally**
115:11

**occur**
87:6

**occurred**
15:19
22:16
23:24
61:5

71:18
73:13
87:13,15
91:25
113:10
124:21
166:17
174:3
175:18

**occurring**
94:23,24
167:23

**occurs**
86:24

**odd-sized**
79:23

**office**
47:12
74:11
180:25

**official**
65:5
74:8,10
78:18,19
194:12
195:5
200:15

**officially**
39:25

**officials**
78:23

**oftentimes**
49:9
146:14

**older**
19:2 92:5
95:3,4

**on-site**
9:13

**ongoing**
129:1



THOMAS IRMITER
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.

May 07, 2018
Index: online..path

**online**
123:3

**open**
39:14
42:19
74:16,17
87:17,19
89:2
160:12
181:21
195:2

**opening**
160:18

**openings**
125:18

**operate**
90:10

**opine**
35:3

**opinion**
28:16,22
43:1
60:20
69:22
89:21
90:24
92:7,10
162:21
183:11
195:4
214:14

**opinions**
30:13
34:22
42:23
44:10,22
46:10
117:15

**opposed**
99:1
106:22
146:16
154:20

212:4

**opposite**
164:17

**optimizatio
n**
135:8

**optimized**
134:6,19

**option**
99:16

**orange**
178:2

**order**
134:11

**organizatio
n**
10:13
79:1

**organizatio
ns**
116:25

**organized**
133:20,22
136:14

**orient**
126:23,25
185:9

**origin**
107:10

**original**
9:20 37:4
71:17
77:12
81:6,12
136:19,
20,21
162:23
171:11
178:9

**originally**
59:9

75:17
151:11
163:1
171:5

**OSHA**
192:5

**outdoor**
39:21

**outer**
88:20

**outlier**
91:5
205:20
220:12

**output**
11:24

**outsides**
199:9

**oversee**
209:1

**overview**
32:24
139:1
140:19
141:2,3
142:13,14
149:11,12
155:12
193:14

**overviews**
106:22
135:14

**owns**
47:8

_____

**P**
_____

**P-I-E**
66:14,15

**P-Y-E**
66:13

**p.m.**
4:4
221:18

**pages**
13:5
119:11
156:23

**paid**
13:25
14:1,18
16:14
17:11,13
19:21

**paint**
128:5
191:17,
18,19

**painted**
190:19
192:23

**panel**
190:16

**paper**
89:5

**paragraph**
44:20
219:3

**parallel**
103:5
168:13

**parameters**
48:10
133:3

**pardon**
8:8 69:2
153:10
168:3

**parishioner
s**
64:13

**part**

21:15
56:7 66:9
81:17
88:1
103:15
106:18,25
108:4
120:4
139:9,21
140:16,23
141:4,5,6
166:5
177:8
184:13
200:3
202:19
207:6
215:15

**partial**
44:11
152:16

**partially**
173:24,25

**participate**
9:10,13

**parts**
112:1
120:1
202:7

**passed**
215:7

**passing**
203:2

**past**
215:8

**Pastor**
86:4

**patching**
114:17

**path**
105:19



**pattern**
  36:14
  80:24
  125:12
  126:14

**patterns**
  95:24
  124:21

**Paul**
  4:3 5:23

**pay**
  198:2
  200:25

**paying**
  104:8

**payment**
  14:4,8

**PE**
  47:25
  67:1

**peak**
  72:21
  88:5

**peer**
  215:21

**pen**
  138:13
  140:13

**pending**
  159:13

**penetration**
  61:15

**people**
  5:13
  11:19
  15:9
  23:13
  24:3
  38:10
  45:20
  49:8,10

  56:7,16
  57:6,8
  66:10
  125:6
  172:15
  199:11
  205:18

**people's**
  81:19

**percent**
  9:21
  28:13
  63:15,17
  117:4

**perfect**
  63:25
  98:7
  127:1
  150:6
  158:23
  218:20

**period**
  75:21
  201:19

**periodically**
  82:12

**permission**
  78:18

**permit**
  195:8

**person**
  49:12,14,
  15 84:8,
  11 88:7
  206:1

**personal**
  142:21

**personally**
  38:21
  39:2,3,4
  92:16

  125:12
  203:19

**persons**
  92:23

**perspective**
  195:19

**pertain**
  197:17,
  19,23
  198:1

**pertaining**
  196:14

**peter**
  4:15 5:2
  30:15
  33:11

**Ph.d.**
  211:8

**phase**
  14:8
  211:7

**Phoenix**
  47:9

**phone**
  5:8 6:4
  9:14,15
  10:17
  122:13

**phonetic**
  43:19

**photo**
  22:6 28:6
  95:10
  99:15
  102:18
  106:14
  107:17
  114:5
  122:15,16
  128:3
  129:7
  139:16

  142:10
  144:17
  154:7,12
  159:16
  160:19
  161:20
  162:22
  163:13
  177:12,23
  178:2
  188:21
  190:13,14
  193:4,10
  205:20
  220:19

**photograph**
  97:13
  130:5
  148:15,25
  153:7
  161:3
  219:15
  220:5

**photographic**
  80:15

**photographs**
  8:3,18
  21:17,18,
  19,20,24
  22:4
  29:23,24
  40:18,23,
  25 41:1
  50:17
  57:21
  58:3
  67:12,16
  68:2
  80:8,9,11
  81:19
  93:14,17
  119:6
  133:12
  135:24

  147:8
  163:25
  164:14
  172:20
  179:19

**photos**
  8:23 9:14
  12:20
  22:17,21
  26:19
  28:3,5,7
  36:22,24
  37:4
  39:6,7
  42:16
  43:11
  52:17
  58:5
  67:21
  68:7,13
  69:5,7,
  14,20,22
  71:1,6
  76:5
  85:11
  93:23
  94:6
  96:19
  97:6
  100:17
  101:10
  103:7
  114:7
  124:5
  134:11
  135:6,12
  137:6
  146:13
  147:13,18
  149:7
  151:1,8
  166:10
  175:19
  183:18
  184:25
  187:7



THOMAS IRMITER
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.

May 07, 2018
phrased..pop

206:18
221:10,13

**phrased**
44:23

**phraseology**
108:8

**phrases**
98:14

**physical**
22:15
47:22
52:12
54:9 63:8
90:20
95:19
97:9
98:25
100:14
101:5,14,
17 102:11
108:5
109:17
121:15
138:1
140:3
141:7
170:10
188:1
205:6

**physically**
9:13,25
40:8 49:1
56:24
57:10
62:17
70:14
71:16
88:19
102:20
103:12
104:14
126:2
148:24
174:24

**picture**
24:16
52:20
56:25
77:7 78:1
102:9
124:24
130:18
140:6
143:21
146:20
148:10
158:4
162:4,9
175:25
185:24
189:22
195:21
220:17

**pictures**
43:7
57:7,18
62:14
76:2
83:19,20
91:20
94:9,10
123:18
131:11
137:16
142:5
168:21
172:23
184:12
188:25
189:15
220:15

**Pie**
65:25
66:13

**piece**
59:19
77:7
84:18,19
107:18

130:6,19
145:13
155:2
156:1
162:14
163:2,3
168:7
172:6
174:5,9
178:24
190:8

**pieces**
123:15
162:18

**ping**
221:11

**ping-pong**
202:13

**pink**
171:23
172:6
191:17

**pitch**
71:3
83:25

**pixel**
134:9

**place**
81:10
82:17
83:15
87:2
144:22
190:18
192:9,10
199:6

**places**
84:2
206:17

**plan**
178:13

**plant**

45:14

**play**
74:10
113:14

**players**
49:13

**playground**
144:2

**playing**
7:20

**plenty**
214:1

**PLM**
102:23

**plywood**
160:25
161:1
200:10

**point**
11:25
28:15
29:1,3
33:19
40:2
42:17
43:16
57:19
59:10
61:5,13
62:5,15,
25 68:14
76:20
88:22
92:11
94:13
98:6
101:4
102:10
108:9,13
115:23
122:23
126:6
135:5

140:21
142:7
147:9,15
160:7
167:12
168:23,25
170:20
171:14
172:12
185:22
190:10,17
194:15
196:20
215:16

**pointing**
72:24
100:22
112:7
191:22

**points**
202:4

**pollutant**
59:11
60:5,6,
13,15

**pollutants**
99:12
110:6

**polluting**
94:21

**pollution**
36:11,12
100:16
110:18

**pool**
43:4

**poor**
140:3

**pop**
180:4,13
183:25
185:20



pops
184:20

portion
32:14
43:1
197:11
209:2
210:19

portions
42:7
119:7
137:10

position
71:17

possession
131:2

possibly
108:16,17

post-
constructio
n
171:18,20

potential
48:23
71:13
101:3,4
107:12
219:14

potentially
143:9

pounded
190:11

practice
51:18,21
52:6,9,10
54:21,22,
25 55:9,
18

precast
121:6

preexisting

127:14
129:8,15,
19,24
144:9,14

prefer
203:17,19

prep
20:7,8
30:5

preparation
29:19

prepare
41:14

prepared
13:7 23:7
42:7
96:14

preparing
20:16

present
9:25

presented
70:13
166:11

presents
115:10
121:13,14
146:15

presume
171:13

pretrial
214:22

pretty
18:15
30:7
36:11
84:15
101:25
103:7
134:8
165:25

193:5

previous
82:3
96:16
144:6
162:7

previously
80:17

price
11:18

pricing
11:3,23

primarily
87:5
211:16

primary
89:14

prime
126:12

print
40:17
196:25

prior
10:12
20:22
60:1
75:21
83:13
85:4
126:10

probabiliti
es
204:15

probative
45:10
119:24
120:8
121:3

problem
47:2
48:21

49:3,23
62:11
76:3,6
79:20,22
80:6
122:1
126:1
202:10

problematic
50:3

problems
30:15
35:23
70:8
128:10
160:21
208:20
211:1

procedures
65:23

process
22:7
23:17
42:9 43:2
47:1
51:12
55:12
87:3
97:15
152:3
162:2

processes
20:25

produced
12:10,13
29:22
132:7,9

product
78:9,22
104:1
175:4
212:4

products

64:3
201:5
208:7
210:25
211:16
212:19

progress
5:7
115:21

progressing
58:9

prohibits
79:4

project
6:3 8:6
9:16
10:14,16,
19 11:7,
11 14:19
38:14
56:1
66:7,22
119:25
197:10,20
211:7
214:7

projects
6:11,14,
18 11:21
18:1,2
147:12

promise
170:5

prompted
85:14

promptly
48:11

pronounce
10:6

pronouncing
67:11



**proper**
210:7
217:8

**properly**
9:5 34:22
50:25
58:21
70:4
73:22
75:14
203:20

**property**
10:1
14:24
15:7
57:13
65:13
71:22
80:10
105:1
202:18

**protect**
104:18

**protected**
88:19
189:6

**protecting**
88:22

**protocol**
46:13,20
50:13,22
51:25
52:5
53:10
55:7

**proven**
38:17

**provide**
17:5
123:11

**provided**
17:8
30:12

35:21
193:22
207:5

**providing**
117:14

**provision**
78:16
79:4

**public**
67:5

**publication**
53:12

**published**
62:9

**pull**
43:7
129:25
150:19
164:22
195:9
199:21
204:17,21

**pulled**
72:1
151:10
187:17

**pulling**
162:1

**pulls**
25:18

**punts**
200:14

**purling**
178:3,16,
17,20

**purlins**
122:2

**purpose**
148:1
193:10

**purposes**
24:6
43:22
73:25
95:2
146:18
208:2

**pursuant**
12:16
30:14

**push**
32:4
74:21

**pushing**
104:5

**put**
7:6 22:6
23:3,11
24:8,16,
17,18,24
25:14
27:11
41:1
59:15
67:23
70:9
75:12
77:12
78:6
80:22
83:7,15
87:9
92:14
102:22
105:6
126:1,2
134:14
136:13,20
138:14
147:10,16
150:10,11
154:17
156:23
157:16
163:18

168:19
171:14,15
172:22
173:24
174:9,10,
22 192:4
195:19
199:5,20
200:10
203:3
205:24
206:20
207:17
217:8

**putting**
7:3 84:5
86:23
105:7,8,
11 145:19
183:19
191:25

**puzzle**
123:16

———————

**Q**

———————

**qualified**
29:8
64:20
214:12,13
215:1

**quarter**
11:20
55:21

**question**
4:22 5:1,
3,4,16
18:16
20:15
32:1
35:2,5
44:18
46:7
50:24

51:7,19,
24 53:5,
25 60:3
73:25
85:9
86:16,25
91:2
94:20
95:21
98:20
105:22
110:25
116:8,13
127:25
128:16
132:16
134:4
135:11,20
146:19
150:13,25
151:20
158:25
159:10,11
164:11,13
176:19
196:12,14
198:11,25
201:13
217:11

**questionable**
155:8

**questioned**
134:20

**questioner**
150:15

**questioning**
41:17

**questions**
31:11
32:10
41:12
53:8
122:8



152:2
172:14
173:11
207:10

**quick**
27:12
40:16
41:2
105:21
123:2,13
124:7
179:2
199:1

**quickly**
34:10
45:15,19
94:21,22
181:22
204:5
218:25

---

**R**

**radiate**
107:7

**rain**
87:4
101:24

**raised**
111:14

**rake**
82:24

**rakes**
77:14

**rate**
16:19
18:17
86:11

**rated**
195:11

**rating**
74:13,15

79:14
103:22,25
105:7,8,9

**ratings**
105:11,13

**raw**
21:18
28:7
181:23

**re-interview**
39:25

**reach**
6:3 59:8

**reached**
92:9

**read**
27:22
112:9
128:3
170:21
200:21
221:15

**reader**
32:6

**readings**
72:3,9,11

**real**
40:16
41:2
103:11
105:20
121:9
124:7
126:1
192:19
199:1
204:5

**realize**
218:16

**reason**
11:15

31:7
37:14
39:8 41:6
59:4 66:9
85:7
125:7
136:24
146:13
163:8
205:24
220:12

**reasonable**
95:22
123:10

**reasons**
15:17
87:22
94:11
119:25

**rebrace**
126:5

**rebuild**
200:3

**rebuttal**
43:22
190:5

**recall**
7:1,8,15
9:5 77:6,
17 160:23
179:25
198:14

**receipt**
198:3

**receive**
30:19

**received**
10:15
19:23
30:21,22
207:9

**receiving**

219:2

**recent**
40:17
48:9
206:19

**recess**
27:15
44:15
98:8
179:4
216:23

**recognized**
51:14
63:18

**recognizes**
51:17

**recollection**
6:22
15:14

**recommend**
34:3

**recommended**
33:25

**recommends**
53:13

**reconstruction**
208:2
211:18

**record**
4:21
19:19
28:10
30:9
43:25
58:22,25
80:15
117:19
166:9

**recorded**
96:24

**records**
11:9
12:13
97:15

**rectangle**
152:17

**red**
19:18
26:23
96:9
153:11
204:12,23

**redesigning**
194:14

**Reed**
39:13
93:3,4
127:22,25

**reference**
11:25
38:19
40:20
43:12
46:8
118:21
149:2
205:17
207:13
208:19
212:23
219:1

**referenced**
35:22
51:6
54:3,4,6
55:1,3
92:23
156:17
196:24
203:25
207:7

**referencing**
25:5
138:24



163:16
214:8

**referring**
143:23

**reflected**
34:23

**reformat**
27:9

**refresh**
7:11
15:13
36:4

**regard**
25:24,25
62:8
65:12
154:3

**regrowth**
94:22

**regular**
83:24

**rehabilitat**
**e**
211:9

**reinstallat**
**ion**
210:15

**relate**
177:14

**related**
69:24
93:12
98:3
139:4,8
142:8
146:9
167:9
169:9
175:7
188:24
191:24

**relates**
106:1

**relating**
116:9
124:17
150:24
152:22
153:1

**relative**
13:21
36:8
90:23
119:11

**release**
64:1
214:4

**relevance**
210:13

**relevant**
119:14
209:2

**rely**
30:13
43:14
212:22

**relying**
44:21

**remainder**
148:4

**remember**
6:5 17:2
50:1 76:5
78:3
121:7
175:11
177:18
187:18
214:23,25
215:11,13
218:9
219:11

**remove**

101:25
102:20

**removed**
37:11
48:8
60:16,17
99:1,12
100:16

**rental**
14:9

**renumber**
27:8

**repair**
16:9
81:14
82:22
84:12
169:14
174:15
175:4,23
177:13

**repaired**
83:15

**repairs**
79:21
82:12
83:2,4,17

**repeat**
54:16
121:22

**rephrase**
5:3

**replace**
71:20
88:9 96:5
97:10
126:5
183:21
209:3

**replaced**
7:7 81:12
83:10

142:4,7
205:15

**replacing**
142:1
146:24

**replicate**
100:18

**report**
7:24 8:3,
7,10,13,
21 9:1,5,
20 16:5
20:22
21:9 22:6
23:5,11
24:9,14
26:24
28:19
29:16
35:6,8,10
42:4,13,
15,18
43:1,24
45:2,11
48:19
54:3
62:20
63:22,24
65:7,18,
20 67:22
69:6
80:23
97:23,24
98:12
107:17
110:11
111:2
112:2
116:17
131:25
132:4,7
133:14,15
145:16
157:12,16
198:8,17,

19 203:3
204:1,2,
18 205:10
206:7,11,
15 207:13
211:14
213:18
217:1
218:10

**reported**
65:16
85:5
91:18
93:4
124:20
125:19

**reporter**
66:21
179:1

**reporting**
64:25

**reports**
21:4
47:23
56:4
72:13
90:16
132:8
148:18
203:22

**represent**
4:15
131:24

**representat**
**ion**
151:7

**representat**
**ional**
190:12

**representat**
**ive**
22:12
159:20



THOMAS IRMITER
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.
May 07, 2018
representatives..roof

representatives
51:4

represented
64:23
110:3
162:19

represents
182:13

requested
10:21
12:17

require
75:13

required
11:24
220:9

requirements
122:18
199:7

research
21:15
43:2 69:9
74:24
210:24
211:7

reservation
193:2

reserve
99:16
132:16

resolution
22:14

respect
50:14
57:12
102:12
104:19,25
116:8

response

219:22

responsive
53:5

rest
40:15
44:1
168:19

result
21:12
45:24
64:11
91:22
110:13
142:1
217:19

results
9:19,20
55:18
213:16

retrospectively
172:21

return
143:8

returned
132:19

reveal
177:24

reversed
143:11

review
27:20
28:3 31:8
35:9
133:6
154:3
157:12
180:24

reviewed
20:20
21:2,4,5,
16 31:2

34:24
35:7 40:4
57:16
69:21
215:21

reviewing
8:15
29:20,23
31:20
45:19
56:4
166:10

reviews
13:19
14:7 54:5
63:21
105:21
114:12
116:20
119:2
120:13
124:3,10
127:20
131:15,21
137:3
145:3,4
149:5,16
153:15,
22,25
170:18
185:12
186:6
196:11
217:10

revisions
8:10

ridge
75:18,20
76:1,3,
11,14,15,
23 81:18
82:23
84:3
85:12,14
87:25

88:6
110:24
111:24
113:1
114:19
127:6
156:24,25
160:4,8,
17 161:23
163:18
170:8,10,
12 171:6
173:14
176:1,4
202:5
219:25

ridges
85:13
87:10
160:6
174:24
201:10

ridiculous
95:20

ridiculously
11:16

right-hand
134:5

rigid
84:15

rigorous
52:10

Robert
34:1

Robert's
31:6
33:21
40:3

robust
104:7
195:16

robustness
199:10

role
24:3

rolled
88:16

roof
7:6 24:11
25:16
26:17
36:15
38:1
46:13,21
47:20
48:4,6,
12,22
49:20
50:16
52:11
53:1
54:8,13,
14 55:8,
22 56:17,
20,24
60:1,15,
21 61:22
66:1,4
69:1,23
71:3,7,
15,20
72:21
73:8,22
76:7,13
77:4,15
78:6
80:19
81:9,15,
25 82:7,
12 83:1,
5,11,22,
24 84:17
85:1,4,13
86:9
87:24
88:1,25



89:1,20,
22 90:25
91:14
94:21,23
95:17
96:5 97:9
98:11,16
100:12
102:16
103:17,21
104:2,23
109:24
110:18
112:1,2,
25 113:15
121:6,15,
18
122:20,22
123:11
125:15
126:2,3
129:17
137:8,17,
18 140:23
141:17
142:3
143:17
144:1,25
145:6,9,
12,22
146:20,24
147:6
151:2
155:15,17
158:13,21
159:25
160:15,
23,25
161:1,4
162:2,22
164:6,7,
18 166:16
169:19
170:9
171:16
172:19
173:15

181:11,15
185:13
189:3
194:14
200:11
201:7
202:7,19
203:7
208:3
217:2
220:13,23
221:12

**roofing**
76:12
88:16
89:18
103:16
174:22
201:4
208:21
210:4
211:16,24
212:19

**roofs**
25:21
36:10
37:18
40:8,9
47:11
48:9
49:21
50:4
55:10
56:7,8
57:3 60:1
65:24
69:2,25
73:9,23
75:11
76:1,23
78:7 83:9
84:12
86:22,23
87:8,11
88:12
89:7,8

103:5
112:15
162:11
183:21
202:3
205:14,18
211:18

**room**
44:1

**rope**
84:9

**rotating**
108:1

**rotation**
29:12

**rotted**
77:15

**rotting**
77:4

**round**
201:24

**row**
37:23
81:2

**Rowe**
196:17

**Rule**
30:14

**rules**
4:21
132:13

**run**
109:3
206:3

**running**
24:6
172:1
185:5
206:21

**runs**

76:10,11

**Ryan**
27:1 29:7
64:15
194:3

**Ryan's**
28:25

---

**S**

---

**safety**
65:7,12
122:19
208:20

**sample**
49:5
159:20
172:16

**samples**
61:24
64:11

**sampling**
64:8

**sanctuary**
121:7
128:1,25
129:13
176:14

**sand**
59:18

**sandiness**
59:21

**sandpaper**
59:19

**sat**
101:9
159:17
200:20

**Saturday**
30:25

**save**
41:16

**schedule**
18:17

**scheduling**
10:3
23:18
29:5

**Schmidt**
4:13,15
18:9,13
19:9,12,
22 20:5,
8,14
27:14,17
30:16
31:19
41:21,25
42:2
44:17
53:18,19
58:12
74:6
88:10
97:20,21
98:7,10
112:18,21
114:15
117:20,23
118:16,20
120:17,
21,24
129:11
131:22,23
132:9,14,
21,24
133:7,10
134:3
135:22,23
136:19,23
137:2,4
143:2
149:13,18
150:2,6,
13,16,18,


ESQUIRE
DEPOSITION SOLUTIONS

THOMAS IRMITER
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.

May 07, 2018
Index school..settle

23 151:9,
13,16,18,
21
157:23,25
158:5,10,
14,16,20,
24 170:25
171:3
174:17
175:15,21
176:20,21
179:3,9
186:1,4,
8,15,20,
24 187:4,
13 188:8,
13,20
189:9,13
193:17,21
195:25
196:4,8,
13 197:5,
8,15,18
204:9
205:9
206:12,
16,23
207:4,18,
22 208:4,
8,11,13,
17 209:7,
14 210:12
211:5
213:10
215:10
216:21,25
218:21
220:1,22
221:4,14

**school**
68:25
188:4

**scientific**
94:24

**scientifica
lly**
49:9

**scope**
11:3 16:9

**scoping**
148:2,3
164:4

**Scott**
19:5
20:3,10
27:12
30:8
31:16
53:15
57:23
74:3
87:20
97:18
98:5
112:12
120:14,19
129:10
131:18
132:5,11,
18,22
133:4,8
135:19
136:18,22
137:1
143:1
149:10
150:4,9,
14 151:6,
10 157:24
158:3,8,
12,15,19
170:20
171:1
174:16
175:9
176:16
185:24
186:10,13
187:11

188:17
195:23
197:14
204:7
206:10,14
207:24
208:15
209:19
214:17
218:24
220:3,25
221:15

**scratches**
192:14

**screen**
22:14
28:6,12
94:3

**screens**
139:21
140:2

**screw**
27:2

**scrivener**
29:14

**SEA**
37:2
42:18
52:15
185:13
189:22

**seal**
70:19
173:22

**search**
23:19
123:2,13

**season**
201:15

**seat**
31:15

**secondary**
89:15

**secretary**
39:16

**section**
24:24
25:1,7,14
26:3,6
28:22
36:21
62:22
83:10
101:18,20
102:1,6
108:20,
21,22,25
109:18
119:16
120:5
137:17
167:15

**sections**
110:5

**sees**
29:16

**segregate**
151:4

**selected**
159:3

**self-
explanatory**
41:8

**SEM**
102:22

**semi**
77:7

**semi-
granulated**
76:8

**seminars**
116:24

**sending**
196:20,21

**sense**
65:9
82:10
88:5
178:14
192:5

**separate**
17:17
165:19

**separated**
8:3
165:18

**separating**
201:22

**sequence**
124:24

**series**
133:11
161:14

**service**
203:9,17

**set**
8:1 11:18
13:4
33:20
100:12
118:6
136:12
176:10
210:7

**sets**
199:22

**setting**
22:11
37:9
96:13
172:25
214:15

**settle**
18:8



THOMAS IRMITER                                                    May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.    65..Seventy..signs

**Seventy**
128:4

**Seventy-seven**
139:3

**Seventy-two**
139:1

**severe**
203:21

**shake**
89:7
209:21

**shape**
53:14
130:9

**shapes**
107:25

**shards**
91:21

**sharp**
108:3

**Sharpie**
44:2

**sheathing**
111:23
113:17
177:19

**shed**
60:21
86:9,12
188:14,15

**sheds**
86:19
87:4

**sheet**
174:6,13,14

**sheetrock**
26:1 90:3
211:10

**Shields**
66:25
67:2

**shifting**
80:20

**shingle**
15:24
54:10
62:4
70:14,15,16 75:11
79:10,16,18,19,22,23 86:12
88:20,21
103:23
163:14
181:25
182:11,12,23,25
183:3
189:2
195:13,16
201:9
220:7

**shingles**
15:24
25:9,10,20 45:23
58:23
62:2
70:8,13,23 71:8,14 79:8,9
81:17,25
82:1,2
83:6 86:6
87:10
104:2,3,7,9,12,23
105:1,7
116:13,14,16
173:20,23
174:13,14

176:4
179:14,15,18
182:15,18
189:4
195:10
210:15,16
211:17

**shoot**
90:3
168:22

**shooting**
141:10

**shopping**
34:18
47:11

**shorter**
80:6

**shot**
90:2,6
92:3

**shots**
149:11,12

**shoulder**
207:25

**shove**
32:4

**show**
8:19
13:2,16
22:15
43:19
62:13
69:14
72:11
91:19
94:12
96:17,22
97:16
100:14
102:25
106:11
107:24

115:3
118:25
141:21
148:7
183:18
185:6
189:21
190:9
204:5
205:15
206:25
218:5

**showed**
72:7
122:13
164:8
205:6

**showing**
18:14
100:2
102:4
113:8
124:25
125:20
137:25
138:2
139:3,5
140:18
144:5
147:2
190:21
193:14
194:6,12
196:5
205:21
206:19,20
220:11

**shown**
198:2

**shows**
106:15,16
141:23

**side**
47:15,16

70:12
84:6
100:13
117:6
119:15
125:5
126:7
139:6
152:14
156:18
184:25
190:20
192:20,23
203:6,7
218:9

**side-by-side**
58:4

**sides**
21:3,4
197:12

**sidewalks**
56:17

**sightings**
72:5

**sign**
17:17
221:16

**significance**
110:25
111:24
191:17
207:12

**significant**
38:8

**signifying**
181:14

**signs**
77:3
81:14
205:15



**similar**
24:14
65:23
74:25
107:13
113:14
164:16
167:22
215:24

**similarities**
58:11

**simple**
150:25

**simply**
40:18
99:1
183:22

**single**
37:25
48:5
86:23
97:12
101:24
118:1
183:17
199:25
205:20

**sir**
148:13
191:13

**sit**
14:1
19:20
37:1
42:10
48:24
97:11
163:25
221:9

**site**
8:16,24
9:10
10:12

11:20
12:20
20:23,24
35:24
38:24,25
45:21
48:23
65:10
194:7

**sites**
49:20

**sitting**
14:17
20:6
96:24
139:16

**situation**
16:9
26:15
29:13
36:23
64:7
110:7
154:15
167:23

**situations**
206:4

**sixth**
120:25

**Sixty**
105:15

**Sixty-four**
106:8,9

**Sixty-one**
126:12

**Sixty-three**
112:4

**size**
25:9
79:25
80:1,6
90:2,11,

24 91:1,
2,4 99:11
134:8
138:3,13
156:2
202:12,14
204:19

**sized**
80:4

**sizes**
90:14
107:25
172:20
202:15

**skilled**
84:11

**skip**
143:14
196:7

**sky**
130:21

**slab**
122:20
125:1

**slate**
209:20

**slats**
89:1

**slide**
59:16

**sling**
90:2

**slippery**
56:9
59:13
84:1

**slope**
26:17
97:25
98:16
109:23

112:23
116:6
157:5
164:9,17
177:22
184:17,18
219:12

**slopes**
158:22

**small**
40:22
61:8 77:7
83:10
87:5
100:24
102:1
112:1
129:16
137:17
144:3,22,
25 201:24

**smaller**
38:11
90:13
99:1

**smoke**
107:12

**snapshot**
58:2

**Society**
199:5

**soft**
84:22
137:14
175:16
192:18

**solid**
88:25
89:9

**son**
10:5,9
13:14
68:25

122:7
136:4

**sort**
7:24 23:8
53:7
58:15
116:8
133:20
135:16
137:20
138:18
149:24
152:16
169:20
173:17
179:20
181:1
184:1
189:14
191:7
207:11
218:5
220:6

**sound**
50:9
79:11
137:10
187:23
201:1

**sounds**
4:25
5:11,18
44:13

**source**
32:8

**sources**
35:21
43:14,16

**south**
15:9
86:17
218:9

**southeast**
109:23



THOMAS IRMITER                                      May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO. southern..started

**southern**
161:24

**space**
87:17,19
188:1

**span**
23:24

**spans**
122:1

**spatter**
15:18
59:2
100:16
147:2
217:20

**speak**
39:10
145:1
182:17
187:21
200:22
202:9
216:4
217:9
218:7

**speaking**
9:7

**specific**
6:22
65:14
72:1
120:20

**specifically**
6:5 12:3
34:4 41:9
73:16
97:16
121:8
123:5
175:11
198:23

**specification**
211:23

**specifications**
77:22,23

**specifics**
137:6

**speculate**
16:17
142:24

**speed**
72:22,25
73:7,10
74:4,22

**speeds**
73:4

**spell**
66:20

**spelling**
27:10
29:15

**spend**
20:16
40:9,12
201:5

**spent**
21:17
47:19
48:3
55:16

**spiked**
130:15

**spikes**
107:20
108:3

**spiking**
49:23

**spiky**
107:20

**splatter**
36:6,8
58:14,23,
25 59:1
96:4
98:22,25
110:1,14,
21 137:25
138:2,6,7
217:21

**split**
68:1

**splitting**
20:1

**spoke**
38:21
113:15
216:11

**spoken**
39:12
78:23
79:1 86:4
92:16
203:18

**spot**
139:10
148:24
152:2
175:12

**spots**
84:23

**spotter**
35:18,24
36:1
130:11

**spotters**
35:20

**sprinkling**
137:16

**Spurny**
63:22
214:5

**square**
48:10,16,
17 49:5
52:19
96:20
172:2
173:2,3
180:5,8
181:7
202:1

**squares**
48:14
49:16,17
50:20,23
153:25
157:14,20
172:15,16
180:1

**squash**
22:8

**St**
4:3 5:23

**stable**
122:3

**stack**
89:3
104:14
149:23

**staff**
19:2
27:21
33:2,7
51:25

**stagger**
81:2

**staining**
124:22
126:8

**stains**
125:2,4

**stamp**
123:25

**stamped**
115:5

**stamps**
142:5

**stance**
32:3

**stand**
31:21
71:4
209:15

**standard**
32:13
51:14,17
54:6,17,
19

**standards**
103:17
211:23
215:18

**standing**
71:2
128:1

**standpoint**
121:13

**stands**
52:19

**staple**
136:24

**stapled**
150:10

**start**
5:19 11:7
44:13
85:8
95:23
103:8
114:2
205:3

**started**
21:16
30:23



39:21
158:5,6

**starting**
23:10,11,
20 75:4
205:2

**starts**
115:25

**state**
30:8

**statement**
26:8 42:8
117:5
162:7
172:3

**statements**
17:4

**States**
78:20

**statute**
79:6

**stayed**
48:12

**steel**
112:16

**steep**
192:11

**steeple**
72:24
82:22
140:16,19
189:15
190:18,22
192:23

**step**
84:19

**step-by-step**
55:12

**sticker**

150:12
188:9

**stickers**
150:5

**stipulate**
19:3

**stomach**
200:24

**stones**
90:22,25

**stop**
26:7
99:20

**stopped**
11:13

**storm**
38:4,8
48:9
59:10
60:2,17
67:5
69:18
70:25
82:8
90:11,15
92:18
95:5,9
96:16
98:3
104:9
111:13,19
114:20
116:15
117:6
124:18,20
128:9,14,
21 129:9,
23 130:7
139:5,13
142:8
144:12
152:23
159:8,9
166:12

169:10
175:8,17,
24 177:9
183:13
191:24
202:24
203:2,23
216:8
217:23
218:6

**storms**
38:11
47:9
89:21

**story**
162:10

**straight**
14:12
201:21
207:11

**straightfor ward**
18:15

**strategic**
33:20

**street**
4:3 37:23
47:15,16

**strength**
122:18
199:23

**stretch**
183:7

**stretched**
103:13,14

**striations**
103:1,12

**strictly**
24:5

**strike**
12:10

53:4
73:20
82:5 85:8
93:8
106:20
153:6
165:3
167:2
172:4
173:13

**strikes**
36:16
193:6

**striking**
103:20

**stringent**
199:7

**strip**
47:14,15
70:19,24
77:11
173:22
178:4

**stroke**
135:12

**stronger**
104:11

**struck**
90:25

**structural**
33:12
34:19
121:20
138:15
200:14

**structure**
25:8
74:12

**structures**
112:8

**stucco**
139:4

**studies**
11:22
16:4
53:21
61:21
62:6 64:8
66:9,11,
25 67:3
101:23
107:24
215:24,25

**study**
53:12
62:19
63:7,11,
17,18
65:11
91:19
94:25
212:3
214:5

**stuff**
26:11
29:10
92:4
121:11
155:5
200:21

**submissions**
20:21

**submitted**
12:15,22,
24 21:3
24:23
131:3

**submitting**
7:16

**subpoena**
10:25
12:17

**subsequent**
111:13
178:2



THOMAS IRMITER
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE Co.

May 07, 2018
Index: substance..term

substance
  30:10

substantial
  101:18

substantially
  63:16

substantive
  11:7

substitution
  12:18

sudden
  27:7

suggests
  53:13

Suite
  4:3

sum
  148:7

summarized
  213:17

sun
  146:10
  148:21
  149:1

Sunday
  30:25

supplement
  8:23

supplemental
  12:18

support
  69:16

supportive
  44:10

supposed
  39:17
  50:14

141:21
161:4
196:5

surgical
  79:20

surrounding
  64:9

survey
  24:25

sustain
  74:1

sustained
  71:25
  80:19

switch
  17:14
  116:5

sworn
  4:7

Sycamore
  197:25
  198:1

system
  125:24

systems
  208:3

———————

T

tab
  173:22
  207:2

table
  126:7

tabulation
  95:7

tactilely
  36:18
  48:7

tailor
  195:22

takes
  52:20
  66:11
  166:15

taking
  68:1,13
  69:8 71:2
  80:8
  100:10
  102:18
  103:18
  106:22
  124:23
  204:13

talk
  5:13,17
  42:6,17
  46:11
  63:8,9,14
  93:10
  105:13
  213:14,15
  215:19

talked
  29:25
  32:5 43:6
  93:1,5,9
  105:16,17
  131:14
  156:19
  160:6
  166:2
  179:22
  183:25
  209:8,16
  213:5

talking
  7:8
  15:12,23
  21:24
  38:25
  56:1 57:9

58:13,20
68:3
69:23,24
86:13,14
98:24
105:24
106:11
112:24
115:16
117:10
120:15,25
144:20
151:1
158:8,21
168:14
170:16
197:1
210:14

talks
  25:9
  114:17
  209:19,24
  210:6,7
  216:16,17

tar
  89:11

tasks
  11:10

taught
  52:1,2

tax
  24:24

teach
  47:2 50:8
  190:6
  201:3

team
  15:15
  23:12
  39:2

tear
  197:21
  200:2

technical
  25:23
  200:21
  210:4

techniques
  71:12

telling
  7:22
  23:22
  98:2
  121:4,18
  152:19

tells
  122:21,
  22,24
  162:9

template
  24:13
  25:17

temporary
  114:17
  175:3

ten
  12:5
  17:24
  39:23
  43:10
  72:9
  156:10

ten-by-ten
  48:16

tendency
  5:12

tenth
  55:21

term
  4:19
  28:19
  78:4
  108:19
  206:9



**terminal**
92:9

**terminate**
68:23

**terminology**
83:16

**terms**
6:12
11:19
16:2,9
42:21
98:14
103:24
121:17
190:5
194:14
199:9
202:24
208:5
210:25

**terrain**
195:2

**test**
48:10,14,
17 49:5,
7,8,16,
17,24
62:1
96:20
172:15
199:20
211:23
213:15

**testified**
4:10 18:5
93:13
102:13
109:8
214:1

**testifying**
57:1
212:23

**testimony**

51:1
58:16
101:9
190:5

**testing**
25:24
65:14
91:10
208:6
209:11
211:24
214:6

**Texas**
29:9
134:22

**text**
53:12

**thick**
36:11
87:1
138:17

**thicker**
104:15,16

**thickness**
101:21,22

**thing**
28:3,5
50:5,8
62:16
64:4
68:15
93:7
105:20
127:5
142:19
182:10
183:8,9
186:17
202:23
204:4,22

**things**
14:11
23:23

24:23
25:12
26:1
27:10
31:23
33:14
36:3
37:15
45:9,10
47:4
58:10
61:21
65:14
73:16
74:5 87:6
89:8
103:9,25
104:11
107:12
108:19,23
109:19
117:6
134:25
146:5
147:20
172:17
189:18,
19,20
190:24
199:8
200:10
210:11
212:20
216:20
218:25

**thinks**
32:7
107:22

**Thomas**
4:1,6
5:21

**thought**
109:8
152:3
217:20

219:24

**thousand**
109:24
110:1

**three-and-
a-half**
33:1

**three-
eights**
80:5

**three-
quarter**
182:13

**three-
second**
73:5
75:5,6

**three-tab**
182:22
189:2

**threshold**
91:11
212:1
213:18,24

**thresholds**
62:12
92:1
213:12

**thumb**
134:18

**tie**
147:19
171:17

**tile**
21:22
25:16,19
54:10
59:14
62:13,15,
21 63:4,8
78:2,14
89:6,8,15

91:12,15
92:3,5,6,
15 101:3,
5,21
102:1,5,6
113:2,5
115:4,15,
17,18
123:5,14
152:21
155:2
162:17
174:1
177:4,6
178:9
201:10
209:20
213:15

**tiles**
59:3,6
62:8
77:18,24
80:20,25
81:1,7,11
82:2,13,
15,18
83:14
84:14
92:14
93:11
97:25
98:1,18
102:20
105:25
109:5,11
110:4,8,
23 111:3,
19,24
114:6,23,
24 116:3
122:22,25
123:11
162:15
166:13
169:7,21
172:21



173:1
176:8
177:21
178:5,8
182:18
208:21
209:20,22
217:3,13,
15,18

**Tim**
43:19

**time**
5:6,14
9:21,22
11:9,16,
22 12:20
19:13
20:6,15
21:7,14,
18 23:17,
24 28:15
33:3
34:9,22
35:6
38:20
40:12
42:17,19
43:16
45:21
55:15
58:2
66:8,11,
23 68:14
75:1,13,
21 76:13,
20 88:22
90:1
99:25
104:9,22
121:10,22
122:23
132:12
148:22
153:20,24
155:17
156:12

160:7
163:7
171:14
190:17
196:21
214:11,14
215:4,6

**times**
17:22,24
27:2
121:11
125:6
156:5

**tiny**
112:23
145:13
166:24

**today**
4:17
14:1,17
20:16
29:9,20
75:8 80:2
96:24
97:12
99:17
199:19
203:11
216:7
221:10

**told**
38:1
49:12
128:20,25

**Tom**
132:25
147:16

**Tony**
195:22

**top**
72:24
76:10
86:7
89:16

125:5,13
141:16
146:3
147:3
152:15,17
161:10
174:10

**topics**
200:23
216:18

**torn**
70:17

**tornados**
72:4

**total**
14:18
21:20
33:9
42:16,19
44:11
80:22
110:7

**track**
11:22
41:10

**trades**
174:23

**traffic**
146:5
168:12
180:18
192:12

**trained**
35:17
67:20

**training**
24:6
25:23
35:17
48:1
64:17,19
67:19
68:14

70:10
74:9
105:4
123:8
130:11
162:12
192:6
194:11
200:19

**transcript**
31:20

**transfer**
10:22

**transition**
171:16

**transport**
134:11
135:3

**transposed**
26:5

**travel**
14:10
20:10
197:11
198:5,6

**Traveling**
218:15

**tree**
194:18

**trees**
189:7
194:21

**trial**
22:11,23,
24 23:1
41:16
95:2,12
96:13
99:16
126:25
146:18
189:22

203:8

**trick**
44:25

**trip**
16:10
17:4,12

**true**
32:9,15
57:4
118:21
218:3

**truth**
4:8,9

**tucked**
144:24
173:24

**tucks**
73:11

**turn**
114:2
176:16
220:15

**turned**
68:9
218:2

**two-and-a-half**
33:16,18

**two-foot-by-two-foot**
48:15

**type**
24:14
60:14
83:4
94:19
96:1
134:15
162:23
201:18

**typed**



THOMAS IRMITER                                    May 07, 2018
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.   types..vernacular

26:5

**types**
180:2
209:20
212:5

**typical**
9:16  14:2
90:15

**typically**
6:13
10:22
16:18
19:19
22:12
24:13
42:12
55:17
60:12
76:11,12
92:5
124:14
163:10
206:4

**typographic**
**al**
8:12

---

**U**

**U.S.**
55:25
56:2

**Uh-huh**
106:10
127:19
154:9
155:13

**uh-huhs**
4:23

**uncoated**
16:1  59:6

**undergone**

200:19

**underlaymen**
**t**
76:9,10
88:4,11,
23  113:6,
18,21
160:16
177:3,25
220:6

**underneath**
59:16
88:2
113:3
114:9
165:16
177:3,21,
25  220:7

**underside**
89:6
125:1

**understand**
5:1,2,4
8:2  9:9
10:4
13:20
18:16
24:3,10
28:2
30:18
32:1
45:12
46:5,19
49:11
50:13
52:1
56:22
68:17
81:20
83:22
86:8  92:2
95:15
104:19
110:9
130:5

151:23
152:2
155:22
161:2
164:3
170:14
175:2
176:3,13
179:22
180:12
183:4
217:7,11,
12,14

**understandi**
**ng**
10:8
34:21
50:25
67:25
68:3,11
73:20
85:7,16
90:23
93:13
98:13
128:14
160:7
164:7
178:15

**understood**
12:8  36:6
57:9
58:16,21
114:11
129:5,25
130:19,22
171:21

**underwent**
214:15

**uneducated**
88:7

**unique**
82:17
121:12

**unit**
129:3

**United**
78:20

**unknown**
172:8

**unlike**
212:2

**unrelated**
95:7

**unsealed**
116:12,
14,16

**unskilled**
84:11

**unsupported**
84:19

**updated**
19:7

**upload**
208:16

**upper**
112:15

**upside**
158:11
163:5
167:25
170:17

**utilize**
24:13
45:11
46:3
203:20
213:5
216:7

**utilized**
11:2  24:8
30:19
49:10
53:11
203:5

211:17,25

**utilizing**
143:10

---

**V**

**valley**
82:23

**valleys**
84:3,20,
22,24

**variety**
90:14
117:1

**Vegas**
216:9

**velocity**
90:6
92:7,9,11

**vent**
128:2
143:6

**ventilation**
45:18,22
46:1
213:4

**verbally**
4:23

**verbiage**
110:11
177:19

**verifiable**
49:4

**verify**
65:15

**verifying**
22:19

**vernacular**
61:17



**version**
  19:2

**versus**
  23:1
  57:21
  74:4,22
  106:4
  153:11
  171:6
  191:25

**vetted**
  26:12

**vicinity**
  92:17

**view**
  101:10
  176:1
  184:25

**views**
  187:15
  190:21
  194:7

**vinyl**
  220:7

**visit**
  8:24 9:4,
  10 10:13
  12:20
  20:23,24
  38:24
  39:1 40:6
  57:12
  58:14

**visualize**
  60:8
  124:10

**visually**
  54:7

**voir**
  215:6

**vortexes**
  73:16

---

**W**

**waiting**
  119:4
  151:20

**walk**
  59:14
  66:1,4
  84:2,4
  149:24

**walked**
  37:21,22
  52:11
  57:2,6,7,
  16

**walking**
  54:8 56:8
  84:5,7,
  17,23

**walks**
  55:11

**walkthrough**
  40:15

**wall**
  55:8 71:5
  90:3

**walls**
  200:4

**wanted**
  15:13,15,
  17,22,25
  16:6
  19:14
  23:1 31:7
  36:5,17,
  19,20,21
  37:13
  58:21
  80:14
  87:16
  110:9
  124:9

---

  125:10,11
  135:15
  185:19
  189:20

**warm**
  143:11

**warranties**
  104:13

**water**
  55:7,8
  60:21
  61:9
  74:17
  75:24
  76:19
  101:4
  113:8
  125:2,4,
  15,18,24
  127:15
  143:4

**water-
shedding**
  89:13,14

**ways**
  70:14
  115:10
  162:10,13

**weather**
  21:15
  23:19
  35:18,24,
  25 69:16
  130:11

**weather-
protecting**
  76:16

**weathered**
  64:2

**web**
  208:19

**website**

---

  116:23
  212:16

**week**
  30:24
  203:22

**weekend**
  30:25

**weeks**
  18:24

**weight**
  122:20

**weird**
  115:18

**well-
certified**
  47:25

**well-
documented**
  47:5

**west**
  86:17

**wet**
  209:3
  211:9

**Whichever**
  39:9

**white**
  28:14
  36:14
  99:9,10
  109:25
  114:3
  169:20
  191:17

**width**
  25:10
  62:23

**wildfires**
  6:21

**Win**

---

  216:2

**wind**
  23:23
  45:24
  70:3,12,
  19 71:13,
  21,22
  72:8,12,
  22,24
  73:4,6,7,
  10,15,19,
  21 74:1,
  4,5,17,
  21,22
  75:2,3,10
  79:14
  82:25
  85:16,18,
  20,25
  87:5
  90:18
  105:8,9,
  13 108:2
  111:9,11,
  14 116:17
  163:10,12
  174:20
  180:7,15
  181:6
  183:12,
  14,16,21,
  22 184:10
  194:20,22
  199:24
  202:11
  210:9,14
  211:15
  215:14

**wind-rated**
  79:18

**windows**
  137:13

**winds**
  71:25
  72:15,16

---



THOMAS IRMITER
CENTRAL BAPTIST CHURCH Vs CHURCH MUTUAL INSURANCE CO.

May 07, 2018
Index: windshield..zones

195:1

**windshield**
115:25

**Wiss**
66:2

**withdrawal**
199:23

**witnesses**
5:15

**WJE**
66:22

**woman**
39:15

**wondered**
157:24

**wonderful**
201:3

**wood**
77:3,4,8,
10,11,16
89:1
112:20
113:2,3,7
160:24
178:4

**word**
22:7
102:14
106:4
161:24
177:20
206:6,7

**words**
51:8
116:9

**work**
6:15,24
11:7,23
12:1
13:21
15:9,14

18:8 20:2
27:18,19,
20,21
31:9
32:17
33:5
34:2,14
42:9,21
70:11
104:4
134:13
150:1
174:15
192:1
195:14

**worked**
17:19,22
47:6
117:13
174:22

**working**
23:21
32:23
42:13
49:19
68:22

**worry**
158:2

**worse**
116:1,2
129:22

**wrap**
216:22

**write**
54:18

**written**
96:25
209:18

**wrong**
10:7
109:13
170:17
193:12

197:16,22

**wrote**
48:11

---

**X**

**X's**
23:3

**Xactimate**
147:11

---

**Y**

**year**
8:25
14:25
62:22
63:15
116:24
215:4
219:5

**years**
6:12
11:12,14
12:5
17:25
33:1,16,
17,18
34:7,9
43:10
63:4
79:25
82:8
88:18
105:10
118:7
121:11
126:17
166:11
174:23
199:15
215:7,9
216:4,10

**yellow**
26:11
166:15

**yellow-
orangish**
36:13

**yellowish**
60:9

**yesterday**
22:20

**yield**
55:18

**yup**
12:9
17:10
99:22
110:20,22
117:9
120:12
127:24
128:7
141:20
149:22
153:14
172:7
185:11
186:18
188:7
219:6

---

**Z**

**zip**
134:15

**zone**
107:3,5

**zones**
83:1

