# DOUGHERTY COUNTY
## Tax Assessor

Recent Sales in Neighborhood | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search Page | Dougherty Home
Recent Sales in Area

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | CENTRAL BAPTIST CHURCH | Today's Date | November 17, 2015 |
| Mailing Address | 1625 DAWSON RD | Parcel Number | 0000G/00042/001 |
| | ALBANY, GA 31701 | Tax District | City (District 01) |
| Location Address | 1625 DAWSON RD | 2015 Millage Rate | 40.942 |
| Legal Description | | Acres | 3.32 |
| Property Class(NOTE: Not Zoning Info) | E2-Exempt | Neighborhood | MAP G |
| Zoning | R1A | Homestead Exemption | No (S0) |
| | | Parcel Map | Show Parcel Map |

## 2015 Tax Year Value Information

| Land Value | Improvement Value | Accessory Value | Total Value | Previous Value |
|---|---|---|---|---|
| $ 103,700 | $ 0 | $ 0 | $ 103,700 | $ 103,700 |

## Land Information

| Type | Description | Calculation Method | Frontage | Depth | Acres | Photo |
|---|---|---|---|---|---|---|
| RES | Res-Woodland | Front Feet | | | 3.32 | NA |

## Improvement Information
No improvement information associated with this parcel.

## Accessory Information

| Description | Year Built | Dimensions/Units | Value |
|---|---|---|---|

No accessory information associated with this parcel.

## Sale Information

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 01/02/1960 | 241 311 | | $ 0 | Unqualified | | CENTRAL BAPT CHURCH |

## Permit Information

| Permit Date | Permit Number | Type | Description |
|---|---|---|---|
| 01-11-1995 | 23096 | 33-REMDL COM | CHURCH EX ADD VINYL SIDING N/C |

Recent Sales in Neighborhood | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search Page | Dougherty Home
Recent Sales in Area

The Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assesment information is from the last certified taxroll. All data is subject to change before the next certified taxroll. Website Updated: November 14, 2015

© 2005 by the County of Dougherty, GA | Website design by qpublic.net

EXHIBIT
AC
166

IRMITER 001337



01/18/2011 15:41 FAX 260 482 7709    BROTHERHOOD MUTUAL/MKTG    ☐ 002

Loss History                                                      Page 1 of 1


**Brotherhood Mutual**
Insurance Company

This information is current as of January 16, 2011

Questions? Please contact your agency:

## Loss History: Central Baptist Church
1618 3rd Ave, Albany, GA. 31708   Ph: 229-436-7263

Commercial Multi-Peril Policy #10 M 317021         Policy Canceled: 02/27/2008
Policy Inception Date: 02/07/1999                  Nonpayment of Premium

| Claim# ▼ | Loss Date  | Description       | Adjuster      | Total Paid  | Status |
|----------|------------|-------------------|---------------|-------------|--------|
| 371896   | 04/04/2006 | WATER DAMAGE-PLU… | Mace x5834    | $2,969.50   | Closed |
| 358763   | 05/09/2005 | V & MM. THEFT - … | Miser x5617   | $2,023.52   | Closed |
| 358428   | 04/27/2005 | V & MM. THEFT - … | Clerical x7904| $2,054.32   | Closed |
| 352048   | 10/02/2004 | WIND              | Miser x5617   | $6,050.00   | Closed |
| 265116   | 03/10/1999 | MEDICAL           | Prince x5632  | $986.32     | Closed |

https://bmic.brotherhoodmutual.com/...

IRMITER 001333

Lance

I am still trying to wrap my mind around the insurance claim # 1252973 we filed with ChurchMutual on the hail damage to our roof. In reading back through the Roof Damage Evaluation report you had S-E-A do I noticed that a couple of other reports were referenced in their report.

On page 2 they mentioned a First and Final Report by Custard Insurance Company dated May 17, 2012 with a file number of 609-000281. We don't recall filing a claim with such a company back then. Would you please be so kind as to provide us a copy of that report.

Additionally, throughout the S-E-A report (3.4, p.7, P.13, p.17, P.19, p.27 and p.31) numerous references are made to "2009 and 2012 roof damage assessment reports". Again, we don't recall filing a claim in either of those years but we may be mistaken. For our own records we would like a copy of those reports so that vie can see what It is that S-E-A is referring to. We feel a little "in the dark" and a copy of each of the above mentioned reports may put our bad memories to rest. Also could you give me your email address for future correspondence.

Thank you for your help.

Kindest regards,

Lynn Reed

Properties Committee Chairman

Lrreed@ bellsouth.net

charlotte@albanycentralbaptist.net

Central Baptist Church of Albany, GA

IRMITER 001334