# ATC
**Applied Technology Council**

# WINDSPEED BY LOCATION

ASCE 7 Windspeed    ASCE 7 Ground Snow Load    Related Resources    Sponsors    About ATC    Contact

EXHIBIT 169

## Search Results

**Query Date:** Thu Dec 03 2015
**Latitude:** 31.5913
**Longitude:** -84.1900

**ASCE 7-10 Windspeeds**
**(3-sec peak gust in mph*):**

**Risk Category I:** 105
**Risk Category II:** 115
**Risk Category III-IV:** 120
**MRI** 10-Year:** 76
**MRI** 25-Year:** 84
**MRI** 50-Year:** 90
**MRI** 100-Year:** 96

**ASCE 7-05 Windspeed:**
 98 (3-sec peak gust in mph)
**ASCE 7-93 Windspeed:**
 76 (fastest mile in mph)

*Miles per hour
**Mean Recurrence Interval

Users should consult with local building officials to determine if there are community-specific wind speed requirements that govern.

 Print your results

## WINDSPEED WEBSITE DISCLAIMER

While the information presented on this website is believed to be correct, ATC and its sponsors and contributors assume no responsibility or liability for its accuracy. The material presented in the windspeed report should not be used or relied upon for any specific application without competent examination and verification of its accuracy, suitability and applicability by engineers or other licensed professionals. ATC does not intend that the use of this information replace the sound judgment of such competent professionals, having experience and knowledge in the field of practice, nor to substitute for the standard of care required of such professionals in interpreting and applying the results of the windspeed report provided by this website. Users of the information from this website assume all liability arising from such use. Use of the output of this website does not imply approval by the governing building code bodies responsible for building code approval and interpretation for the building site described by latitude/longitude location in the windspeed load report.

Sponsored by the ATC Endowment Fund • Applied Technology Council • 201 Redwood Shores Parkway, Suite 240 • Redwood City, California 94065 • (650) 595-1542

IRMITER 001332