FILED at 5:12 PM
12/19, 20 19

Courtroom Deputy
U.S. District Court
Middle District of Georgia

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CENTRAL BAPTIST CHURCH :
OF ALBANY GEORGIA, INC., :
  :
  Plaintiff, :
  :
v. : Case No. 1:16-CV-231 (LAG)
  :
CHURCH MUTUAL :
INSURANCE COMPANY, :
  :
  Defendant. :
_____ :

## VERDICT FORM

We, the Jury, find as follows.

**1. LIABILITY**

We find   __X__: in favor of the Plaintiff, Central Baptist Church of Albany Georgia, Inc., against the Defendant, Church Mutual Insurance Company.

OR

_____: in favor of the Defendant, Church Mutual Insurance Company.

If you found in favor of Church Mutual Insurance Company, please sign and date this form and return it to the Courtroom Deputy.

Otherwise, proceed to Section 2.

2. **DAMAGES**

We, the jury, award the following damages:

a. Damages in the amount of $ __1,750,000.00__

b. Pre-judgment interest (check one):

    __X__ YES

    ____ NO

(If yes, the Court will calculate the amount of interest at 7% per annum.)

**SO SAY WE ALL**, this __19__ day of December, 2019.