IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CENTRAL BAPTIST CHURCH OF ALBANY GEORGIA, INC., | * |
| | * |
| Plaintiff, | Case No. 1:16-CV-231 (LAG) |
| v. | * |
| CHURCH MUTUAL INSURANCE COMPANY, | * |
| | * |
| Defendant. | |

## **JUDGMENT**

Pursuant to the jury verdict dated December 19, 2019, following a jury trial, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $1,750,000.00 as to Plaintiff's Breach of Contract Claim. The amount shall accrue pre-judgment interest at a rate of 7% per annum and post-judgment interest from the date of entry of judgment at the rate of 1.08 % per annum until paid in full.

Pursuant to this Court's Order dated February 25, 2022, and for the reasons stated therein, JUDGMENT, is hereby entered in favor of Defendant as to Plaintiff's Bad Faith Claim.

This 1st day of March, 2022.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk