# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 22, 2024

Clerk - Middle District of Georgia
U.S. District Court
201 W BROAD AVE
ALBANY, GA 31701

Appeal Number: 22-11082-CC
Case Style: Central Baptist Church of Albany Georgia Inc v. Church Mutual Insurance Company
District Court Docket No: 1:16-cv-00231-LAG

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

This dismissal only applies to the cross-appeal, and the main appeal is proceeding. Appellee's brief remains due on 07/29/2024.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-11082-CC

_____

CENTRAL BAPTIST CHURCH OF ALBANY GEORGIA INC,

                            Plaintiff - Appellee
                            - Cross Appellant,

versus

CHURCH MUTUAL INSURANCE COMPANY,

                            Defendant - Appellant
                            - Cross Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellee-Cross Appellant Central Baptist Church of Albany Georgia Inc is GRANTED by clerk [10246559-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective July 22, 2024.

                            DAVID J. SMITH
          Clerk of Court of the United States Court
              of Appeals for the Eleventh Circuit

                                          FOR THE COURT - BY DIRECTION